IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Charles Hicks #246241 )
_____ )
Full name and prison number )
of plaintiff(s) )
 )
v. )  CIVIL ACTION NO. 2:06CV990-MEF
 )  (To be supplied by Clerk of
Alabama Department of Corr. )  U.S. District Court)
et Al. And Prison Medical )
Services 416 Mary Lindsay )
Park Dr., Suite 515, Franklin )
TN, 37067 )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

RECEIVED
2006 NOV -1  A 11:05
DEBRA P. HACKETT
U.S. DISTRICT CT
MIDDLE DISTRICT

I.   PREVIOUS LAWSUITS
   A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

   B.   Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (✓)

   C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.   Parties to this previous lawsuit:

         Plaintiff(s) ____N/A_____

         _____

         Defendant(s) ____N/A_____

         _____

      2.   Court (if federal court, name the district; if state court, name the county) ____N/A____

         _____

3. Docket number __N/A__

4. Name of judge to whom case was assigned __N/A__

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

6. Approximate date of filing lawsuit __N/A__

7. Approximate date of disposition __N/A__

II. PLACE OF PRESENT CONFINEMENT __Frank Lee Youth Center P.O.B. 220410, Deatsville, AL 36022__

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED __Frank Lee Youth Center__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME / ADDRESS

1. Commissioner Richard Allen ET, Al    1400 Lloyd St. Montgomery AL 36107
2. Dr CorBier ET, Al, Prison Medical Services    416 Mary Lindsay Pk. Dr. Suite 515 Franklin, TN 37067
3.
4.
5.
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __April-2006 thru October 19, 2006__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: __To Provide Adequate Medical Treatment__

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

I am a diabetic and has been incarcerated since April, 2006. Since that time the Ala. Dept. of Corr. and Prison Medical Services. Has not provided me with adequate Medical Treatment. As of this moment My Left Leg is swollen to the brusting stage. I cannot wear a shoe on my feet or hardly walk. This Administration has done nothing to treat the illness adequately. This Administration has not provided me with adequate Eye Care, Adequate Diabetic Meals. I have repeatedly requested adequate Medical Treatment. But my request have been ignored by the Medical Service, that provide Medical Service to prisoner. The defendant's owe me this and adequate Medical Care. They have breached this duty. And the breach has caused me harm. By their continueing negligenced the matter's. This has continued for a period of 7 months. I have filed numerous Grievances, but nothing has been done. I have complained to both chain of Command. But only to be ignored, My condition is worsten and I am in constant pain. And I fear that I may have to have my Left Leg amputeed because of this continued negligence.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want to receive Adequate Medical treatment, And to be seen by And outside Physician, Immediately. Want to be Attended to by A Medical Specialist in this Area of Care.

Charles Hicks
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 10/19/06
(Date)

Charles Hicks
Signature of plaintiff(s)

4