| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _/Kull_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery<br>                                11-9-06 |
| 1. Article Addressed to:<br><br>Alabama Department of Corrections<br>101 Union Street<br>Montgomery, AL  36130 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>2:04CV990<br>C + 8 */ P   (40)<br><br>Mail  ☐ Express Mail<br>      ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>   (Transfer from service l_ | 7005 1820 0002 3461 7200 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540