IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES HICKS, #246241, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-CV-990-MEF |
| | ) |
| ALABAMA DEPT. OF CORRECTIONS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the medical defendants on November 28, 2006 (Court Doc. No. 8), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the medical defendants be GRANTED an extension from December 18, 2006 to and including January 16, 2007 to file their special report and answer.

Done this 29th day of November, 2006.

       /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE