IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES HICKS, #246241,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.    ) | CASE NO. 2:06-CV-990-MEF |
| ) | |
| ALABAMA DEPT. OF CORRECTIONS, et al.,    ) | |
| ) | |
| Defendants.    ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the correctional defendants on December 4, 2006 (Court Doc. No. 11), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED to the extent allowed by this order. It is further

ORDERED that defendant Allen be GRANTED an extension from December 18, 2006 to and including January 16, 2007 to file his special report and answer.

Done this 5th day of December, 2006.

　　　　　　　　　　　　　　　　　　/s/ Charles S. Coody
　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE