IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES HICKS, #246241, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-990-MEF |
| ) | |
| PRISON MEDICAL SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for additional discovery filed by the plaintiff on January 8, 2007 (Court Doc. No. 14), and as the medical defendants have not yet filed their written report, it is

ORDERED that this motion be and is hereby DENIED.

Done this 9th day of January, 2007.

    /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE