IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHARLES HICKS  (AIS# 246241),

      Plaintiff,

v.

ALABAMA DEPARTMENT OF
CORRECTIONS, et al.

      Defendants.

\*
\*
\*
\*
\*
\*

CIVIL ACTION: 2:06CV-990-MEF

## SPECIAL REPORT OF DEFENDANTS
## PRISON HEALTH SERVICES, INC. AND DR. CORBIER

COME NOW Defendants, Prison Health Services (identified in the plaintiff's Complaint as Prison Medical Services) (hereinafter "PHS") and Paul Corbier, M.D., in response to this Honorable Court's order and presents the following Special Report with regard to this matter:

### I. INTRODUCTION

The plaintiff/prisoner in this case, Charles Hicks (AIS# 246241), has been incarcerated since April 2006 at various facilities in the State of Alabama. Regarding this particular complaint, Hicks alleges his place of present confinement is the Frank Lee Youth Center, Deatsville, Alabama.

On or about October 19, 2006, Hicks filed a complaint against Defendant PHS and others surrounding the allegedly inadequate medical care received by him as an incarcerated prisoner with the Alabama Department of Corrections. Defendant PHS is a company currently contracting with the Department of Corrections to provide healthcare services to

inmates within the State.    Specifically, Hicks claims inadequate medical treatment surrounding diabetic services.  Hicks seeks an unknown amount in damages.

Pursuant to this Court's Order, Defendant PHS has undertaken a review of Hicks' claims to more completely understand the facts and circumstances surrounding the complaint. Defendant PHS submits this Special Report supported by a certified copy of plaintiff Hicks' medical records [Exhibit "A"], the Affidavit of Dr. Paul Corbier [Exhibit "B"], and the Affidavit of Darryl Ellis [Exhibit "C"], and other enumerated exhibits.  These evidentiary materials, along with the appropriate law, demonstrate that Hicks (1) failed to follow required administrative procedures pursuant to the Prison Litigation Reform Act of 1995, 42 U.S.C. §1999(e), et seq., ("PLRA") and (2) was provided appropriate medical care for his complaints at all times, and that his complaint is due to be dismissed.


## II.  NARRATIVE SUMMARY OF FACTS

Hicks claims to have been incarcerated with the Alabama Department of Corrections since April 2006.  Hicks claims that he has been provided inadequate medical treatment concerning complications from diabetes, specifically in his left leg.  In his complaint, Hicks asserts that he has filed "numerous grievances" pertaining to his condition and currently claims to be in constant pain.

Hicks filed a sick call request on August 2, 2006, indicating a need to see a doctor "real bad because I am not feeling well at all." [Exhibit "D"].  Hicks complained of feeling very week and reported his diabetic condition to the treating nurses.  He was instructed to notify PHS physicians if his glucose level was less than 60.  Hicks returned to sick call on August 23, 2006, at which time he was provided medication from the prison's stock and was

ordered to return if his condition worsened.  [Exhibit "E" – 08/23/06 note].  Hicks also complained again on September 12, 2006, requesting that he get all medications KOP.  On physical exam, his blood pressure was reported as 140/90 and he exhibited good range of motion in his left arm.  No swelling was noted in either his right or left shoulder, despite complaints from Hicks concerning pain in these areas.

On September 14, 2006, Hicks completed a request for diabetic shoes.  On exam, his ankles were noted as being swollen due to poor circulation.  As a result of this exam, he was referred to Dr. Corbier.  Dr. Corbier's progress notes indicate that on September 22, 2006, Hicks reported for a follow-up sick call.  He again complained of pain in his left neck and chills for the past six (6) days.  As for his diabetic condition and problems with his feet, Dr. Corbier's notes indicate that Hicks was presently wearing TED hose to treat for this condition.  [Exhibit "A"].

On October 2, 2006, Hicks returned for additional treatment of his neck pain.  Dr. Corbier noted a previous left posterior cervical lymph node enlargement and provided medication for this condition.  Hicks also complained of persistent lower extremity pain associated with walking.  Dr. Corbier ordered additional medication as well as a formal request for diabetic shoes.

On October 13, 2006, Hicks returned for follow-up treatment with Dr. Corbier.  He expressed concerns about pain in his left leg and again requested special shoes for elephantiasis.  Corbier noted Hicks' left leg had marked swelling and bruising and, as a result, Corbier increased his diuretic therapy and again filled out the appropriate forms for diabetic shoes.

On October 25, 2006, Hicks received a veinous doplar assessment on both of his legs after that procedure had been requested. At that time, he voiced no complaints about his medical condition, but did state for the first time that he wanted an attorney contacted regarding his legs. Corbier instructed Hicks to return in 10 days to discuss the veinous report results.

On November 3, 2006, Hicks returned to discuss the follow-up test results. Hicks was informed that there was no evidence of deep vein thrombosis ("DVT") in his leg, a positive development given his diabetic condition. [Exhibit "A"]. Corbier noted severe chronic swelling with a history of diabetes and hypertension and ordered Hicks to inspect his leg twice daily. [Exhibit "A"]. A cane and support stockings were provided with instructions to Hicks to keep his legs elevated.

All of Mr. Hicks' medical complaints, with specific emphasis on those relating to his diabetic condition, have been evaluated and treated in a timely and appropriate fashion. [Exhibit "A", Exhibit "B"]. Hicks has been seen and evaluated by medical and nursing staff and has even been referred to outside care providers and provided appropriate care when medical conditions may have warranted such a referral, including outside diagnostic testing pertaining to a possible diagnosis of DVT. All of those outside tests were also negative.

Both the Frank Lee Youth Center and Station Correctional have in place a set of grievance procedures specifically related to health complaints. [Exhibit "F"]. It is required that inmates file grievances concerning healthcare services in order to facilitate a prompt review of the medical records. [Id.]. If necessary, the inmate is then interviewed and a review of the grievance occurs within three (3) days after the patient has filed the grievance. [Id.]. If the grievance cannot be resolved to the inmate's satisfaction, the prisoner may

request an appeal in which case his initial written grievance will be reviewed through the facility review process and answered within five (5) days. [Id.]. It is undisputed that Hicks failed to follow the grievance procedures in place prior to filing his complaint in the United States District Court for the Middle District of Alabama.

At all times, the Defendants have exercised the same degree of care, skill, and diligence as other similarly situated healthcare providers would have exercised under the same or similar conditions. [Exhibits "A" – "E"]. In other words, the appropriate standard of care has been adhered to at all times in providing medical care, evaluation, and treatment to this inmate. Id.

At no times have the Defendants denied Mr. Hicks any needed medical treatment, nor have they ever acted with deliberate indifference to any serious medical needs of this prisoner. At all times, Mr. Hicks' medical complaints and conditions have been addressed as promptly as possible under the circumstances.

## III. **DEFENSES**

The Defendants assert the following defenses to the Plaintiff's claims:

1.     The Plaintiff/prisoner failed to comply with the mandatory requirements of the Prison Litigation Reform Act of 1995, 42 U.S.C. §1997(e), et seq. ("PLRA") and the PLRA directly applies to require that this matter be dismissed with prejudice for failing to comply with the terms and conditions of grievance procedures concerning medical issues.

2.     The Defendants deny each and every material allegation contained in the Plaintiff's Complaint and demand strict proof thereof.

3.     The Defendants plead not guilty to the charges in the Plaintiff's Complaint.

4.    The Plaintiff's Complaint, as amended, fails to state a claim against the Defendants for which relief can be granted.

5.    The Defendants affirmatively deny any and all alleged claims by the Plaintiff.

6.    The Plaintiff is not entitled to any relief requested in the Complaint, as amended.

7.    The Defendants plead the defense of qualified immunity and avers that the actions taken by the Defendants were reasonable and in good faith with reference to clearly established law at the time of the incidents complained of by the Plaintiff.

8.    The Defendants are entitled to qualified immunity and it is clear from the face of the Complaint, as amended, that the Plaintiff has not alleged specific facts indicating that the Defendants have violated any clearly established constitutional right.

9.    The Defendants cannot be held liable on the basis of respondeat superior, agency, or vicarious liability theories.

10.    The Plaintiff is not entitled to any relief under 42 U.S.C. § 1983.

11.    The allegations contained in the Plaintiff's Complaint, as amended, against the Defendants sued in their individual capacities, fails to comply with the heightened specificity requirement of Rule 8 in § 1983 cases against persons sued in their individual capacities. See Oladeinde v. City of Birmingham, 963 F.2d 1481, 1485 (11th Cir. 1992); Arnold v. Board of Educ. Of Escambia County, 880 F.2d 305, 309 (11th Cir. 1989).

12.    The Defendants plead all applicable immunities, including, but not limited to qualified, absolute, discretionary function immunity, and state agent immunity.

13.    The Defendants aver that they were at all times acting under color of state law and, therefore, they are entitled to substantive immunity under the law of the State of Alabama.

14.    The Defendants plead the general issue.

15.    This Court lacks subject matter jurisdiction due to the fact that even if the Plaintiff's allegations should be proven, the allegations against the Defendants would amount to mere negligence which is not recognized as a deprivation of the Plaintiff's constitutional rights.  See Rogers v. Evans, 792 F.2d 1052 (11th Cir. 1986).

16.    The Plaintiff's claims against the Defendants in their official capacities are barred by the Eleventh Amendment to the United States Constitution.

17.    Alabama law provides tort and other remedies for the allegations made by the Plaintiff herein and such remedies are constitutionally adequate.

18.    The Defendants plead the defense that at all times in treating Plaintiff they exercised the same degree of care, skill, and diligence as other physicians and nursing staff would have exercised under similar circumstances and that at no time did they act toward the Plaintiff with deliberate indifference to a serious medical need.

19.    The Defendants plead the affirmative defense that the Plaintiff's Complaint, as amended, fails to contain a detailed specification and factual description of the acts and omissions alleged to render them liable to the Plaintiff as required by § 6-5-551 of the Ala. Code (1993).

20.    The Defendants plead the affirmative defenses of contributory negligence and assumption of the risk.

21.    The Defendants plead the affirmative defense that Plaintiff's damages, if any, were the result of an independent, efficient, and/or intervening cause.

22.    The Defendants plead the affirmative defense that they are not responsible for the policies and procedures of the Alabama Department of Corrections.

23.    The Defendants plead the affirmative defense that the Plaintiff has failed to mitigate his own damages.

24.    The Defendants plead the affirmative defense that they are not guilty of any conduct which would justify the imposition of punitive damages against it and that any such award would violate the United States Constitution.

25.    The Defendants adopt and assert all defenses set forth in the Alabama Medical Liability Act § 6-5-481, et seq., and § 6-5-542, et seq.

26.    The Plaintiff has failed to comply with 28 U.S.C. § 1915 with respect to the requirements and limitations inmates must follow in filing in forma pauperis actions in federal court.

27.    Pursuant to 28 U.S.C. § 1915 A, this Court is requested to screen and dismiss this case, as soon as possible, either before or after docketing, as this case is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks money damages from the Defendants who are state officers entitled to immunity as provided for in 42 U.S.C. § 1997 (e)(c).

28.    The Defendants assert that the Plaintiff's Complaint, as amended, is frivolous and filed in bad faith solely for the purpose of harassment and intimidation and requests this Court pursuant to 42 U.S.C. § 1988 to award Defendants reasonable attorney's fees and costs incurred in the defense of this case.

29.    The Plaintiff's claims are moot because the events which underlie the controversy have been resolved. See Marie v. Nickels, 70 F., Supp. 2d 1252 (D. Kan. 1999).

## IV. ARGUMENT

**A.     Because Inmate Hicks Failed to Follow the Required Grievance Procedures for Assessing Medical Complaints Prior to Filing His Lawsuit, the Prison Litigation Reform Act of 1995 Requires the Immediate Dismissal, with Prejudice, of His Complaint..**

With the explosion of prisoner cases becoming epidemic, Congress passed the Prison Litigation Reform Act of 1995 in an effort to control frivolous prisoner litigation. The Act is wide ranging and contains multiple, mandatory provisions that require the dismissal of complaints identical to that asserted by Mr. Hicks.

The PLRA defines a prisoner as follows:

> As used in this section, the term "prisoner" means any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms and conditions of parole, probation, pretrial release, or diversionary program.  42 U.S.C. §1997e(h).

Because Hicks admits to being incarcerated in his complaint, he meets the definition of "prisoner" as defined by the PLRA.  See Boyd v. Corrections Corporation of America, 380 F.3d 989 (6th Cir. 2004).

The crux of the PLRA requires a prisoner to exhaust all internal, administrative remedies prior to filing suit.  The PLRA requires that the Court on its motion or the motion of a defendant dismiss any action with respect to prisoner conditions or medical treatment upon failure to exhaust these remedies.  42 U.S.C. §1997e(a).  This provision states the following:

> (a) Applicability of Administrative Remedies.
> No action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted.  (emphasis added).

9

(b) Failure of State to Adopt or Adhere to Administrative Grievance Procedure.

The failure of a State to adopt or adhere to an administrative grievance procedure shall not constitute the basis for an action under 1997a or 1997c of this Title.

(c) Dismissal

The Court shall on its own motion or on the motion of a party dismiss any action brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility if the court is satisfied that the action is frivolous, malicious, fails to state a claim upon which relief can be granted, or seeks monetary relief from a defendant who is immune from such relief.

42 U.S.C. § 1997e(a)

"Administrative remedies" pursuant to this Act constitute prison or jail grievance procedures such as those identified in this Special Report.  Before filing suit, the prison/plaintiff must submit his claim through this procedure and the grievance must address the specific issue upon which the suit is based.  Failure to strictly follow these procedures requires dismissal of the action.  Even if the prisoner/plaintiff has no knowledge regarding the existence of the procedures, this does not relieve the requirement.  See Zolicoffer v. Scott, 55 F. Supp. 2d 1372 (N.D. Ga. 1999), affirmed without opinion (252 F.3d 440 (11th Cir. 2001).

It is undisputed that Hicks failed to follow the appropriate administrative procedures associated with his claim for inadequate medical care.  [Exhibit "C" – Affidavit Darryl Ellis].  Because Hicks failed to follow internal procedures concerning these grievances, his claim must be dismissed with prejudice for failing to comply with these mandatory administrative remedies.  Woodford v. NGO, 126 S. Ct. 2378, 165 L.Ed.2d 368 (2006).

The <u>Woodford</u> case is extremely instructive because the United States Supreme Court took the opportunity to clarify issues concerning the Prison Litigation Reform Act. In <u>Woodford</u>, a California state prisoner challenged a disciplinary act but did so in an untimely manner, violating California's Prison Grievance System. Subsequently, the prisoner sued the system in federal court, but the district court granted the Department's Motion to Dismiss, stating the prisoner had not fully exhausted his administrative remedies, pursuant to the Prison Litigation Reform Act. On appeal, the Ninth Circuit reversed, claiming that because no administrative remedies remained available to the prisoner, he had "not exhausted them" amongst other reasons.

On appeal, the United States Supreme Court reversed the Ninth Circuit and affirmed the dismissal of the prisoner's complaint. The Court's opinion focused extensively on the "exhaustion" of available remedies and concluded that whether procedural deficiencies existed or whether a prisoner is poorly educated and unfamiliar with such proceedings, it is <u>a requirement that administrative remedies be followed prior to litigation ensuing in federal court.</u> <u>Id.</u> At 2387, 2388, 2390, 2392-2393.

**B.    <u>The Plaintiff has failed to prove that the Defendants acted with deliberative indifference to any serious medical need.</u>**

A court may dismiss a complaint for failure to state a claim if it is clear that no relief could be granted under any set of facts that could be proven consistent with the allegations in the complaint. <u>Romero v. City of Clanton</u>, 220 F. Supp. 2d 1313, 1315 (M.D. Ala., 2002), (<u>citing</u>, <u>Hishon v. King & Spalding</u>, 467 U.S. 69, 73, (1984). "Procedures exist, including Federal Rule of Civil Procedure 7(a), or Rule 12(e), whereby the trial court may "protect the substance of qualified immunity," <u>Shows v. Morgan</u>, 40 F. Supp. 2d 1345, 1358 (M.D. Ala.,

1999). A careful review of Hicks' medical records reveals that he has been given appropriate medical treatment at all times. (See Exhibits "A" & "B"). All of the allegations contained within Hicks' Complaint, as amended, are either inconsistent with his medical records, or are claims for which no relief may be granted. (Id.) Therefore, Hicks' claims against the Defendants are due to be dismissed.

In order to state a cognizable claim under the Eighth Amendment, Hicks must allege acts or omissions sufficiently harmful to evidence deliberate indifference to serious medical needs. See Estelle v. Gamble, 429 U.S. 97, 106 (U.S. 1976); McElligott v. Foley, 182 F.3d 1248, 1254 (11th Cir. 1999); Palermo v. Corr. Med. Servs., 148 F. Supp. 2d 1340, 1342 (S.D. Fla. 2001). In order to prevail, Hicks must allege and prove that he suffered from a serious medical need, that the Defendants were deliberately indifferent to his needs, and that he suffered harm due to deliberate indifference. See Marsh v. Butler County, 268 F.3d 1014, 1058 (11th Cir. 2001) and Palermo, 148 F. Supp. 2d at 1342. "Neither inadvertent failure to provide adequate medical care nor a physician's negligence in diagnosing or treating a medical condition states a valid claim of medical mistreatment under the Eighth Amendment." Id. (citations omitted).

Not every claim by a prisoner that medical treatment has been inadequate states an Eighth Amendment violation. Alleged negligent conduct with regard to inmates' serious medical conditions does not rise to the level of a constitutional violation. Alleged medical malpractice does not become a constitutional violation merely because the alleged victim is a prisoner. See Estelle, 429 U.S. at 106, McElligott, 182 F.3d at 1254, Hill, 40 F.3d 1176, 1186 (11th Cir. 1994), Palermo, 148 F. Supp. 2d at 1342. Further, a mere difference of

opinion between an inmate and the physician as to treatment and diagnosis cannot give rise to a cause of action under the Eighth Amendment. Estelle, 429 U.S. at 106-108.

The Defendants may only be liable if they had knowledge of Hicks' medical condition, Hill, 40 F. 3d at 1191, and acted intentionally or recklessly to deny or delay access to his care, or to interfere with treatment once prescribed. Estelle, 429 U.S. at 104-105. Obviously, Hicks cannot carry his burden. The evidence submitted with this Special Report clearly shows that the Defendants did not act intentionally or recklessly to deny or delay medical care, or to interfere with any treatment which was prescribed or directed. The evidence demonstrates, to the contrary, that appropriate standards of care were followed at all times. (Id.) These facts clearly disprove any claim that the Defendants acted intentionally or recklessly to deny treatment or care.

The Defendants are, further, entitled to qualified immunity from all claims asserted by Hicks in this action. There is no argument that the Defendants were not acting within the scope of their discretionary authority. See Eubanks v. Gerwen, 40 F. 3d 1157, 1160 (11th Cir. 1994); see also Jordan v. Doe, 38 F. 3d 1559, 1566 (11th Cir. 1994). Because the Defendants have demonstrated that they were acting within the scope of their discretionary authority, the burden shifts to Hicks to show that the Defendants violated clearly established law based upon objective standards. Eubanks, 40 F. 3d at 1160. The Eleventh Circuit requires that before the Defendants' actions can be said to have violated clearly established constitutional rights, Hicks must show that the right allegedly violated was clearly established in a fact-specific, particularized sense. Edwards v. Gilbert, 867 F.2d 1271, 1273 (11th Cir. 1989), aff'd in pertinent part, rev'd in part on other grounds, sub nom., Edwards v. Okaloosa County, 5 F. 3d 1431 (11th Cir. 1989).

The Eleventh Circuit further requires that the inquiry be fact specific, and that officials will be immune from suit if the law with respect to their actions was unclear at the time the cause of action arose, or if a reasonable person could have believed that their actions were lawful in light of clearly established law and information possessed by the individual. See Brescher v. Von Stein, 904 F.2d 572, 579 (11th Cir. 1990) (quoting, Anderson v. Creighton, 483 U.S. 635, 640, (U. S. 1987)). The question that must be asked is whether the state of the law in 2006 gave the Defendants fair warning that their alleged treatment of Hicks was unconstitutional. Hope v. Pelzer, 536 U.S. 730, 741 (U.S. 2002).

Therefore, to defeat summary judgment, Hicks must be able to point to cases with "materially similar" facts, within the Eleventh Circuit, that would alert the Defendants to the fact that their practice or policy violates his constitutional rights. See Hansen v. Soldenwagner, 19 F.3d 573, 576 (11th Cir. 1994). In order for qualified immunity to be defeated, preexisting law must "dictate, that is truly compel (not just suggest or allow or raise a question about), the conclusion for every like-situated, reasonable government agent that what the defendant is doing violates federal law in the circumstances." Lassiter v. Alabama A & M Univ., Bd. of Trustees, 28 F. 3d 1146, 1151 (11th Cir. 1994). The Defendants submit that there is no case law from the United States Supreme Court, the Eleventh Circuit Court of Appeals, or District Courts sitting within the Eleventh Circuit showing that, under the facts of this case, it was clearly established that these alleged actions violated Hicks' constitutional rights. All of Hicks' medical needs have been addressed or treated. (See Exhibits "A" & "B"). The Defendants have provided Hicks with appropriate medical care at all times and he has received appropriate nursing care as indicated for treatment of his condition.

## V. <u>CONCLUSION</u>

The Plaintiff's Complaint, as amended is due to be dismissed on its face, and is, further, disproven by the evidence now before the Court. All of the Plaintiff's requests for relief are without merit. The Defendants have demonstrated both through substantial evidence and appropriate precedent that there is not any genuine issue of material fact relating to a constitutional violation, and that they are, therefore, entitled to a judgment in their favor as a matter of law. The Plaintiff's submissions clearly fail to meet his required burden.

Accordingly, the Defendants request that this Special Report be treated and denominated as a Motion to Dismiss and/or a Motion for Summary Judgment and that this Honorable Court either dismiss the Plaintiff's Complaint, as amended, with prejudice, or enter a judgment in their favor.

Respectfully submitted,

/s/ PAUL M. JAMES, JR.
Alabama State Bar Number JAM017
Attorney for Defendant Prison Health
Services, Inc.

RUSHTON, STAKELY, JOHNSTON &
GARRETT, P.A.
P. O. Box 270
Montgomery, AL  36101-0270
Telephone: (334) 206-3148
Fax: (334) 262-6277
E-mail: pmj@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail

this the 9th day of January, 2007, to:

Charles Hicks (AIS# 246241)
P. O. Box 220410
Deatsville, AL  36022

Greg Biggs, Esq.
Assistant Attorney General
Alabama Department of Corrections
Legal Division
P. O. Box 301501
Montgomery, AL  36130

                                        /s/  PAUL M. JAMES, JR. (JAM017)
                                        Attorney for Defendants Prison Health
                                        Services, Inc. and Dr. Corbier

# EXHIBIT A

# A F F I D A V I T

STATE OF ALABAMA      )
                          )
_____COUNTY    )

I, _Tommie Ellerbee_, hereby certify and affirm that I am a _MEDICAL CLERK_, at _STATON Healthcare_; that I am one of the custodians of medical records at this institution; that the attached documents are true, exact, and correct photocopies of certain medical records maintained here in the institution medical file of one _Hicks , Charles_, AIS# _246 241_; and that I am over the age of twenty-one years and am competent to testify to the aforesaid documents and matters stated therein.

I further certify and affirm that said documents are maintained in the usual and ordinary course of business at _____; and that said documents (and the entries therein) were made at, or reasonably near, the time that by, or from information transmitted by, a person with knowledge of such acts, events, and transactions referred to therein are said to have occurred.

This, I do hereby certify and affirm to on this the _30_ day of _November_ 2006

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE _30_ Day of _November_ ,2006

_____
Notary Public

_12/06/2008_
My Commission Expires



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Last    Date    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Fourth    Date    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Third    Date    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Second    Date    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

NAME: Hicks, Charles ⊘

DIAGNOSIS    pm
- NgOIC OOI453
- 210319 Prin Fc Fasy
  UA in nose
- BS 1 BIM X(00 days)

D.O.B. 11/2 61    246241    fiyc
ALLERGIES: NKA

Use First    Date 11/20/06 1505    ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED    [signature]

MEDICAL RECORDS COPY

60110 (4/03)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: Hicks, Charles
246241

D.O.B. 1/12/61  FYC

ALLERGIES: NKDA

Use Last·   Date 1/20/06 1505

DIAGNOSIS (If Chg'd) men renew
EC ASA 325mg  $\bar{i}$ po daily x 100Days
Glipizide 10mg  $\bar{i}$ po daily x 100Days
Nexium 40mg  $\bar{i}$po QHS x 100Days
HCTZ 25mg  $\bar{i}$ po QAM x 100Days
Lisinopril 20mg  $\bar{i}$ po BID x 100Days

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED        Dr Juicery?

---

NAME: Hicks, Charles
246241

D.O.B. 1/12/61

ALLERGIES: NKDA

Use Fourth    Date 11/7/00

Noted/Diverse 11/7/00

DIAGNOSIS (If Chg'd)
- ↓ T Month   PCU
- BS   BID x 120 day
- 2000   ADA diabetic diet
- Aldactone 50mg  $\bar{i}$ PO QD x 90 day

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Hicks, Charles
246241

D.O.B. 1/12/61

ALLERGIES: NKDA

Use Third    Date 11/3/06

FLYC
Noted/
given

DIAGNOSIS (If Chg'd)
① ASA 81 mg PO QD KOP x 100d
② PPD x 180 days

☑ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Hicks, Charles
246241

D.O.B. 1/12/61

ALLERGIES: NKDA

Use Second    Date 11/3/06

FLYC

DIAGNOSIS (If Chg'd)
① A+D OINTMENT   KOP x 90d
② F/U HCU IN 2-3 WKS
③ No prolonged standing, FRONT OF LINE
Pass x 180 d  CANE + STOCKING
Pass R x 180d  venous insufficiency

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Hicks, Charles

D.O.B.  /  /

ALLERGIES:

Use First    Date 10/30/06

DIAGNOSIS
HCU F/U Test Results - Leg Pain

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

60110 (4/03)              MEDICAL RECORDS COPY



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: *Hicks, Charles* <br> 246241    FLYC <br> D.O.B. *11 12 61* KDA <br> ALLERGIES: <br> Use Last    Date *1 03 06* | DIAGNOSIS (If Chg'd)  *Motrin 400 mg BID X* <br> *2 days prn* <br> *pp Dr. Corbier / D. Swindle* pm <br> *Noted 10-06 pm - SS*    *Nyholt* <br> ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: *Hicks, Charles* <br><br> D.O.B. *11 2 61* <br> ALLERGIES: *NKDA* <br> Use Fourth    Date *10 27 06* | DIAGNOSIS (If Chg'd) <br> *BS BID x 30 days* <br> *lipid profile + Marked peripheral edema* <br> *x 60 days* <br> ☐ GENERIC SUBSTITUTION IS NOT PERMITTED    *R.M. Corbier* |
| NAME: *Hicks, Charles* <br> 246241 <br> D.O.B. *11 12 61*    FLYC <br> ALLERGIES: *NKDA*   J. Parker *RN* <br> Use Third    Date *10 20 06* | DIAGNOSIS (If Chg'd) <br> *(Frank Lee Nurse)* <br> *Please inform Pt. of Neg. Venous doppler* <br> *per RN* <br> *10 20 06* <br> *3:30 pm* <br> ☐ GENERIC SUBSTITUTION IS NOT PERMITTED    *R.M. Corbier* |
| NAME: *Hicks, Charles* <br> 246241 <br> D.O.B. *11 02 61*    FLYC <br> ALLERGIES: *NKA* <br> Use Second    Date *10 25 06  10.55* | DIAGNOSIS (If Chg'd) <br> *Hausta in 10 days re: Venas* <br> *popliar results* <br> *11/3/08 *mproft* <br> ☐ GENERIC SUBSTITUTION IS NOT PERMITTED   *J. Vincent NP* |
| NAME: *Hicks, Charles* <br> 246241 <br> D.O.B. *11 12 61* <br> ALLERGIES: *NKDA* <br> Use First    Date *10 20 06* | DIAGNOSIS <br> *Blood sugar checks x 2 weeks* <br> *noted M Sanders RN 10:50pm 10/20/06* <br> ☐ GENERIC SUBSTITUTION IS NOT PERMITTED   *BER* |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### PHYSICIANS' ORDERS

---

NAME: Hicks, Charles
246241

D.O.B. 1/2/61     FLYC
ALLERGIES: NKDA

Use Last     Date 10/01/06

DIAGNOSIS (If Chg'd)
Lasix 40mg 1 PO BID x 2 wks
Micaril 2 PO QD
Elevate left leg.
10/3/06 HCU in 2 wks
2:30pm

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Hicks, Charles
246241

D.O.B. 1/2/61     FLYC
ALLERGIES: NKDA

Use Fourth     Date 10/12/06

DIAGNOSIS (If Chg'd)
IM done for Diabetic Shoes
Motrin 400 mg 1 PO BID x 2 wks
10/13/06
12:15pm

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Hicks, Charles

D.O.B. 1/2/61
ALLERGIES: NKDA

Use Third     Date 10/11/06

DIAGNOSIS (If Chg'd)
Schedule HCU 2 weeks
Disregard
Disregard order

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Hicks, Charles
246241

D.O.B. 1/2/61     FLYC
ALLERGIES: NKDA     S. Parker LPN
10/3/06

Use Second     Date 10/2/06 10:30pm

DIAGNOSIS (If Chg'd)
1) Lasix 40mg 1 PO QAM x 2wks
2) KCL 10 meq 1 PO QAM x 2wks
3)

CRNP

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Hicks, Charles
246241

D.O.B. 1/2/61     FLYC Parker LPN 10/3/06
ALLERGIES: NKDA     2. FLYC 10/3/06
10:30pm

Use First     Date 10/2/06

DIAGNOSIS © Procedure day - toenail trim
① 2000 cal ADA diet x 180 days
② (B) LE venous doppler (P.V.D)
③ Augmentin 875mg 1 PO BID x 10 days
④ May purchase diabetic shoes 2 ffts
⑤ FU 2 wks c CRNP Mal    10/2/06 CRNP
                          CRNP

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

MEDICAL RECORDS COPY



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

---

NAME: Hicks, Charles  FYC
246241
L. Parker, LPN
D.O.B. 1/12/61  10/8/06
ALLERGIES: NKDA  10:10 pm

DIAGNOSIS (If Chg'd)
① Please draw DP II ASAP
② Clonidine 0.2 mg PO X 1 now
③ Epsom salt soaks QD X 14 days
④ BP ✓ QD X 14 days

Use Last   Date 10/7/06

☐ GENERIC SUBSTITUTION IS NOT PERMITTED  M. 2  CRNP

---

NAME: Hicks, Charles
246241
9/20/06
FYC
D.O.B. 1/12/61  1:00p
ALLERGIES: NKDA

DIAGNOSIS (If Chg'd)   9/21 noted
① DP II
② Bactrim DS ĩ PO BID X 10 days
③ F/U 1 wk. w/ Mahood, CRNP
④ 1800 cal ADA diet — error RN
M. 2  CRNP

Use Fourth   Date 9/22/06

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Hicks, Charles
D.O.B. 11/2/61
ALLERGIES: NKDA

DIAGNOSIS (If Chg'd)
Keep scheduled appt 9/22/06

Use Third   Date 9/20/06

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Hicks, Charles
D.O.B. 1/2/61
ALLERGIES: NKDA

DIAGNOSIS (If Chg'd)
Schedule for HCU next week
9:30 Dr. Novst TO 9/18

Use Second   Date 9/15/06

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Hicks Charles
246241
FYC
D.O.B. 1/12/61  BM
ALLERGIES: NKDA

DIAGNOSIS
D/C Maxzide
HCTZ 25 mg ĩ PO QD X 90 days
lisinopril 20 mg ĩ PO BID X 90 days
BP ✓ QD X 14 days.
No KOP t BP meds till further Notice.
noted M. Palmer RN LPN  9/13 kw @ 94⁰

Use First   Date 9/12/06

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

60110 (4/03)

MEDICAL RECORDS COPY



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

**NAME:** Hicks, Charles
Frontlee
24624

**D.O.B.** 11 02 61
**ALLERGIES:** NKA

**Use Last** **Date** 08 03 06   08/3/06

**DIAGNOSIS (If Chg'd)**
① Notify MD if glucose less than 60%.
② Fasting DR II next lab draw

p.a. Dr Cobrigan
☐ GENERIC SUBSTITUTION IS NOT PERMITTED  BHa and CRNP

---

**NAME:** Hicks, Charles
24624
**D.O.B.** 11,2,61   7L
**ALLERGIES:** NKDA

**Use Fourth** **Date** 7/2/06

**DIAGNOSIS (If Chg'd)** note CS Taylu PV 7-12-06 DKA
① Start 2000 cal ADA-365
- call pt to pill call line
to get pink slip
on ADA diet
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

**NAME:** Hicks Charles
**D.O.B.** 11 02 61
**ALLERGIES:** NKA

**Use Third** **Date** 07 05 06

**DIAGNOSIS (If Chg'd)**
⑥ HCU-Chronic Care Visit in 3 mos
⑦ HCU on Next Wed. 07/13/06 t
See Dr Pealant the ball clinging
⑧ Check urine micro/albumin in 80 days
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

**NAME:** Hicks  Charles
24624
FVC
**D.O.B.** 11 2 61  BM
**ALLERGIES:** NKA

**Use Second** **Date** 7/05/06

**DIAGNOSIS (If Chg'd)**
① Discontinue Vasotec.
② Lisinopril 30 mg P.o. QD X 180 days
③ Fasting Profile I in 80 days
④ Glucose (BS) check BID X 30 days
⑤ Extra lg, thigh high Ted hose
☐ GENERIC SUBSTITUTION IS NOT PERMITTED  B.Huard, CRNP

---

**NAME:** Hicks, Charles
#24624
5/31/06  0858
**D.O.B.** 11 02 61
**ALLERGIES:** NKDA

**Use First** **Date** 5 31 06

**DIAGNOSIS**
1) Vasotec 5 mg po qd X 180 d
2) HgbA1c in 10 wks
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---



**PRISON HEALTH SERVICES INCORPORATED**

## PHYSICIANS' ORDERS

| NAME: Hicks, Charles | DIAGNOSIS (If Chg'd) |
|---|---|
| | Trim Nails @ tx time - notify provider to do ✓ |
| D.O.B. 11 12 61     246241 | |
| ALLERGIES: NKDA | |
| Use Last     Date 5/9/06 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Hicks, Charles     246241 | DIAGNOSIS (If Chg'd) |
|---|---|
| | CC 4 wks - 2 wks DM/HTN |
| | Lisinopril 10 m |
| D.O.B. 11 2 01 | Mayzide 25/80 m pogd x 180 days ✓ |
| ALLERGIES: NKDA | BBP x 3 months |
| Use Fourth     Date 5/9/06 | Cotra blank t  to allow inmate to leave left wrist x 3 |
| | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Hicks, Charles     246241 | DIAGNOSIS (If Chg'd) |
|---|---|
| | ECASA 325 mg pogd x 180 days ✓ |
| | Glucotrol 10 mg pogd x 180 days ✓ |
| D.O.B. 11 12 161 | Lisinopril 5mg pogd x 180 days |
| ALLERGIES: NKDA | AFC BID x 30 days AAA Thin layer |
| | AcD oint AAA BID x 30 days ✓ |
| Use Third     Date 5/9/06 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Hicks, Charles     246241 | DIAGNOSIS (If Chg'd) |
|---|---|
| | B/S ✓ S 2x day x 30 ✓ |
| | Obtain needs from Cooper Green RE |
| D.O.B. 11 2 61 | Cardiac & DM |
| ALLERGIES: NKDA | Lis.m Mayzide 325/25 pogd x 180 days |
| | Mevacor 20 mg pogd x 180 days ✓ |
| Use Second     Date 5/9/06 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Hicks, Charles     246241 | DIAGNOSIS |
|---|---|
| | CMP, Cho, HgbA1c, TSH, (exer: 140 28 5 |
| | EKG, CXR |
| D.O.B. 11 2 161 | Eye Clinic Referral ✓ |
| ALLERGIES: NKDA | 2300 calorie diabetic diet c Snack ✓ |
| | B/P ✓ 2x wk x 4 wks ✓ |
| Use First     Date 5/9/6 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Hicks Charles BM246241 | D.O.B.: 11/2/61 |
|---|---|---|

11/7/06 8:25 — Io complai. eval see 11/6/06 sickcall wt 280
T-98° P-70 R-20 O2sat 98% B/P 162/102

11/7/06 — Pt. Venous doppler ⓛ for DVT.

Plan

① Elevated the legs frequently

② Continue using Support stockings.

③ Cont. c̄ No prolonged standing profile.

A), B. Pt. c̄ diabetes discussed Diabetic diet.

| Date/Time | Inmate's Name: Hicks, Charles, 246434    D.O.B.: 11/2/61 |
|---|---|
| 10-25-00 3:00pm | Return from FWA Venous Doppler on legs. — T 97.8, O2 sat 99%, P 66, R 20 B/P 158/88 ———————— S. Traylor LPN |
| | Patient back from FWA appt re venous doppler study of legs. Ø complaints voiced. Pt want attorney contacted re his legs. Instructed pt have attorney express records for his review. Will bring back to HCU in 10 days for venous report results. Pt w/o return paperwork |
| 11-3-06 9:48 | Dr ↑ CP re f/u test result wt 283  T 97.8 P 64 R 20  O2 sat 99%, 146/88 ———————— S/R Noncert Pt informed results of Doppler study - No evidence of DVT  Ø Ø of DVT c/o pain along lateral leg. Severe chronic swelling. Hx DM HTN. Pt informed to inspect leg twice daily. Came ē support stocking grow today. Resume ASA qd. EXAM: Large leg: ē severe chronic venous insuff skn hyperpig & dry - No evidence of infctn. Fungal nails A: DM II ~~HTN~~ Chronic venous insuff P: Elevate leg Proflos given  Came Skn care education.  ABD ointment  F/u HCU @ 2-3 wks ē Dr Corbier |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Hicks Charles 246 241 | D.O.B.: 11/2/61 |
|---|---|---|

7-5-06 | wt 252 T 98¹ P 64 R 20 B/P 140/90   O₂ SAT 97%

Chronic Care

7/12/06 | 20 NPO rи. nail clipping  Wt 258   T - 98⁷   P - 72
R - 20  O₂ sat 98%   B/P ⓐ164/96⟩ — Afeb
Ⓢ C/o toes hurting b/cause of toenails.
Ⓞ Upper baghir Extrabine ✓ Cor.

9-22-06 | 20 NCRⒾⓘ. Eval °C/o neck pain, √ B/p et B/s   WT 271  BS- 167
8³⁵ᴾ | T- 98⁴  P- 72   R- 20  O₂ sat 97%   B/P 128/88
S: Pt. here for Flu sick call. C/o "knot on Ⓛ side
of neck" x 6 days. Pain c̄ Ⓛ side turn of neck. Approx
6 days ago c/o chills, fever x 2 days c̄ resulted
"knot c̄ tenderness" on Ⓛ side of neck. Denies cough,
nasal drainage, ear pain / drainage, SOB.
O: VSS Afebile. QEN. AAO X 3, in NAD. HEENT:
Head normocephalic, atraumatic. Eyes: PERRLA, EOMI
intact. Ears: TM's intact, ⊖ drainage. Nose: Nares
patent, ⊖ drainage. Neck: Ⓛ lymph node enlargement / tenderness
1cm x 1cm Ⓛ posterior cervical. Movable. ⊖ warmth. ⊖ JVD
⊖ carotid bruits. Throat: Pharynx pink ⊖ PND. Lungs: CTA B̄
COR: RRR ⊖ M/G/R/c. Abd: Benign, soft, NT, ⊕ BS x 4,
⊖ HSM. Ext: ⊕ 1. DP/PT pulses. ⊖ generalized. B LE
edema. Presently wearing TED hose.
A: 1) Posterior cervical enlarged lymph node
     a) Possible lymphangitis vs. folliculitis
P: 1) DP II   2) Bactrim DS 1 po BID x 10 days
3) 1 wk · F/↑

Complete Both Sides Before Using Another Sheet

‾‾ C.RNP



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Charles Hicks_
ID # _246241_      Date of Request: _11-16-06_
Nature of problem or request:    Date of Birth: _11-2-61_ Location: _3 #12_
_I to I need to talk to Dr._
_Cortier because my leg is really hurting me real bad,_
_the fluid in my leg looks like it has gone up my leg,_
_and I don't like that all._

                                  _Charles Hicks_
                                      *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

           _5C_
_4Y a_
_11-17-06_
_12:29 PM_

┌─────────────────────────────┐
│         **RECEIVED** │
│ Date: _____ │
│ Time: _____ │
│ Receiving Nurse Intials _____ │
└─────────────────────────────┘

**(S)ubjective:**



**(O)bjective**   (V/S): **T:** _____    **P:** _____    **R:** _____    **BP:** _____   **WT:** _____



**(A)ssessment:**



**(P)lan:**



Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
                               CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )    No ( )
         Was MD/PA on call notified:   Yes ( )    No ( )

                                   *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT
GLF-1002   (1/4)

**PHS**

## Nursing Evaluation Tool:    General Sick Call

Facility: Alabama Department of Corrections

Patient Name: _Hicks, Charles_
                    Last                                    First                          MI

Inmate Number: _24624_                    Date of Birth: _11_ / _12_ / _60_
                                                              MM      DD      YYYY

Date of Report: _11_ / _17_ / _06_          Time Seen: _12:30_   AM / **PM**  Circle One
                      MM      DD      YYYY

**Subjective:** Chief Complaint(s) _need to go back to Dr. Carlier and need diabetic shot. Need something for pain, leg hurts_
Onset:

Brief History: _Have pain and swelling in left leg for a long time._
(Continue on back if necessary)

☐ Check Here if additional notes on back

**Objective:**    Vital Signs: (As Indicated) T: _97.6_ P: _84_ RR: _20_ B/P: _140_ / _92_

Examination Findings: _Swelling noted left leg. Requesting to see Dr. Carlier to discuss outside appt. and need something for pain._
(Continue on back if necessary)

☐ Check Here if additional notes on back

**Assessment: (Referral Status)**    **Preliminary Determination(s):** _____
    ☐ Referral **NOT REQUIRED**

    ☒ Referral **REQUIRED** due to the following: (Check all that apply)
        ☒ Recurrent Complaint (More than 2 visits for the same complaint)
        ☐ Other: _____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:**    Check All That Apply:
        ☒ Instructions to return if condition worsens.
        ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
        ☐ Other:_____
                    (Describe)
OTC Medications given ☐ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): _____    Date for referral: __ / __ / __
                                                                                              MM   DD   YYYY
Referral Type: ☒ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _MD review_    Time _____

X _J. Swindle_    Name: _T. Swindle_
     Nurses Signature                      Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _CHARLES HICKS_
ID # _246241_                         Date of Request: _11-7-06_
Nature of problem or request: Date of Birth: _11-2-61_ Location: _3P-B#12_
_I need to go to another free world_
_Doctor to have A test on my Left Leg again, this_
_is to Doctor Corbier._

_Charles Hicks_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

_Refused Se_
_11-8-06_
_11:15 pm_

RECEIVED
Date: 11/7/06
Time: 8050
Receiving Nurse Intials _Bly_

**(S)ubjective:**

**(O)bjective**   (V/S):  T: _____  P: _____  R: _____  BP: _____  WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment         Return to Clinic PRN
                                    CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
       If Emergency was PHS supervisor notified:   Yes ( )    No ( )
              Was MD/PA on call notified:    Yes ( )    No ( )

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT
GLF-1002   (1/4)



**Nursing Evaluation Tool:**    General Sick Call

Facility: Alabama Department of Corrections

Patient Name: *Hicks, Charles*
                                                    First

Inmate Number: *246291*                    Date of Birth: *11, 2, 61*
                                                            MM  DD  YYYY

Date of Report: *11, 6, 06*        Time Seen: *12 N* AM / PM  Circle One
                MM  DD  YYYY

**Subjective:** Chief Complaint(s)/Onset: *Need to start BS again and leg hurts real bad. Request to see FW doctor @ UAB @ Jackson*

Brief History: *Chronic leg pain and edema. Requesting*
(Continue on back if necessary) *FWA, also want blood sugar checks.*

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: *97⁶* P: *80* RR: *20* B/P: *120, 78*

Examination Findings: *Left leg edematous, c/o real bad pain*
(Continue on back if necessary) *and wants FWA.*

☐ Check Here if additional notes on back

**Assessment: (Referral Status)**    Preliminary Determination(s): _____

☑ Referral **NOT REQUIRED**

☐ Referral **REQUIRED** due to the following: (Check all that apply)
    ☐ Recurrent Complaint (More than 2 visits for the same complaint)
    ☐ Other: _____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
    ☑ Instructions to return if condition worsens.
    ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
    ☐ Other: _____
                    (Describe)
OTC Medications given ☑ NO ☐ YES (If Yes List): _____

Referral: ☑ NO ☐ YES (If Yes, Whom/Where): *MD review*        Date for referral: _/_/_
                                                                            MM DD YYYY
Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____    Time _____

X *T. Swindle*    Name: *T. Swindle*



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: CharLes Hicks    Date of Request: 11-5-06

ID # 246241    Date of Birth: 11-2-61 Location: 3 Dorm / Bed # 12

Nature of problem or request: I need to get start back checking my blood sugars. I also need to talk to Dr. Corbier again about seeing a free world Doctor again, My leg hurts me real real bad. I want to go to UAB or Jackson Hosp Hospital for test on my leg and Body please.

Charles Hicks
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM PM
Allergies: _____

RECEIVED
Date: 11/5/06
Time: 8:53pm
Receiving Nurse Intials ___

**(S)ubjective:**

**(O)bjective**    (V/S): T: _____    P: _____    R: _____    BP: _____    WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:    ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:    INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Charles Hicks                    Date of Request: 10-28-06

ID # 246241                    Date of Birth: 11-02-61 Location: 3 #12

Nature of problem or request: I need to see the Doctor because my Left Leg still hurts me. also, I need a profile so I can show it to sgt. Givens.

_Charles Hicks_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

|  |
|---|
| **RECEIVED** |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**   (V/S):  T: _____   P: _____   R: _____   BP: _____   WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
    If Emergency was PHS supervisor notified:    Yes ( )    No ( )
        Was MD/PA on call notified:    Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



Nursing Evaluation Tool:    General Sick Call

Facility: Alabama Department of Corrections

Patient Name: *Hicks, Charles*
                    Last              First              M.I.

Inmate Number: *246247*        Date of Birth: *11 12 16*
                                                      MM  DD  YYYY

Date of Report: *10 30 06*      Time Seen: *12:00* AM / PM  Circle One
                    MM  DD  YYYY

**Subjective:** Chief Complaint(s): *Need to see eye doctor, request to see another*
*doctor about leg. Having a lot of leg pain.*
                    Onset: _____

Brief History: *Having problem ¢ left leg. Pain + swelling*
(Continue on back if necessary)

_____

_____

_____
                                                      ☐ Check Here if additional notes on back

**Objective:**    Vital Signs: (As Indicated) T: *97.6*  P: *70*   RR: *18*   B/P: *110 / 76*

Examination Findings: *Left*
(Continue on back if necessary)

_____

_____

_____

**Assessment: (Referral Status)**    Preliminary Determination(s): _____    ☐ Check Here if additional notes on back

☒  Referral <u>NOT REQUIRED</u>

☐  Referral <u>REQUIRED</u> due to the following: (Check all that apply)
   ☐ Recurrent Complaint (More than 2 visits for the same complaint)
   ☐ Other: _____

_____

_____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of
the appropriate care to be given.

**Plan:**  Check All That Apply:
   ☐ Instructions to return if condition worsens.
   ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they
   should do as well as appropriate follow-up.  ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
   ☐ Other: _____
              (Describe)
OTC Medications given  ☐ NO  ☐ YES (If Yes List) *Motrin 400 mg B.i.d × 2 days*

Referral: ☒ NO  ☐ YES (If Yes, Whom/Where): _____   Date for referral: __ / __ / __
                                                                                                    MM  DD  YYYY
Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?) _____   Time _____

X *J. Trindle, LPN*                      Name: _____

PMS

Nursing Evaluation Tool:                    General Sick Call

Facility: Staton Correctional Facility

Patient Name: _Dicks, Charles_                                    Last

Inmate Number: _246247_          First          Date of Birth: _11 , 2 , 61_ MI
                                                                  MM   DD   YYYY

Date of Report: _10 , 23 , 06_          Time Seen: _1155_  AM / PM  Circle One
                  MM   DD   YYYY

**Subjective:** Chief Complaint(s): _Need sick note to wear slides due_
Onset: _to my feet + leg swelling_

Brief History: _Chronic feet + leg swelling_
(Continue on back if necessary)

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: _97⁶_  P: _68_  RR: _20_  B/P: _110 / 70_

Examination Findings: _Chronic leg swelling left leg_
(Continue on back if necessary)

**Assessment:** *(Referral Status)*          Preliminary Determination(s): _____
☑ Referral NOT REQUIRED                                   ☐ Check Here if additional notes on back

☐ Referral REQUIRED due to the following: (Check all that apply)
   ☐ Recurrent Complaint (More than 2 visits for the same complaint)
   ☐ Other: _____

_Noted R  10/23/06_

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:**  Check All That Apply:
   ☐ Instructions to return if condition worsens.
   ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
   ☐ Other: _____
              (Describe)
OTC Medications given  ☐ NO  ☐ YES (If Yes List): _____

Referral: ☒ NO  ☐ YES (If Yes, Whom/Where): _MD review_

Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?): _____          Date for referral: _ / / _
                                                                                                              MM  DD  YYYY
                                                                                                    Time _____

x _T. Swindle GP_          Name: _T. Swindle GP_
   Nurses Signature                          Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: *Charles Hicks*                Date of Request: *10/21/06*
ID # *246297*                Date of Birth: *11-2-61*  Location: *3-72*
Nature of problem or request: *I need the doctor to write me some papers so the people here at Frank Lee would know that I have promission to wear these slides because my left leg is hurting me real bad.*

*Charles Hicks*
*Signature*

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**    (V/S): **T:** _____    **P:** _____    **R:** _____    **BP:** _____    **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )    No ( )
Was MD/PA on call notified:   Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Charles Hicks_ _____ Date of Request: _10/19/06_
ID # _296241_ _____ Date of Birth: _11-2-67_ Location: _3-#12_
Nature of problem or request: _I need to have my diabetic_
_Blood ~~pressure~~ sugar checked every morning_
_because it is very important._

_Charles Hicks_
_Signature_

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM PM
Allergies: _____

┌─────────────────────────────┐
│         RECEIVED            │
│ Date:                       │
│ Time:                       │
│ Receiving Nurse Intials ____│
└─────────────────────────────┘

**(S)ubjective:**

**(O)bjective    (V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_____
_SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS

## Nursing Evaluation Tool:                                    General Sick Call

Facility: Staton Correctional Facility

Patient Name: _Hicks, Charles_
Last

Inmate Number: _246247_

Date of Birth: _11_ / _12_ / _16_ MI
MM    DD    YYYY

Date of Report: _10_ , _20_ , _06_
MM    DD    YYYY

Time Seen: _1145_   AM / PM   Circle One

**Subjective:** Chief Complaint(s): _Want B/S done q Am_

Onset: _Years ago_

Brief History: _Diabetic X's some time and want b/s_
(Continue on back if necessary)

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: _97.6_ P: _72_ RR: _20_ B/P: _140_ / _98_

Examination Findings: _No acute distress, Status no problems_
(Continue on back if necessary)
_just want BS qd_

**Assessment: (Referral Status)**        Preliminary Determination(s): _____        ☐ Check Here if additional notes on back

☒ Referral **NOT REQUIRED**

☐ Referral **REQUIRED** due to the following: (Check all that apply)
☐ Recurrent Complaint (More than 2 visits for the same complaint)
☐ Other: _____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☒ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other:_____
(Describe)

OTC Medications given ☒ NO ☐ YES (If Yes List): _____

Referral: ☒ NO ☐ YES (If Yes, Whom/Where): _____

Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _MD review_   Date for referral: __/__/__
MM DD YYYY
Time ____

X _T. Swindle_   Name: _T. Swindle_
Nurses Signature                              Printed



PRISON HEALTH SERVICES, INC.
SICK CALL REQUEST

Print Name: Charles Hicks          Date of Request: 10-16-06
ID # 246241                    Date of Birth: 11-2-61  Location: 3-#12
Nature of problem or request: I am requiring about the orthopedic shows that i suppose it gets. Dr. Corbier told me that he will let me know when or were will. I go to the hospital to see about my leg. the reason why my leg really hurts me real bad.                    Charles Hicks
                                                    *Signature*

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**  (V/S): **T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                                    CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
        If Emergency was PHS supervisor notified:    Yes ( )     No ( )
                Was MD/PA on call notified:    Yes ( )     No ( )

_____
                        *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Charles Hicks_ _____ Date of Request: _10-16-06_

ID # _246324_ _____ Date of Birth: _11-2-61_ Location: _3-12_

Nature of problem or request: _I am inquiring about the Orthopedic_
_shoes that I suppose to get. The Captain told me that_
_he will let me know when I was will. I go to the_
_hospital to see about my leg. The reason why my leg really_
_hurts me real bad._ _Charles Hicks_ _____

<em>Signature</em>

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___

Time: _____ AM PM

Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**   (V/S): T:_____   P:_____   R:_____   BP:_____   WT:_____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN

CIRCLE ONE

Check One:   ROUTINE ( )      EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )      No ( )

Was MD/PA on call notified:   Yes ( )      No ( )

_____

<em>SIGNATURE AND TITLE</em>

WHITE:     INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name _Charles Hicks_ _____ Date of Request: _10/10/06_

ID # _246241_ _____ Date of Birth: _11-2-61_ Location: _3D and Bed #12_

Nature of problem or request: _I still requiring about my orthopedic shoes and to get my blood pressure checked. I also need to know how much ~~medising~~ medicine do I take everyday please. I want to know about every pill and what it is all about._

_Charles Hicks_
_____
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____

Time: _____ AM  PM

Allergies: _____

**(S)ubjective:**

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(O)bjective  (V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment       Return to Clinic PRN
CIRCLE ONE

Check One:  ROUTINE ( )     EMERGENCY ( )

If Emergency was PHS supervisor notified:    Yes ( )     No ( )

Was MD/PA on call notified:    Yes ( )     No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Charles Hicks_ _____ Date of Request: _10/10/06_

ID # _246241_ _____ Date of Birth: _11-2-61_ Location: _3 Dorm Bed #12_

Nature of problem or request: _I still requiring about my orthopedic_
_shoes and to get my blood pleasure checked. I also_
_would like know how much ____ Medina it I take_
_everyday please. I want to know about every pill and what it is all about._

                                                    _Charles Hicks_
                                                    _____
                                                    Signature

## DO NOT WRITE BELOW THIS LINE

Date: ____/____/____

Time: _____ AM PM

Allergies: _____

| | RECEIVED |
|---|---|
| | Date: |
| | Time: |
| | Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**  (V/S): **T:**          **P:**          **R:**          **BP:**          **WT:**

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                                    CIRCLE ONE

Check One:   ROUTINE ( )      EMERGENCY ( )

        If Emergency was PHS supervisor notified:   Yes ( )      No ( )

                Was MD/PA on call notified:   Yes ( )      No ( )

                    _____
                    SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE

YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

**PHS**

## Nursing Evaluation Tool:                                General Sick Call

Facility: Alabama Department of Corrections

Patient Name: _Hicks, Charles_
                                                    Last                        First

Inmate Number: _246244_

Date of Birth: _11_  _12_  _61_
                    MM    DD    YYYY

Date of Report: _10_ _11_ _06_
                     MM   DD   YYYY

Time Seen: _1155_    AM / PM  Circle One

**Subjective:**  Chief Complaint(s): _Need B/P checked and want to find out_
Onset: _about meds. take & for what. want to know_

Brief History _Diabetic requesting diabetic shoes; diabetic_
(Continue on back if necessary) _× 4 yrs._

☐ Check Here if additional notes on back

**Objective:**  Vital Signs: (As Indicated) T: _97⁶_  P: _80_  RR: _20_  B/P: _120/86_

Examination Findings: _Requesting diabetic shoes and wants_
(Continue on back if necessary) _to know know about meds._

☐ Check Here if additional notes on back

**Assessment: (Referral Status)**    Preliminary Determination(s): _____
☒ Referral **NOT REQUIRED**

☐ Referral **REQUIRED** due to the following: (Check all that apply)
  ☐ Recurrent Complaint (More than 2 visits for the same complaint)
  ☐ Other: _____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:**  Check All That Apply:
☒ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
                    (Describe)

OTC Medications given ☒ NO  ☐ YES (If Yes List): _____

Referral: ☒ NO  ☐ YES (If Yes, Whom/Where): _MD review_    Date for referral: _/_ _/_
                                                                                MM  DD  YYYY
Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?) _____    Time ____

X _T. Swindle LPN_    Name: _T. Swindle LPN_
    Nurse Signature



PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Charles Hicks_ _____ Date of Request: _9/26/06_

ID # _246241_ _____ Date of Birth: _11-2-61_ Location: _2D - Bed #20_

Nature of problem or request: _I need some diabetic orthopedic_
_shoes real bad and also some Elpson Salt and_
_a foot tub for my feet because I have swelling in_
_left leg that hurts real bad._

_Charles Hicks_
_____
Signature

## DO NOT WRITE BELOW THIS LINE

Date: ____/____/____

Time: _____ AM  PM

Allergies: _____

RECEIVED

Date: _9/26/06_

Time: _720_

Receiving Nurse Intials _AM_

**(S)ubjective:**

**(O)bjective** (V/S): **T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

S/C 12:38
9-27-06
NB

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN

CIRCLE ONE

Check One:   ROUTINE ( )     EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )     No ( )

Was MD/PA on call notified:   Yes ( )     No ( )

_____
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE

YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



## Nursing Evaluation Tool:     <u>General Sick Call</u>

Facility: Alabama Department of Corrections

Patient Name: __Hicks__                    __Charles__
                    Last                          First

Inmate Number: __246241__          Date of Birth: __11__ / __2__ / __61__
                                                    MM     DD     YYYY

Date of Report: __9__ / __27__ / __06__     Time Seen: __12:30__     AM / (PM) Circle One
                 MM    DD    YYYY

**<u>Subjective</u>:** Chief Complaint(s): __request foot socks__

Onset: __1982__

Brief History: _____
(Continue on back if necessary)

☐ Check Here if additional notes on back

**<u>Objective</u>:** Vital Signs: (As Indicated) T: __98°__  P: __72__  RR: __14__  B/P: __140__ / __78__

Examination Findings: __Pitting edema to R foot + L knee, tremor on feet__
(Continue on back if necessary)
__dark + deformed Diabetic, lungs clear, denies__
__cough__

☐ Check Here if additional notes on back

**<u>Assessment</u>: (Referral Status)     Preliminary Determination(s):** _____

☑ Referral <u>NOT REQUIRED</u>

☐ Referral <u>REQUIRED</u> due to the following: (Check all that apply)
  ☐ Recurrent Complaint (More than 2 visits for the same complaint)
  ☐ Other: __Has appt c MD on 9-29-06__

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**<u>Plan</u>:** Check <u>All</u> That Apply:
  ☑ Instructions to return if condition worsens.
  ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
  ☐ Other: _____
         (Describe)

OTC Medications given  ☐ NO   ☐ YES (If Yes List): _____

Referral: ☐ NO ☐ YES (If Yes, Whom/Where): _____     Date for referral: __ / __ / __
                                                                              MM  DD  YYYY
Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?) _____     Time _____

x __N Brodet / RN__          Name: __N Brodet__



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: *Charles Hicks*  Date of Request: *9/20/06*

ID # *246241*  Date of Birth: *11-2-61*  Location: *20-820*

Nature of problem or request: *My neck is hurting me on my left side real bad. Also, I want to know about my ~~std~~ diabetes shoes that i ask about before?*

*Charles Hicks*
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

RECEIVED
Date: *9/18/06*
Time: *10:16 pm*
Receiving Nurse Intials *JN*

**(S)ubjective:**

**(O)bjective:**

*9/19/06*

**(A)ssessment:**

*NR
S) C
1:35 pm*

**(P)lan:**

Refer to:  MD/PA  Mental Health  Dental  Daily Treatment  Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )  EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )  No ( )
Was MD/PA on call notified:  Yes ( )  No ( )

_____
*SIGNATURE AND TITLE*

WHITE:  INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



**Nursing Evaluation Tool:**                    <u>General Sick Call</u>

Facility: Alabama Department of Corrections

Patient Name: _____ *Hicks* _____ *Charles* _____
                        Last                    First                    MI

Inmate Number: _____ *246241* _____          Date of Birth: _*1*_ _*12*_ _*161*_
                                                            MM    DD    YYYY

Date of Report: _*9*_ _*19*_ _*106*_          Time Seen: _*1.35*_  AM /**PM** Circle One
                  MM   DD    YYYY

**Subjective:** Chief Complaint(s): *Neck is hurting since Sunday. I Noticed*
          Onset: *a Knot on the lt side of my Neck.*

Brief History: *My dad had a knot at the same place and the*
(Continue on back if necessary) *Doctors did surgery and took it out at UAB.*
*(Dawier injury) Since I got the Knot I've felt a*
*little Woozey.*                              ☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: _*998*_ P: _*96*_ RR: _*12*_ B/P: _*142/82*_

Examination Findings: *On exam, large 1/2 golf ball sized Knot palpated*
(Continue on back if necessary) *on lt side of neck. Knot Hard. No inflammation, No*
*pus observed. Tender to touch.*

                                              ☐ Check Here if additional notes on back

**Assessment: (Referral Status)**    Preliminary Determination(s): _____
          ☐ Referral **NOT REQUIRED**

          ☑ Referral **REQUIRED** due to the following: (Check all that apply)
                ☐ Recurrent Complaint (More than 2 visits for the same complaint)
                ☑ Other: *Knot on lt side of Neck*           *9/21/06*
                                                          *HMS appt*

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
          ☑ Instructions to return if condition worsens.
          ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
          ☐ Other: _____
                    (Describe)
OTC Medications given  ☑ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO  ☑ YES (If Yes, Whom/Where): *MD*                Date for referral: __/__/__
                                                                              MM  DD  YYYY
Referral Type: ☐ Routine  ☑ Urgent  ☐ Emergent  (if emergent who was contacted?): _____  Time _____

X _____ *Ann Blackburn RN* _____  Name: _*A. Blackburn, RN*_
        Nurse Signature



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Charles Hicks_

ID # _246241_      Date of Request: _9/14/06_

         Date of Birth: _11-2-61_   Location: _2 #20_

Nature of problem, or request: _I need some diabates shoes because it import tant for me to weare them._

_Charles Hicks_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

```
┌─────────────────────────────────┐
│          RECEIVED               │
│  Date: 9/14/06                  │
│  Time:  9:30 pm          Ry     │
│  Receiving Nurse Intials        │
└─────────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective:**

**(A)ssessment:**

**(P)lan:**          s/c 9/15/06 12:05 pm

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                             CIRCLE ONE

Check One:   ROUTINE ( )     EMERGENCY ( )

     If Emergency was PHS supervisor notified:   Yes ( )     No ( )
             Was MD/PA on call notified:   Yes ( )     No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



## Nursing Evaluation Tool:                    <u>General Sick Call</u>

Facility: Alabama Department of Corrections

Patient Name: _____ *Hicks* _____ *Charles* _____
                        Last                    First

Inmate Number: _*Z46241*_          Date of Birth: _11_ / _2_ / _61_
                                                   MM    DD    YYYY

Date of Report: _9_ / _15_ / _06_     Time Seen: _12:05_ AM/**PM** Circle One
                 MM   DD   YYYY

**Subjective:** Chief Complaint(s): *I Need some Diabetic Shoes. My shoes*
Onset: *have no support. My feet hurt bad. My*
Brief History: *tennis shoes are very flat and have no arches.*
(Continue on back if necessary)
*Seems like my ankles are getting larger.*

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: _98⁷_ P: _72_ RR: _12_ B/P: _162 / 92_

ON B/P V/S x 14 days

Examination Findings: *Very large BM wears tennis shoes. Ankles swollen*
(Continue on back if necessary)
*greatly from poor circulation. Toenail of*
*feet extremely thick and dark, deformed. Needs*
*toe nails cut badly.*

**Assessment: (Referral Status)**   Preliminary Determination(s): _____    ☐ Check Here if additional notes on back
   ☐ Referral <u>NOT REQUIRED</u>

   ☑ Referral <u>REQUIRED</u> due to the following: (Check all that apply)
      ☐ Recurrent Complaint (More than 2 visits for the same complaint)
      ☐ Other: _*MD – Extremely Bad Toenails – Diabetic.*_

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
   ☐ Instructions to return if condition worsens.
   ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
   ☐ Other: _____
            (Describe)
OTC Medications given ☐ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _MD_

Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?) _____    Date for referral: _/ _ / _
                                                                                              MM  DD  YYYY
                                                                                              Time _____

X _*Ann Claughn RN*_        Name: _A. Blan...
      Nurses Signature



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Charles Hich
ID # 246241
Date of Birth: 11-2-61    Date of Request: 9-11-06

Nature of problem or request: I am a high Blood and Location: 2D / Bed # 20
and I take aspirin, I take 5 kinds of medicine, dibtic
I suppose to have all of my medicines KOP
on me, I just have one of them KOP.

Charles Hich
*Signature*

---

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

```
┌─────────────────────────────────┐
│           RECEIVED              │
│ Date:                           │
│ Time:                           │
│ Receiving Nurse Intials _____  │
└─────────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective**

**(A)ssessment:**

s/c
9/12/06
ABRN
12:25 pm

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment
CIRCLE ONE                              Return to Clinic PRN

Check One:   ROUTINE ( )     EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

---

*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT
GLF1000 7/95

**PHS**

General Sick Call

Nursing Evaluation Tool:

Facility: Alabama Department of Corrections

Patient Name: Hicks Charles
_____Last_____ First

Inmate Number: 246241

Date of Birth: 11 | 2 | 61
MM   DD   YYYY

Date of Report: 9 | 12 | 06
MM   DD   YYYY

Time Seen: 12:25 AM/PM (Circle One)

**Subjective:** Chief Complaint(s): ① I would like to get All my meds KOP. I got checked

Onset: I'm supposed to get my BP v. I got checked

Brief History (Continue on back if necessary): A few days but feel it Needs checking again. The morning
I'm getting my Diabetic medicine. The morning
Nurse has an attitude, she's light skinned. My Lt Shoulder hurts.
② I talked to a male nurse about a mattress pad.

**Objective:** Vital Signs: (As Indicated) T: 98⁴ P: 72 RR: 12 B/P: 140 | 90

Examination Findings (Continue on back if necessary): BP as above. Good ROM to bt arms. No swelling
in Rt or Lt shoulder.

Noted on 9/12/06
Gail

**Assessment; (Referral Status)** Preliminary Determination(s): _____

☑ Referral **NOT REQUIRED**

☑ Referral **REQUIRED** due to the following: (Check all that apply)
☐ Recurrent Complaint (More than 2 visits for the same complaint)
☐ Other: Requests All meds KOP
Wants BP's

Will check on Mattress pad status at KOP

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or an the appropriate care to be given.

**Plan:** Check All That Apply:
☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)

☐ Other: _____
(Describe)

OTC Medications given ☐ NO ☐ YES (If Yes List): _____ Date for referral: ____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): MD

Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____

X Anna Blakny RN     Name: A. Blakny RN
Nurses Signature                    Printed



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Charles Hicks_____ Date of Request: _8-22-06_

ID # _24624_____ Date of Birth: _11-2-61_ Location: _____

Nature of problem or request: _To recive my medicine for_
_my diabetes and fluid for my leg and High_
_Blood presure and aspirin please?_

_Charles Hicks_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE

Check One:  ROUTINE ( )     EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )    No ( )
Was MD/PA on call notified:   Yes ( )    No ( )

_SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

**PHS**

## Nursing Evaluation Tool:                    General Sick Call

Facility: Alabama Department of Corrections

Patient Name: _Hicks_ (Last)    _Charles_ (First)    ___ (MI)

Inmate Number: _246241_    Date of Birth: _11 12 61_ (MM DD YYYY)

Date of Report: _8 23 06_ (MM DD YYYY)    Time Seen: _12:30_ AM / **PM** Circle One

**Subjective:** Chief Complaint(s): _Came Back Monday from Court in Jefferson_

Onset: _County. Have not had any medicine since_

Brief History: _Sunday. I get Diabetic medicine, Lasix, + BP_
(Continue on back if necessary) _medicines, Aspirin. I would like my_
_medication restarted._

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: _98¹_  P: _72_  RR: _12_  B/P: _147 / 86_

Examination Findings: _On exam calm, oriented, cooperative._
(Continue on back if necessary)

☐ Check Here if additional notes on back

**Assessment:** *(Referral Status)*    **Preliminary Determination(s):** _____

☐ Referral **NOT REQUIRED**

☑ Referral **REQUIRED** due to the following: (Check all that apply)
☐ Recurrent Complaint (More than 2 visits for the same complaint)
☐ Other: _put Note on Aug MAR in MAR Book to give meds from stock until KOP arrives_

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☑ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____ (Describe)
OTC Medications given ☐ NO  ☐ YES (If Yes List): _____

Referral: ☑ NO ☐ YES (If Yes, Whom/Where): _MD/NP_    Date for referral: __/__/__ (MM DD YYY)    Time ___

Referral Type: ☐ Routine  ☑ Urgent  ☐ Emergent (if emergent who was contacted?): _____

X _Ann Blackmon RN_    Name: _B Blackmon RN_
Nurses Signature                              Printed



**Nursing Evaluation Tool:**    <u>General Sick Call</u>

Facility: Alabama Department of Corrections

Patient Name: _Hicks        Charles_
                   Last                    First                    MI

Inmate Number: _246241_    Date of Birth: _11 2 161_
                                              MM  DD  YYYY

Date of Report: ___/___/___    Time Seen: _____ AM / PM  Circle One
                 MM  DD  YYYY

<u>Subjective</u>: Chief Complaint(s): _Need to see MD-not feeling well at all_

Onset: _last week._

Brief History: _At times I feel very week ie sunday before last_
(Continue on back if necessary) _I felt very week as if to pass-out. I had my BS√ = 64._
_After eating a sandwich felt better. This reoccured since_
_then but not as severe._
☐ Check Here if additional notes on back

<u>Objective</u>: Vital Signs: (As Indicated) T: _98²_  P: _66_  RR: _18_  B/P: _148 / 95_

Examination Findings: _A0×3. Noted 3am FS ↑ than 3 pm FS. average AM FS 7-100_
(Continue on back if necessary) _PM FS = 7-90 (AM↑116 ↓84) (PM↑171 ↓63). On one occasion_
_they had nothing in refrig for snack. Takes glucotrol 10 mg ǧd for ↓_
_BP med taken daily. BP ↑ 148/95. Meds taken for ↑BP -_
_Lisinopril 20 mg ǧd / Maxzide 75/50 mg ǧd / ASA EC 325 mg ǧd._
☐ Check Here if additional notes on back

<u>Assessment</u>: (Referral Status)    Preliminary Determination(s): _____
☑ Referral **NOT REQUIRED**

☐ Referral **REQUIRED** due to the following: (Check all that apply)
  ☐ Recurrent Complaint (More than 2 visits for the same complaint)
  ☑ Other: _↑BP_

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of
the appropriate care to be given. _44 y/o request eggcrate matress (HT 6'5" wt 258/lbs)_

<u>Plan</u>: Check All That Apply:
  ☑ Instructions to return if condition worsens.
  ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they
    should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
  ☐ Other: _____
          (Describe)

OTC Medications given  ☐ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _HCU review_    Date for referral: _8 31 06_
                                                                                MM DD YYYY

Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____    Time _____

X _____    Name: _G. Lysgkangcz_
      Nurse Signature              Printed



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Charles Hicks_ _____ Date of Request: _8/2/06_

ID # _246241_ _____ Date of Birth: _11-2-61_ Location: _2 Dorm/Bed 20_

Nature of problem or request: _I need to see a doctor real_
_bad because i am not feeling will at_
_all, As soon as possible, I am having trouble_
_with my left shoulder, and my diabetes and blood_
_Charles Hicks_ _____ Pres
                                    Signature

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

```
|  RECEIVED             |
| Date: 8/2/06          |
| Time: 10:44 pm        |
| Receiving Nurse Intials JP |
```

**(S)ubjective:**

**(O)bjective:**

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                                    CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )      No ( )
                Was MD/PA on call notified:   Yes ( )      No ( )

_____
                    _SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

Nursing Evaluation Tool:                                    General Sick Call

Facility: Alabama Department of Corrections

Patient Name: _Hicks    Charles_
                          Last

Inmate Number: _246241_                    Date of Birth: _11_ , _2_ , _161_
                                                            MM    DD    YYYY

Date of Report: _6_ , _12_ , _06_           Time Seen: _3 25_  AM / PM  Circle One
                 MM    DD    YYYY

FLYC

**Subjective:** Chief Complaint(s): _BBP / missing Mar / meds resolved_

Onset: _24 years_

Brief History: _Had problems c edema in R & leg since High school_
(Continue on back if necessary)

**Objective:** Vital Signs: (As Indicated) T:_____  P:_____  RR:_____  B/P:_____ / _____

Examination Findings: _AO×3. C/o diff elevating on ↑ bunk due_
(Continue on back if necessary)
_edema ↓ R leg at level 8 (1-10) when weight_
_applied. Occasional pain when walking & pain_
_standing. States keeps R leg elevated when able._
_Noted edema R ankle to mid calf about 2x size of L t leg._

**Assessment:** (Referral Status)      Preliminary Determination(s): _____

☐ Referral **NOT REQUIRED**

☑ Referral **REQUIRED** due to the following: (Check all that apply)
   ☐ Recurrent Complaint (More than 2 visits for the same complaint)
   ☐ Other: _____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of
the appropriate care to be given.

**Plan:** Check All That Apply:
   ☑ Instructions to return if condition worsens.
   ☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they
      should do as well as appropriate follow-up. ☑ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
   ☐ Other: _____
              (Describe)
OTC Medications given  ☐ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO  ☑ YES (If Yes, Whom/Where): _HCV review_        Date for referral: _6_ , _12_ , _06_
                                                                                    MM   DD   YYYY

Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?): _____
                                                                                    Time

X _____                          Name: _G. Casakaryce, lpn_
     Nurse Signature                            Printed



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Charles Hicks_     Date of Request: _6-10-06_

ID # _246241_     Date of Birth: _11-2-61_ Location: _4-Dorm_

Nature of problem or request: _Medince for my Diebates, Blood Pressure, And Lassic for my Legs, And to Check my blood Presure And Blood Sugar._

_Charles Hick_
Signature

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___

Time: _____ AM  PM

Allergies: _____

```
┌─────────────────────────────────┐
│           RECEIVED              │
│  Date:  6-11-06                 │
│  Time:  5 pm                    │
│  Receiving Nurse Intials        │
└─────────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective**  (V/S):  T: _____  P: _____  R: _____  BP: _____  WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE

Check One:  ROUTINE ( )     EMERGENCY ( )

If Emergency was PHS supervisor notified:    Yes ( )    No ( )

Was MD/PA on call notified:    Yes ( )    No ( )

_____

*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Charles Hicks_  Date of Request: _6-10-06_
ID # _246541_  Date of Birth: _11-2-?_ Location: _G-Dorm_
Nature of problem or request: _Medone for my Diebetes. And_
_Pressure. And lasis for my Legs. And to check_
_my Blood Pressure. And Blood Sugar._

_Charles Hicks_
*Signature*

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/____
Time: _____ AM  PM
Allergies: _____

```
┌─────────────────────────────────┐
│            RECEIVED             │
│ Date:   10-11-06                │
│ Time:    5 pm                   │
│ Receiving Nurse Intials ___     │
└─────────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective**   (V/S):  **T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )    No ( )
        Was MD/PA on call notified:   Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Hicks Charles Bm 246241   D.O.B.: 11/2/61 |
|-----------|----------------------------------------------------|
| 6/12/06 9°° | Blue jacket rec'd @ tdyc/sncu ℞ meds vol 1 of 1 rec'd — ybull |
| 10/24/06 1800 | Admitted to MOU Bed #6 for FWA. Alert OX4 Resp c̄ ease. Skin w/D to touch. (L) leg edema to ext. No complaints voiced. will continue to monitor — O M Perry |
| 10/26/06 3³⁵ | Inform pt q̄ Neg results q̄ venous doppler. J. Parker, LPN |

DEPARTMENT OF CORRECTIONS
## TRANSFER & RECEIVING SCREENING FORM

**RECEIVED: Inmate/Health Record**

Institution: FLYC

Date: 6/18/06  Time: _____ AM/PM

**RECEIVED FROM:**
Institution/Work Release Center/Free-World Hospital
KCF

**RECEIVING MEDICAL STATUS**
- [✓] Population
- [ ] Infirmary
- [ ] Isolation

**RELEASED: Inmate/Health Record**

Institution: Kilby

Date: 6/8/06  Time: _____ AM/PM

**RELEASE FROM:**
- [ ] Infirmary    [ ] Segregation
- [✓] Population    [ ] Mental Health
- [ ] Other _____

**RELEASE TO:**
- [✓] DOC    [ ] Infirmary    [ ] Mental Health
- [ ] _____
- [ ] Institution/Work Release Center/Free-World Hospital

**ALLERGIES:**
NKA

**PHYSICAL EXAMINATION**

Date of last exam: 5/19/06

Chest X-Ray Date: _____ Result: _____

PPD Reading Ø mm

Classification: _____

Limitations: _____

**LAB RESULTS - - LAST REPORT**

|  | Date | Normal | Abnormal |
|---|---|---|---|
| CBC | 5/20/06 | ✓ | |
| Urinalysis | 5/19/06 | | |

| | YES | NO |
|---|---|---|
| Wears Glasses/Contacts | | ✓ |
| Dental Prosthesis | | ✓ |
| Hearing Aide | | ✓ |
| Other Prosthesis | | ✓ |

Receiving Nurse _____

**CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS**

IDDm    HTN

**CURRENT MEDICATION - - DOSAGE AND FREQUENCY**

See MAR

**SCHEDULE FOR CHRONIC CARE CLINIC**

DATE: _____ LAST CLINIC: _____

| | Sent w/ inmate | Not sent w/ inmate |
|---|---|---|
| MEDICATIONS | [ ] | [ ] |
| X-RAY FILM | [ ] | [ ] |
| HEALTH RECORD | [ ] | [ ] |

Released to: _____

Date: _____ Time: _____ AM/PM

| | Received | Not Received |
|---|---|---|
| MEDICATIONS | [ ] | [✓] |
| X-RAY FILM | [ ] | [✓] |
| HEALTH RECORD | [✓] | [ ] |
| CHART REVIEWED | [✓] YES | [ ] NO |

Received by: C. Odom

Signature of Receiving Nurse

Date: 6/8/06  Time: 12 PM AM/PM

**FOLLOW-UP CARE NEEDED**

| | Date | Time | With Whom - - Location (Sending Nurse) | Date/Appt. Made w/Whom (Rec. Nurse) |
|---|---|---|---|---|
| [ ] Medical    [ ] Dental | _____ | _____ | _____ | _____ |
| [ ] Mental Health | _____ | _____ | _____ | _____ |

**NURSING ASSESSMENT (SENDING NURSE)** (Noted from health record documentation)

| HISTORY | Yes | No |
|---|---|---|
| Drug Use | | ✓ |
| Mental Illness | | ✓ |
| Suicide Attempt | | ✓ |
| Chronic Care | ✓ | |

| STATUS | | |
|---|---|---|
| Special Diet | | |
| Appearance | | |

OTHER PERTINENT NURSING ASSESSMENT

**NURSING ASSESSMENT (RECEIVING NURSE)** (Noted from inmate assessment)

| SKIN | Yes | No |
|---|---|---|
| Open Sores | | ✓ |
| Lice | | ✓ |
| Edema | | ✓ |
| Warm & Dry | ✓ | |
| Cool & Moist | | i |

| CONDITION | | |
|---|---|---|
| Alert | ✓ | |
| Oriented | ✓ | |
| Uncooperative | | ✓ |
| Depressed | | ✓ |

**INTAKE**

Sick Call Procedures Explained ✓

Height 5'5"

Weight 255

Blood Pressure 126/83

Temperature 97.8

Pulse Resp. 84/18

Other _____

Signature of Nurse Completing Assessment (Sending Nurse)
_____ LPN

Date 6/8/06

Signature of Intake Screening Nurse (Receiving Nurse)
C. Odom

Date 6/8/06

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| Hicks, Charles | 246241 | 11/2/61 | B/M | KCF |

PHS-MD-70009    (White - Medical Jacket, Yellow - Transfer Coordinator)

Facility Name:  Frank Lee Youth Center

Month/Year of Charting:  10/06

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Aspirin EC 325MG EC Tab      30.00**

Take 1 tablet(s) by mouth daily

KOP

given 9/16/06

Start Date: 05-22-2006     Prescriber: Lassiter, L.
Stop Date: 11-17-2006     RX #: 251540568

---

**Glipizide 10MG Tab      30.00**

Take 1 tablet(s) by mouth daily

0/5/06  X Charles Hicks
30

Start Date: 05-22-2006     Prescriber: Lassiter, L.
Stop Date: 11-17-2006     RX #: 251540569

---

**Lovastatin 40MG Tab      15.00**

Take one-half (1/2) tablet(s) by mouth daily

given

Start Date: 05-22-2006     Prescriber: Lassiter, L.
Stop Date: 11-17-2006     RX #: 251540573

---

**Hydrochlorothiazide ( for HCTZ ) 25MG Tab      30.00**

Take 1 tablet(s) by mouth daily

Start Date: 09-15-2006     Prescriber: Corbier, Paul
Stop Date: 12-13-2006     RX #: 251941057

---

**Lisinopril 20MG Tab      60.00**

Take 1 tablet(s) by mouth twice daily

given

given 10/11/06

Start Date: 09-15-2006     Prescriber: Corbier, Paul
Stop Date: 12-13-2006     RX #: 251941064

---

Lasix 40mg i PO @AM
X 2 wks

See new order

Start Date: 10-3-06     Prescriber: Meet Mahood
Stop Date: 10-17-06     RX #:

---

Diagnosis

Allergies
NKA

Housing Unit:  Population
Patient ID Number:  246241
Patient Name:

**Hicks, Charles**

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
0. Other

Date of Birth:

| Facility Name: PLYC | | | | | | | | | | | | | | | | Month/Year of Charting: 10/06 | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| KCL 10meg ÷ PO QAM x 2wks | Hour | 6A | X | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Start Date:** 10-3-06  **Prescriber:** Mahood
**Stop Date:** 10-17-06  **RX #:**

| Augmentin 875mg ÷ PO BID x 10 days | Hour | 6A 6P | X X | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Start Date:** 10-3-06  **Prescriber:** Mahood
**Stop Date:** 10-13-06  **RX #:**

| Motrin 400mg po Bid | Hour | 6A 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Start Date:** 10 | 10 | 06  **Prescriber:** Corbin
**Stop Date:** 10 | 26 | 06  **RX #:**

| Lasix 40mg po Bid | Hour | 6A 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Start Date:** 10 | 13 | 06  **Prescriber:** Corbin
**Stop Date:** 10 | 27 | 06  **RX #:**

| Micnok 10 mg 2 po QD | Hour | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Start Date:** 10 | 13 | 06  **Prescriber:** Corbin
**Stop Date:** 10 | 27 | 06  **RX #:**

| Motrin 400mg Bid PRN x 2 days | Hour | 6A 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Start Date:** 10-30-06  **Prescriber:** PP Dr. Parker
**Stop Date:** 11-1-06  **RX #:**

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | Parker, RN | JP | Absent RN | ab | 1. Discontinued Order |
| Allergies: NKA | C Granberson | | | | 2. Refused |
| | Rev Brghy RN | | | | 3. Patient out of facility |
| Housing Unit: | T Drgh LPN | NB | | | 4. Charted in Error |
| Patient ID Number: 246241 | | | | | 5. Lock Down |
| Patient Name: Hicks, Charles | | | Date of Birth: | | 6. Self Administered |
| | | | | | 7. Medication out of Stock |
| | | | | | 8. Medication Held |
| | | | | | 9. No Show |
| | | | | | 10. Other |

Facility Name: Jefferson County Jail

Month/Year of Charting: 05/06

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Vasotec 10MG Tab    30.00**

Take 1 tablet(s) by mouth daily

*SEE Below*

Start Date: 11-12-2005
Stop Date: 11-11-2006
Prescriber: Banu, Shirin
RX #: 250875681

**Glucophage 500MG Tab    30.00**

Take 1 tablet(s) by mouth every morning

Start Date: 11-29-2005
Stop Date: 05-27-2006
Prescriber: Banu, Shirin
RX #: 250921345

**Clonidine HCl 0.3MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

DC 5/1/06

Start Date: 04-18-2006
Stop Date: 05-17-2006
Prescriber: Banu, Shirin
RX #: 251413207

**Lasix 40MG Tab    30.00**

Take 1 tablet(s) by mouth daily

Start Date: 04-18-2006
Stop Date: 06-16-2006
Prescriber: Banu, Shirin
RX #: 251413203

**Potassium Chloride CR 10MEQ Tab CR 60.00**

Take 2 tablets by mouth daily

Start Date: 04-18-2006
Stop Date: 05-17-2006
Prescriber: Banu, Shirin
RX #: 251413211

VASotec 10 mg
PO QD x 30 days

DC 5/3/06

Renew x 30 days

Start Date: 5/1/06
Stop Date: 6/1/06
Prescriber: Banu/Pharmacy
RX #:

Diagnosis

Allergies

Housing Unit: 6All
Patient ID Number: 199225
Patient Name:

**Hicks, Charles**

Date of Birth:

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| Vickie Lister | P | Lee Johnson, LPN | LJ | 1. Discontinued Order |
| C Thomas | CT | | | 2. Refused |

Documentation Codes:
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Facility Name:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Vasotec 10mg PO BID X 30 days**
0700 — DC SEE new order
2000 — Renew p 30 days
Start Date: 5/3/06  Prescriber: Banu/Philmore nc
Stop Date: 6/2/06  RX #:

**Vasotec 10mg 1 dose Now**
1440 — #06
5/4/06 Banu/Thomes
Start Date: 5/4/06  Prescriber: Banu
Stop Date:  RX #:

**Vasotec 20mg Q AM X 30 days**
0700 —
Renew p 30 days
Start Date: 5/4/06  Prescriber: Banu/Philmore nc
Stop Date: 6/2/06  RX #:

**Vasotec 10mg PO Q HS X 30 days**
2000 —
Renew p 30 days
Start Date: 5/4/06  Prescriber: Banu/Philmore nc
Stop Date: 6/2/06  RX #:

Start Date:  Prescriber:
Stop Date:  RX #:

**Vasotec 10mg PO X1 dose Now**
1530 —
Start Date: 5/3/06  Prescriber: Banu/Philmore nc
Stop Date:  RX #:

Diagnosis

Allergies: NKA

Housing Unit: 6A11

Patient ID Number: 199 225

Patient Name: Hicks, Charles

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| | | C Thomes | C7 | 1. Discontinued Order |
| | | Ike Johnson | | 2. Refused |

Documentation Codes:
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Date of Birth: 11/2/61

Facility Name: FLYC

Month/Year of Charting: 9/06

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

HCTZ 25mg ī po
qd x 90 days

not KAP

6A

mr

Start Date: 9/13/06    Prescriber: Corbier, MD
Stop Date: 12/13/06    RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Lisinopril 20mg ī
po qd BID x
90 days
not KAP

6A

6p

mr

Start Date: 9/13/06    Prescriber: Corbier, MD
Stop Date: 12/13/06    RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Ask inmate to
return card of
Lisinopril 20mg re-
ceived 9/9/06  mr

F
4
I

Start Date:    Prescriber:
Stop Date:    RX #:

Diagnosis

Allergies
NKDA

Housing Unit:
Patient ID Number: 246241
Patient Name:
Hicks, Charles

Date of Birth: 11/2/61

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| M Robinson RN | mr | J Parker RN | RN |

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Facility Name: Frank Lee Youth Center

Month/Year of Charting: 09/06

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Maxzide 75-50MG Tab    30.00

Take 1 tablet(s) by mouth daily

KOP

D/C 9/2/06  mc

Start Date: 05-22-2006    Prescriber: Lassiter, L.
Stop Date: 11-17-2006    RX #: 251540566

---

Aspirin EC 325MG EC Tab    30.00

Take 1 tablet(s) by mouth daily

KOP

Charles Hicks
#30  9/16/06

Start Date: 05-22-2006    Prescriber: Lassiter, L.
Stop Date: 11-17-2006    RX #: 251540568

---

Glucotrol 10MG Tab    30.00

Take 1 tablet(s) by mouth daily

KOP

Charles Hicks
#30  9/16/06

Start Date: 05-22-2006    Prescriber: Lassiter, L.
Stop Date: 11-17-2006    RX #: 251540569

---

Mevacor 40MG Tab    15.00

Take one-half (1/2) tablet(s) by mouth daily

20mg  KOP

Charles Hicks
#30  9/16/06

Start Date: 05-22-2006    Prescriber: Lassiter, L.
Stop Date: 11-17-2006    RX #: 251540573

---

Lisinopril 20mg
po QD

KOP

Charles Hicks
#30  9/16/06

Start Date: 8 5 06    Prescriber: Howard
Stop Date: 2 5 07    RX #:

---

Bactrim DS 1 po
Bid

Start Date: 9 22 06    Prescriber: Malread
Stop Date: 10 2 06    RX #:

---

Diagnosis

Allergies: NKA

Housing Unit: Population
Patient ID Number: 246241
Patient Name:

**Hicks, Charles**

Nurse's Signature                    Initial                    Nurse's Signature                    Initial

Capentine                              J Parker, LVN

Date of Birth: 11 2 61

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

## Drug Interaction Report
Generated: 9/6/2006 6:07:44 PM

**To: Corbier, Paul**

**Facility: Frank Lee Youth Center**

**Housing Unit: Population**

**Patient Name: Hicks, Charles**

**ID Number: 246241**

**Drug Name: Lisinopril / 20MG / Tab**

**Severity: Major**

**Interaction: Lisinopril / 20MG / Tab with Maxzide 75-50MG Tab**

Summary: Hyperkalemia, possibly with cardiac arrhythmias or arrest, may occur with the combination of Maxzide and Lisinopril / 20MG / Tab. Serum potassium concentrations should be monitored.

For additional information regarding the potential management of this drug information, please contact the Secure Pharmacy Plus Drug Information Center at 1-800-833-2510 x 1724.

Done

This document was produced by Secure Pharmacy Plus exclusively for the use of their clients. Any other distribution is forbidden.

Facility Name: Frank Lee Youth Center

Month/Year of Charting: 08/06

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Maxzide 75-50MG Tab     30.00**

Take 1 tablet(s) by mouth daily

(KOP)

Start Date: 05-22-2006      Prescriber: Lassiter, L.
Stop Date: 11-17-2006      RX #: 251540566

**Aspirin EC 325MG EC Tab     30.00**

Take 1 tablet(s) by mouth daily

(KOP)

Start Date: 05-22-2006      Prescriber: Lassiter, L.
Stop Date: 11-17-2006      RX #: 251540568

**Glucotrol 10MG Tab     30.00**

Take 1 tablet(s) by mouth daily

(KOP)

Start Date: 05-22-2006      Prescriber: Lassiter, L.
Stop Date: 11-17-2006      RX #: 251540569

**Mevacor 40MG Tab     15.00**

Take one-half (1/2) tablet(s) by mouth daily

(KOP)

Start Date: 05-22-2006      Prescriber: Lassiter, L.
Stop Date: 11-17-2006      RX #: 251540573

*Lisinopril 20 mg PO*
*q d x 180 days*

Start Date: 8/5/06      Prescriber: Howard Crisp
Stop Date: 2/5/07      RX #:

Give meds from stock until KOP Available.

| Diagnosis | Nurse's Signature |
|---|---|

NKA

Allergies

Housing Unit: Population
Patient ID Number: 246241
Patient Name:

**Hicks, Charles**

Date of Birth: 11-4-61

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Facility Name: Frank Lee Youth Center

Month/Year of Charting: 07/06

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Vasotec 5MG Tab    30.00**

Take 1 tablet(s) by mouth daily

6A

Start Date: 06-01-2006     Prescriber: Robbins, M.
Stop Date: 11-27-2006     RX #: 251575009

**Maxzide 75-50MG Tab    30.00**

Take 1 tablet(s) by mouth daily

6A

Thru 8/28/06  Charles Hicks

Start Date: 05-22-2006     Prescriber: Lassiter, L.
Stop Date: 11-17-2006     RX #: 251540566

**Aspirin EC 325MG EC Tab    30.00**

Take 1 tablet(s) by mouth daily

6A

Thru 8/28/06  Charles Hicks

Start Date: 05-22-2006     Prescriber: Lassiter, L.
Stop Date: 11-17-2006     RX #: 251540568

**Glucotrol 10MG Tab    30.00**

Take 1 tablet(s) by mouth daily

6A

Thru 8/28/06  Charles Hicks

Start Date: 05-22-2006     Prescriber: Lassiter, L.
Stop Date: 11-17-2006     RX #: 251540569

**Mevacor 40MG Tab    15.00**

Take one-half (1/2) tablet(s) by mouth daily

6A

Thru 8/28/06  Charles Hicks

Start Date: 05-22-2006     Prescriber: Lassiter, L.
Stop Date: 11-17-2006     RX #: 251540573

Start Date:     Prescriber:
Stop Date:     RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | S. Taylor | | St | | 1. Discontinued Order |
| Allergies  NKDA | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| | | | | | 5. Lock Down |
| Housing Unit: Population | | | | | 6. Self Administered |
| Patient ID Number: 246241 | | | | | 7. Medication out of Stock |
| Patient Name: | | | | | 8. Medication Held |
| | | | | | 9. No Show |

**Hicks, Charles**

Date of Birth: 11-2-61

| Facility Name: | KCF | | Month/Year of Charting: | 6/06 |

Vasotec 5 mg p.o.
QD X180 days

(Enalapril)

Charles Finch
given 6-30-06

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Start Date: 5/31/06    Prescriber: Dr. Robbins
Stop Date: 11/30/06    RX #:

| Diagnosis | | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |

Renal

'KDA
Unit: POP
Number: 346241

S. Charles

N. Hugley
LPN

LPN

Date of Birth: 11-02-61

Documentation Codes:
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

I of II

Facility Name: KCF

Month/Year of Charting: 6/06

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Maxzide 75/50 0300
po qd x180d DP
(Triamiterene - HCTZ)

Start Date: 5-19-06    Prescriber: LR
Stop Date: 11-20-06    RX #:

Charles Hicks
6/24/06  #30

ECA 325mg 0300
÷ po qd x180d KOP

Start Date: 5-19-06    Prescriber: LR
Stop Date: 11-20-06    RX #:

Charles Hicks
6/24/06  #30

Glucotrol 10mg 0300
÷ po qd x180d KOP
(Glipizide)

Start Date: 5-19-06    Prescriber: LR
Stop Date: 11-20-06    RX #:

Charles Hicks
6/24/06

Mevacor 20mg
÷ po qd x180d KOP  /500

Start Date: 5-19-06    Prescriber: LR
Stop Date: 11-20-06    RX #:

Charles Hick
given 6-30-06

AFC BID x 30d   K
use as directed  D
thin layer      P  Given 5-19-06

Start Date: 5-19-06    Prescriber: LR
Stop Date: 6-19-06    RX #:

Vit. A&D oint.   K
use as directed  D
BID x 30d        P  Given 5-19-06

Start Date: 5-19-06    Prescriber: LR
Stop Date: 6-19-06    RX #:

Diagnosis:

Allergies: NKDA

Housing Unit:
Patient ID Number: 246241
Patient Name:

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|

Vincent LPN

| Documentation Codes |
|---|
| 1. Discontinued Order |
| 2. Refused |
| 3. Patient out of facility |
| 4. Charted in Error |
| 5. Lock Down |
| 6. Self Administered |
| 7. Medication out of facility |
| 8. Medication Hold |
| 9. No Show |

# PRISON HEALTH SERVICES AUTHORIZATION LETTER

| Patient Name: | Hicks, Charles | Inmate Number: | 246241HI |
|---|---|---|---|
| Service Authorized: | X-Ray: Doppler Study - Standard Cost | Effective Dates: | 10/18/2006 |
| Effective: | Visits authorized for 60 days from effective date. | Visits Authorized: | 1 |
| Responsible Facility: | Staton Correctional Facility | Contact Name: | Michelle Pope |
| Authorization Number: | 16609600 | Telephone Number: | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- **Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.**
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.**
**The completed form will be sealed in the attached envelope and**
**returned with an officer to the correctional facility.**

| Clinical Summary or Attached Report |
|---|
| |
| |
| |
| |
| |
| |

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| Signature of Consulting Physician: | Date | Time |
|---|---|---|
| Reviewed and Signed By Medical Director: | Date | Time |

10/19/2006

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| Patient Name: | Hicks, Charles | Inmate Number: | 246241HI |
|---|---|---|---|
| Service Authorized: | Office Visits: Op General Specialty Referral | Effective Dates: | 10/13/2006 |
| Effective: | Visits authorized for 60 days from effective date. | Visits Authorized: | 1 |
| Responsible Facility: | Staton Correctional Facility | Contact Name: | Michelle Pope |
| Authorization Number: | 16589490 | Telephone Number: | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.
The completed form will be sealed in the attached envelope and
returned with an officer to the correctional facility.**

| Clinical Summary or Attached Report |
|---|
|  |
|  |
|  |
|  |
|  |
|  |

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| Signature of Consulting Physician: | Date | Time |
|---|---|---|
| Reviewed and Signed By
Medical Director: | Date | Time |

10/13/2006

Must be completed and legible. You must type or
_ee Authorization Letter to the service provider a_    _r of the Appointment_
Please send this for

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** Staton 843 | **Patient Name: (Last, First,)** Hicks, Charles | **Date: (mm/dd/yy)** 10/12/06 |
| **Site Phone #** (334) 567-1548 | **Alias: (Last, First,)** | **Date of Birth: (mm/dd/yy)** 1/02/6( |
| **Site Fax #** (334) 567-1538 | **Inmate #** 246241 | **PHS Custody Date: (mm/dd/yy)** 4/3/06 |
| **Will there be a charge?** ☑ Yes ☐ No   **Sex** ☑ Male ☐ Female | **SS Number** 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 | **Potential Release Date: (mm/dd/yy)** 11/20/08 |

**Responsible party:** ☑ PHS  ☐ Auto Ins.   ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )  ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):____

## CLINICAL DATA

**Requesting Provider:** ☐ Physician  ☐ NP, PA  ☐ Dental

Paul Corbier

**Facility Medical Director Signature and Date:**

_(signature)_ 10/12/06

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☐ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DA)
☑ Routine   ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** ___/___/___

**(This starts the approval window for the "open authorization period")**

**Multiple Visits/Treatments:**   ☐ Radiation therapy  ☐ Chemotherapy
**Number of Visits/Treatments:** _____   ☐ Other:____

**Specialist referred to:** Harshbarger Orthotics

**Type of Consultation, Treatment, Procedure or Surgery:**

Request for Diabetic Shoes

**Diagnosis:** (1) DM (2) Elephatiasis (3) Venous insufficiency
**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.

☐  Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmtoms with Date of Onset:**
44 y.o. pt c H/O Diabetes type II in 2003. Pt. has had chronic foot problems 2nd marked swelling of lower extremities.

**Results of a complaint directed physical examination:**
Legs
- Swelling ⊕ leg (Chronic) c evidence of venous stasis
- 'DP' pulses fairly intact
- ∅ Loss of protective sensation per monofilament testing

**Previous treatment and response (including medications):**
- Venous doppler ordered → results pending
- Lymphedema A/O
- Diuresis c diuretics
- A1C - 7.6 (last one)
- On hypoglycemic meds

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION

☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.   **Date resubmitted:** ___/___/___

**Regional Medical Director Signature, printed name and date required:**

_____ / _____ / _____ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| **Cert Type:** | **Med Class:** | **CPT code:** | **UR Auth #:** |
|---|---|---|---|

05a - UM Referral review form

E. Ellis, RN, DON
10-13-06

FAXED    FAXED JM 10/13/06

Must be complete and legible. You must type or
Please send this for _____ the Authorization Letter to the service provider at _____ of the Appointment

## DEMOGRAPHICS

**Site Name & Number:**
Staton 843

**Site Phone #**
(334) 567-1548

**Site Fax #**
(334) 567-1538

**Patient Name: (Last, First)**
Hicks, Charles

**Alias: (Last, First)**

**Inmate #**
246241

**SS Number**
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

**Date: (mm/dd/yy)**
10.13.06

**Date of Birth: (mm/dd/yy)**
11.02.06

**PHS Custody Date: (mm/dd/yy)**
4.13.06

**Potential Release Date: (mm/dd/yy)**
11.20.08

**Will there be a charge?** ☒ Yes ☐ No
**Sex** ☒ Male ☐ Female

**Responsible party:** ☒ PHS  ☐ Auto Ins.
☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )
☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):_____

## CLINICAL DATA

**Requesting Provider:** ☒ Physician  ☐ NP, PA  ☐ Dental
Paul Corbier, MD

**Facility Medical Director Signature and Date:**
Paul Corbier 10/13/06

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐ Office Visit (OV)  ☒ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)

☒ Routine  ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** ____/____/____
**(This starts the approval window for the "open authorization period")**

**Multiple Visits/Treatments:**
**Number of Visits/Treatments:** _____
☐ Radiation therapy
☐ Chemotherapy
☐ Other:_____

**Specialist referred to:** FMI

**Type of Consultation, Treatment, Procedure or Surgery:**
Venous doppler (L) leg

**Diagnosis:** (L) leg swelling & pain NO DVT
**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmtoms with Date of Onset:**
Pt. has type 2 DM, HTN & Chronic swelling (L) leg c some faint pain, While symptoms started several years a he has had ↑ swelling in last few months

**Results of a complaint directed physical examination:**
(L) leg: 3+ Edema picture of Elephantiasis. Homen's sign equivical. - Dorsalis Pedis pulse 2+.

**Previous treatment and response (including medications):**
- Diuretic therapy - support stockings.

***For security and safety, please do not inform patient of possible follow-up appointments***

**UM DETERMINATION:**  ☐ Offsite Service Recommended and Authorized
☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information.
**Date resubmitted:** ____/____/____

**Regional Medical Director Signature, printed name and date required:**
____/____/____ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

**Cert Type:** | **Med Class:** | **CPT code:** | **UR Auth #:**

05a - UM Referral review form

received 10/17/06 M  Faxed 10/17/06



## Integrated Magnetic Imaging

| | |
|---|---|
| **Date:** | **10/25/2006** |
| **Patient:** | **Hicks, Charles** |
| **DOB:** | **11/2/1961** |
| **Physician:** | **P. Corbier, MD** |
| **Tech:** | **Amy Waite, RT** |
| **Chart #:** | **PAT000020360** |
| **Indication:** | **Left leg edema greater than 5 years, painful** |

**SCAN:** Bilateral lower extremity Doppler ultrasound.

**TECHNIQUE:** Bilateral lower extremity venous Doppler was performed in the usual manner.

**FINDINGS:**

Right extremity: The patient had normal compression, augmentation and flow in the deep venous system of the right extremity.

Left extremity: The patient had calcifications and edema in the region of the left posterior tibial vein. There was normal compression, flow and augmentation of the deep venous system of the left extremity.

**IMPRESSION:**

1. Exam negative for DVT in the right leg.
2. Scattered calcifications and edema surrounding the left posterior tibial vein. No thrombus was identified.

Thank you for this patient referral.

P. Kulback, MD
PK/bk
D:10/25/2006
T:10/26/2006


**BlueCross BlueShield**
Preferred Provider

74240 Tallassee Hwy
Wetumpka, AL 36092
Phone: 334-567-8383
Fax: 334-567-1880

www.myimi.org
A Division of Ransom & Heart, Inc.

7094 University Court
Montgomery, AL 36117
Phone: 334-271-1345
Fax: 334-271-1342

acr®
Accredited by the American
College of Radiology



## Integrated Magnetic Imaging

| | |
|---|---|
| **Date:** | **10/25/2006** |
| **Patient:** | **Hicks, Charles** |
| **DOB:** | **11/2/1961** |
| **Physician:** | **P. Corbier, MD** |
| **Tech:** | **Amy Waite, RT** |
| **Chart #:** | **PAT000020360** |
| **Indication:** | **Left leg edema greater than 5 years, painful** |

**SCAN:** Bilateral lower extremity Doppler ultrasound.

**TECHNIQUE:** Bilateral lower extremity venous Doppler was performed in the usual manner.

**FINDINGS:**

Right extremity: The patient had normal compression, augmentation and flow in the deep venous system of the right extremity.

Left extremity: The patient had calcifications and edema in the region of the left posterior tibial vein. There was normal compression, flow and augmentation of the deep venous system of the left extremity.

**IMPRESSION:**

1. Exam negative for DVT in the right leg.
2. Scattered calcifications and edema surrounding the left posterior tibial vein. No thrombus was identified.

Thank you for this patient referral.

P. Kulback, MD
PK/bk
D:10/25/2006
T:10/26/2006



74240 Tallassee Hwy
Wetumpka, AL 36092
Phone: 334-567-8383
Fax: 334-567-1880

www.myimi.org
A Division of Ransom & Heart, Inc.

7094 University Court
Montgomery, AL 36117
Phone: 334-271-1345
Fax: 334-271-1342



## UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or Print
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

**PHS**

### DEMOGRAPHICS

| | |
|---|---|
| **Site Name & Number:** Staton 843 | **Patient Name: (Last, First)** Hicks, Charles | **Date: (mm/dd/yy)** 10.03.06 |
| **Site Phone #** (334) 567-1548 | **Alias: (Last, First)** | **Date of Birth: (mm/dd/yy)** 11.02.61 |
| **Site Fax #** (334) 567-1538 | **Inmate #** 246241 | **PHS Custody Date: (mm/dd/yy)** 4.13.06 |
| **Will there be a charge?** ☑ Yes ☐ No   **Sex** ☑ Male ☐ Female | **SS Number** 420.90.0383 | **Potential Release Date: (mm/dd/yy)** 11.20.28 |

**Responsible party:** ☑ PHS  ☐ Auto Ins.  ☐ Health Ins. (Excludes Medicare/Medicaid Managed Care alternative plans )  ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

### CLINICAL DATA

**Requesting Provider:** ☐ Physician  ☑ NP, PA  ☐ Dental
Megan Mahood, CRNP

**Facility Medical Director Signature and Date:**
Paul Corbier 10/3/06

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☐ Office Visit (OV)  ☑ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)

☐ Routine    ☐ Urgent

**Estimated Date of Service (mm/dd/yy):** / /

(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:** ☐ Radiation therapy  ☐ Chemotherapy
**Number of Visits/Treatments:** ☐ Other:

**Specialist referred to:** IMI

**Type of Consultation, Treatment, Procedure or Surgery:**
(B) Venous doppler of lower extremity

**Diagnosis:** Peripheral Vascular disease
**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/symptoms with Date of Onset:**
45 yo male w/ history of (B)LE pitting edema progressive si a 1982 E assoc. dry/scaly skin ad c/o intermittent claudication.
PMH: HTN, DM II

**Results of a complaint directed physical examination:**
↓ DP/PT pulses (B) +1/-2 E +2 -+3
(B) LE pitting edema prog. to (B) patella region. Dry scaly/hyperkeratotic skin (B)LE E thick ingrown toenails
⊖ Homan's sign

**Previous treatment and response (including medications):**
① ) Elevation (B) LE  ② (3) MTX 20/od / ⓑ Lasix 40 mg Po QAM
10 (B5 (B) V O (B) AM

***For security and safety, please do not inform patient of possible follow-up appointments***

### UM DETERMINATION:

☐ Offsite Service Recommended and Authorized
☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information.    **Date resubmitted:** /  /

**Regional Medical Director Signature, printed name and date required:**

---

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| **Cert Type:** OP | **Med Class:** NL | **City code:** 935/05 | **UR Auth #:** 1657 3674 |
|---|---|---|---|

E. Elles, RN, DON

OS3 = UM Referral Review Form

*InterQual*
S m a r t S h e e t s™

**2005 - Imaging Criteria**
Venogram

Authorization#

PATIENT:   Name *Charles Hicks*   D.O.B. *11/3/61*   ID# *246241*   GROUP#

CPT/ICD:   Code _____   Facility *Staton*   Service Date _____

PROVIDER:  Name *Dr Paul Corbier*   ID# _____   Phone# _____

Signature *Paul Corbier*   Date _____

**ICD-9-CM:** 88.60, 88.66, 88.67
**CPT:** 75820, 75822

## INDICATIONS (choose one and see below)

- [ ] **100 Suspected lower extremity DVT**
- [ ] **200 Suspected upper extremity DVT**
- [x] **300 Evaluation of venous patency**
- [ ] **400 Preoperative evaluation of varicosities**
- [ ] **500 Mapping of the venous system prior to bypass surgery**
- [ ] *Indication Not Listed (Provide clinical justification below)*

**100 Suspected lower extremity DVT(BOTH)**
- [ ] 110 Sx/findings(TWO)
  - [ ] 111 Pain/tenderness in thigh/calf/ankle
  - [ ] 112 Edema/swelling in thigh/calf/ankle
  - [ ] 113 Homan's sign positive
  - [ ] 114 D−dimer assay positive
  - [ ] 115 High−risk for DVT
- [ ] 120 Duplex US(ONE)
  - [ ] 121 Nondiagnostic for lower extremity DVT
  - [ ] 122 Not feasible

**200 Suspected upper extremity DVT(BOTH)**
- [ ] 210 Sx/findings(TWO)
  - [ ] 211 Pain/tenderness in arm/forearm
  - [ ] 212 Edema/swelling in arm/forearm
  - [ ] 213 D−dimer assay positive
- [ ] 220 Duplex US(ONE)
  - [ ] 221 Nondiagnostic for upper extremity DVT
  - [ ] 222 Not feasible

**300 Evaluation of venous patency(BOTH)**
- [x] 310 New Sx/findings
- [ ] 320 Post vascular reconstruction/angioplasty/thrombolysis

**400 Preoperative evaluation of varicosities**

---

*InterQual® criteria are intended solely for use as screening guidelines with respect to the medical appropriateness of healthcare services and not for final clinical or payment determinations concerning the type or level of medical care provided, or proposed to be provided, to a patient.

Proprietary material protected by intellectual property laws. Use permitted only by and subject to license with McKesson Corporation and/or one of its subsidiaries. Copyright ©2005 McKesson Corporation and/or one of its subsidiaries, CPT only ©2004 American Medical Association. All rights reserved.





**LabCorp** LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN 264-205-5298-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: | 1 |
|---|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

FLYC                          FASTING: Y
                              DOB: 11/02/1961

| PATIENT NAME | | SEX | AGE(YR./MOS.) |
|---|---|---|---|
| HICKS,CHARLES | | M | 44 / 10 |
| PT. ADD.: | | | |

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 9/21/2006 | 7:52 | 9/21/2006 | 9/22/2006 | 8:33 | 8042 |

| CLINICAL INFORMATION |
|---|
| CD- 41147612641 |

| PHYSICIAN ID. CORBIER P | PATIENT ID. 246241 |
|---|---|

ACCOUNT: Staton Correctional Facility
Prison Health Services
PO BOX 56
Elmore                    AL   36025-0000
ACCOUNT NUMBER:   01308900

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

Microalbumin, Random Urine
>   Microalbum.,U,Random    22.2H  ug/mL     0.0 - 17.0    MB

LAB: MB LabCorp Birmingham                    DIRECTOR: John Elgin N MD
1801 First Avenue South, Birmingham,  AL 35233-0000

| Pat Name:  HICKS,CHARLES | Pat ID: 246241 | Spec #:  264-205-5298-0 | Seq #: 8042 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

**FINGER STICK BLOOD RECORD FORM**

NAME: _Hicks, Charles_

INSTITUTION/FACILITY: _KCF_

I.D. # _246241_    D.O.B.: _11-2-61_

CELL SITE: _____

PHYSICIAN ORDER/INSTRUCTIONS: _BSVS 3A + 3p x 3d_

| DATE | TIME | INITIALS | BLOOD SUGAR RESULTS | URINARY KETONE LEVEL (if required) | INITIALS | * | ACTIONS TAKEN/COMMENTS |
|------|------|----------|---------------------|-------------------------------------|----------|---|------------------------|
| 5-31 | 1500 | 8 | 143 | | | | |
| 6/1 | 0417 | Saw | in a | | | | |
| 6/1 | 1600 | BB | 101 | | | | |
| 6/2 | 0400 | CJ | 117 | | | | |
| 6/2 | 1600 | 8 | 104 | | | | |
| 6/3 | 1500 | UM | 116 | | | | |
| 6/4 | 1500 | UM | 119 | | | | |
| 6/5 | 0400 | CD | 90 | | | | |
| 6/5/06 | 1500 | RF | 87 | | | | |
| 6/6 | 0400 | Saw | 110 | | | | |
| 6/6 | 1500 | UM | 99 | | | | |
| 6/7 | 0400 | Saw | 101 | | | | |
| 6/7 | 1500 | 8 | 93 | | | | |
| 6/8 | 0900 | Saw | 100 | | | | |
| 6/8 | 1500 | AD | 134 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

*Check if results called to physician.

| Date | Initials | Signatures |
|------|----------|------------|
| | | |
| | | |
| | | |
| | | |

| Date | Initials | Signatures |
|------|----------|------------|
| | | |
| | | |
| | | |
| | | |

60415



ID:    #STAT#060525071317

05/25/2006 7:13:16

D.O.B.: 11/2/61
Meds:
Class:
Dr.:
Tech:

| Vent. Rate: | 65 bpm |
| RR Interval: | 914 ms |
| PR Interval: | 156 ms |
| QRS Duration: | 98 ms |
| QT Interval: | 388 ms |
| QTc Interval: | 396 ms |
| QT Dispersion: | 66 ms |
| P-R-T AXIS: | 1°   -4°   31° |

SINUS RHYTHM
** INTERPRETATION MADE WITHOUT KNOWING PATIENT'S GENDER/AGE **
WITHIN NORMAL LIMITS

Summary: NORMAL ECG

* Unconfirmed Analysis *

QTc=Hodges

Atria 3000 (rd ref#2005002046i0004)

L: 10 mm/mV
C: 10 mm/mV

25 mm/s
*START-F 4D L2*

**LabCorp** LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

Laboratory Corporation of America

Phone: 205-581-3500

| SPECIMEN 142-205-5362-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #:   1 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION | | |
|---|---|---|
| PE18 5/19 | FASTING: N DOB: 11/02/1961 | |

| CLINICAL INFORMATION |
|---|
| CD- 41139331447 |

| PHYSICIAN ID. ROBBINS M | PATIENT ID. 246241 |
|---|---|

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| HICKS,CHARLES | M | 44 / 6 |

PT. ADD.:

ACCOUNT:  Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road
Mt. Meigs              AL   36507-0000
ACCOUNT NUMBER:   01306900

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/22/2006 | 11:05 | 5/22/2006 | 5/23/2006 | 9:31 | 957 |

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

CMP14+LP+5AC
Chemistries                                                                      MB

| | | | | | |
|---|---|---|---|---|---|
| > Glucose, Serum | 132 H | mg/dL | 65 - 99 | MB |
| Uric Acid, Serum | 5.4 | mg/dL | 2.4 - 8.2 | MB |
| BUN | 15 | mg/dL | 5 - 26 | MB |
| Creatinine, Serum | 1.3 | mg/dL | 0.5 - 1.5 | MB |
| BUN/Creatinine Ratio | 12 | | 8 - 27 | |
| Sodium, Serum | 138 | mmol/L | 135 - 148 | MB |
| Potassium, Serum | 4.6 | mmol/L | 3.5 - 5.5 | MB |
| Chloride, Serum | 101 | mmol/L | 96 - 109 | MB |
| Carbon Dioxide, Total | 20 | mmol/L | 20 - 32 | MB |
| Calcium, Serum | 10.1 | mg/dL | 8.5 - 10.6 | MB |
| > Phosphorus, Serum | 5.0H | mg/dL | 2.5 - 4.5 | MB |
| Protein, Total, Serum | 8.0 | g/dL | 6.0 - 8.5 | MB |
| Albumin, Serum | 4.3 | g/dL | 3.5 - 5.5 | MB |
| Globulin, Total | 3.7 | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.2 | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.2 | mg/dL | 0.1 - 1.2 | MB |
| Alkaline Phosphatase, Serum | 88 | IU/L | 25 - 150 | MB |
| LDH | 194 | IU/L | 100 - 250 | MB |
| AST (SGOT) | 26 | IU/L | 0 - 40 | MB |
| ALT (SGPT) | 41 | IU/L | 0 - 55 | MB |
| > GGT | 75 H | IU/L | 0 - 65 | MB |
| Iron, Serum | 57 | ug/dL | 40 - 155 | MB |
| | | | | MB |

Lipids                                                                           MB

| | | | | | |
|---|---|---|---|---|---|
| > Cholesterol, Total | 217 H | mg/dL | 100 - 199 | MB |
| > Triglycerides | 156 H | mg/dL | 0 - 149 | MB |
| HDL Cholesterol | 42 | mg/dL | 40 - 59 | MB |
| VLDL Cholesterol Cal | 31 | mg/dL | 5 - 40 | |
| > LDL Cholesterol Calc | 144 H | mg/dL | 0 - 99 | |

Comment                                                                          MB
If initial LDL-cholesterol result is >100 mg/dL, assess for
risk factors.

| | | | | |
|---|---|---|---|---|
| > T. Chol/HDL Ratio | 5.2H | ratio units | 0.0 - 5.0 | |
| Estimated CHD Risk | 1.0 | times avg. | 0.0 - 1.0 | |

T. Chol/HDL Ratio
                              Men   Women
1/2 Avg.Risk  3.4    3.3
Avg.Risk  5.0    4.4

| Pat Name:  HICKS,CHARLES | Pat ID: 246241 | Spec #: 142-205-5362-0 | Seq #: 957 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page



**LabCorp**
Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN 142-205-5362-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: | 2 |
|---|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

PE18
5/19

FASTING: N
DOB: 11/02/1961

| CLINICAL INFORMATION |
|---|
| CD- 41139331447 |

| PHYSICIAN ID. ROBBINS M | PATIENT ID. 246241 |
|---|---|

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| HICKS,CHARLES | M | 44 / 6 |

PT. ADD.:

ACCOUNT:  Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road
Mt. Meigs        AL   36507-0000

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/22/2006 | 11:05 | 5/22/2006 | 5/23/2006 | 9:31 | 957 |

ACCOUNT NUMBER:   01306900

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

```
                                    2X Avg.Risk  9.6     7.1
                                    3X Avg.Risk 23.4    11.0
                                                          .
        The CHD Risk is based on the T. Chol/HDL ratio.  Other
        factors affect CHD Risk such as hypertension, smoking,
        diabetes, severe obesity, and family history of pre-
        mature CHD.
  Microalb/Creat Ratio, Randm Ur
        Creatinine, Urine          168.8    mg/dL        Not Estab.      MB
>       Microalbum.,U,Random        51.3H   ug/mL        0.0 - 17.0      MB
>       Microalb/Creat Ratio        30.4H   ug/mg creat  0.0 - 30.0
  Hemoglobin A1c
>       A1c                          7.6H   %            4.5 - 5.7       MB
        Current guidelines recommend a treatment goal of <7% for diabetic
        patients.  A1c may be overestimated in diabetic patients exhibiting
        poor control and who are also heterozygous or homozygous for HgbS or
        HgbC.  Total glycohemoglobin is a better indicator of diabetic control
        in patients with these hemoglobin variants.
  TSH                                1.353  uIU/mL       0.350 - 5.500   MB
```

| LAB: MB LabCorp Birmingham | DIRECTOR: John Elgin N MD |
|---|---|
| 1801 First Avenue South, Birmingham,  AL 35233-0000 | |

| Pat Name:  HICKS,CHARLES | Pat ID: 246241 | Spec #: 142-205-5362-0 | Seq #: 957 |
|---|---|---|---|



**LabCorp** Laboratory Corporation of America    LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|----------|------|-------------|---------------|--|
| 142-205-5362-0 | S | MB | COMPLETE | Page #:    1 |

**ADDITIONAL INFORMATION**

PE18
5/19

FASTING: N
DOB: 11/02/1961

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|--------------|-----|---------------|
| HICKS,CHARLES | M | 44  /  6 |

PT. ADD.:

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|--------------------|------|---------------|---------------|------|--|
| 5/22/2006 | 11:05 | 5/22/2006 | 5/23/2006 | 9:31 | 957 |

**CLINICAL INFORMATION**
CD- 41139331447

| PHYSICIAN ID. | PATIENT ID. |
|---------------|-------------|
| ROBBINS M | 246241 |

ACCOUNT:  Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road
Mt. Meigs          AL  36507-0000
**ACCOUNT NUMBER:**   01306900

| TEST | RESULT | | LIMITS | LAB |
|------|--------|--|--------|-----|
| CMP14+LP+5AC | | | | MB |
| Chemistries | | | | MB |
| > Glucose, Serum | 132 H | mg/dL | 65  -  99 | MB |
| Uric Acid, Serum | 5.4 | mg/dL | 2.4  -  8.2 | MB |
| BUN | 15 | mg/dL | 5  -  26 | MB |
| Creatinine, Serum | 1.3 | mg/dL | 0.5  -  1.5 | MB |
| BUN/Creatinine Ratio | 12 | | 8  -  27 | |
| Sodium, Serum | 138 | mmol/L | 135  -  148 | MB |
| Potassium, Serum | 4.6 | mmol/L | 3.5  -  5.5 | MB |
| Chloride, Serum | 101 | mmol/L | 96  -  109 | MB |
| Carbon Dioxide, Total | 20 | mmol/L | 20  -  32 | MB |
| Calcium, Serum | 10.1 | mg/dL | 8.5  -  10.6 | MB |
| > Phosphorus, Serum | 5.0H | mg/dL | 2.5  -  4.5 | MB |
| Protein, Total, Serum | 8.0 | g/dL | 6.0  -  8.5 | MB |
| Albumin, Serum | 4.3 | g/dL | 3.5  -  5.5 | MB |
| Globulin, Total | 3.7 | g/dL | 1.5  -  4.5 | |
| A/G Ratio | 1.2 | | 1.1  -  2.5 | |
| Bilirubin, Total | 0.2 | mg/dL | 0.1  -  1.2 | |
| Alkaline Phosphatase, Serum | 88 | IU/L | 25  -  150 | MB |
| LDH | 194 | IU/L | 100  -  250 | MB |
| AST (SGOT) | 26 | IU/L | 0  -  40 | MB |
| ALT (SGPT) | 41 | IU/L | 0  -  55 | MB |
| > GGT | 75 H | IU/L | 0  -  65 | MB |
| Iron, Serum | 57 | ug/dL | 40  -  155 | MB |
| | | | | MB |
| Lipids | | | | MB |
| > Cholesterol, Total | 217 H | mg/dL | 100  -  199 | MB |
| > Triglycerides | 156 H | mg/dL | 0  -  149 | MB |
| HDL Cholesterol | 42 | mg/dL | 40  -  59 | MB |
| VLDL Cholesterol Cal | 31 | mg/dL | 5  -  40 | |
| > LDL Cholesterol Calc | 144 H | mg/dL | 0  -  99 | |
| Comment | | | | MB |

If initial LDL-cholesterol result is >100 mg/dL, assess for
risk factors.

| | | | | |
|--|--|--|--|--|
| > T. Chol/HDL Ratio | 5.2H | ratio units | 0.0 - 5.0 | |
| Estimated CHD Risk | 1.0 | times avg. | 0.0 - 1.0 | |

T. Chol/HDL Ratio
                    Men   Women
1/2 Avg.Risk   3.4      3.3
     Avg.Risk   5.0      4.4

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page





**LabCorp** Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000                    Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 139-205-5126-0 | S | MB | COMPLETE | Page #:  1 |

### ADDITIONAL INFORMATION

| | | | CLINICAL INFORMATION |
|---|---|---|---|
| NPY18 | FASTING: N | | CD- 41139331378 |
| | DOB: 11/02/1961 | | |

| | | | | CLINICAL INFORMATION |
|---|---|---|---|---|

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| HICKS,CHARLES | M | 44  /  6 |

PT. ADD.:

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| ROBBINS M | 246241 |

**ACCOUNT:** Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road
Mt. Meigs            AL    36507-0000
**ACCOUNT NUMBER:**    01306900

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/19/2006 | 6:00 | 5/19/2006 | 5/20/2006 | 7:16 | 882 |

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CBC With Differential/Platelet | | | | |
| White Blood Cell(WBC)Count | 5.3 | x10E3/uL | 4.0 - 10.5 | MB |
| Red Blood Cell (RBC) Count | 4.92 | x10E6/uL | 4.10 - 5.60 | MB |
| Hemoglobin | 14.8 | g/dL | 12.5 - 17.0 | MB |
| Hematocrit | 43.3 | % | 36.0 - 50.0 | MB |
| MCV | 88 | fL | 80 - 98 | MB |
| MCH | 30.0 | pg | 27.0 - 34.0 | MB |
| MCHC | 34.1 | g/dL | 32.0 - 36.0 | MB |
| RDW | 14.4 | % | 11.7 - 15.0 | MB |
| Platelets | 323 | x10E3/uL | 140 - 415 | MB |
| Neutrophils | 44 | % | 40 - 74 | MB |
| Lymphs | 39 | % | 14 - 46 | MB |
| Monocytes | 11 | % | 4 - 13 | MB |
| Eos | 5 | % | 0 - 7 | MB |
| Basos | 1 | % | 0 - 3 | MB |
| Neutrophils (Absolute) | 2.3 | x10E3/uL | 1.8 - 7.8 | MB |
| Lymphs (Absolute) | 2.1 | x10E3/uL | 0.7 - 4.5 | MB |
| Monocytes(Absolute) | 0.6 | x10E3/uL | 0.1 - 1.0 | MB |
| Eos (Absolute) | 0.3 | x10E3/uL | 0.0 - 0.4 | MB |
| Baso (Absolute) | 0.1 | x10E3/uL | 0.0 - 0.2 | MB |

LAB: MB LabCorp Birmingham                    DIRECTOR: John Elgin N MD
1801 First Avenue South, Birmingham,  AL 35233-0000

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report





**PRISON
HEALTH
SERVICES
INCORPORATED**

### DEPARTMENT OF CORRECTIONS

# DENTAL RECORD TREATMENT

**Services Rendered**

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|------|---------|-----------|-----------|----------|-------|
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |

| PATIENT LAST NAME | FIRST | MIDDLE | DOB | R/S | ID NO. |
|-------------------|-------|--------|-----|-----|--------|
|                   |       |        |     |     |        |

PHS-MD-70022

DEPARTMENT OF CORRECTIONS

MENTAL HEALTH SERVICES

# DENTAL RECORD

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

| DENTAL EXAMINATION | RESTORATIONS AND TREATMENTS |
|---|---|



Date of Initial Examination: 5·19·06

Initial Classification:

Oral Pathology .......................

| | |
|---|---|
| Gingivitis | |
| Vincent's Infection | |
| Stomatitis | |
| Other Findings | |

Occlusion _____

Roentgenograms ...................

| | |
|---|---|
| Periapical | |
| Bitewing | |
| Other | |

**Health Questionnaire**

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☐ | ☒ | Rheumatic Fever | ☐ | ☒ | V.D. |
| ☐ | ☒ | Allergy (Novocaine, penicillin, etc.) | ☐ | ☒ | Hepatitis |
| ☐ | ☒ | Present Medication | ☐ | ☒ | Anemia or Bleeding Problems |
| ☐ | ☒ | Epilepsy | ☐ | ☒ | Heart Disease |
| ☐ | ☒ | Asthma | ☒ | ☐ | High Blood Pressure |
| ☒ | ☐ | Diabetes | ☐ | ☒ | Kidney Disease |
| ☐ | ☒ | HIV | ☐ | ☒ | Other Disease |

| SERVICES RENDERED | | | | | |
|---|---|---|---|---|---|
| Date | Tooth # | DX | TX | Initials | Class |
| 5·19·06 | Fm | | OHI | 8M | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Hicks, Charles | 246241 | 11·2·61 | B | KCF |

PHS-MD-70015

# ALABAMA DEPARTMENT OF CORRECTIONS

## PROBLEM LIST

INMATE NAME _Hicks, Charles_          AIS# _246241_

Medication Allergies: _NKA_

Medical: Chronic (Long-Term) Problems
Roman Numerals for Medical/Surgical

Mental Health Code: SMI  HARM  HIST  NONE
Capital Letter for Psychiatric Behavior

| Date Identified | Chronic Medical Problem | Mental Health Code | Date Resolved | Provider Initials |
|---|---|---|---|---|
| 5/19/06 | HTN | | | |
| 5/19/06 | Dm II | | | y |
| 5/20/6 | PPd obnus | | | y |
| | | | | WW |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**If Asthmatic label:  Mild – Moderate – or Severe.



KILBY CORRECTIONAL FACILITY
C A N T E E N   S A L E S   R E C E I P T

HICKS, CHARLES

246241    B/M    6/02/2006    3:35PM    TRANS NR    98845

| LI | ITEM NBR | ISSUE QTY | DESCRIPTION | UI | UNIT COST | EXTENDED COST |
|----|----------|-----------|-------------|-----|-----------|---------------|
| 1 | 934 | 1 | HONEY BUN | EA | $.67 | $.67 |

**** LAST ITEM ****

==========

TOTAL PURCHASES    $.67

OLD PMOD BALANCE    .70    TOTAL PURCHASE    .67    NEW PMOD BALANCE    .03

TOTAL APPLIED TO WEEKLY LIMIT    .00    POSTED BY: INMATE WORKERS

I CERTIFY THAT I RECEIVED ALL ITEMS AND QUANTITIES LISTED ABOVE.

_Charles Hicks_
SIGNATURE

_____
DATE

BED NBR: M    074B

# PRISON HEALTH SERVICES

## Physician's Chronic Care Clinic

Date: 7/5/06    Time: _____    Facility: ELYC

Maternal Grandmother has h/o Eteph

Check all applicable CIC's being evaluated:

HTN & DM    HTN ONSET 1992    Card/HTN X DM X GI__ ID__ PUL__ SZ__ TB__    mother HTN & DM

**SUBJECTIVE:** DM ONSET 2003 "getting regular food, but aware orders in for 2200 cal ADA diet. Walk    father- HT.
approx 2 miles QD. Denies tobacco user Mother h/o DM & HTN + eye exam @
Kilby 05/06. Mevacor 1stone last week. Out of synthoid X 2 mnth.

**OBJECTIVE:** BP 140/90  HR 64  RR 20  Temp 98  Wt 252  Peak Flow ____  02 SAT 97%0

05/31 to NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
b+D Glucose X 30 days    complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Glucose range 87-143    Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.    NKA

Meds

MAXZIDE 75/50

EC ASA 325mg

Glucotrol

Mevacor 20mg OD

Vasotec (Enalapril) 5mg QD

|  | | | |
|---|---|---|---|
| 138 | 101 | 15 | (132) |
| 4.6 | 20 | 1.3 | |

Total Chol. 217↑    Urine Cr. 168.87
TRG 156↑    Microalb 51.3↑
HDL 42    Hgba1c 7.6↑
VLDL 31    TSH 1.35↑
LDL 144↑    EKG 05/06 NSR

EYE EXAM 05/06 @ KILBY
CXR 5/19/06

Fundi- Clear
Sr-Sg-Auscultated RRR
Chest symmetric & clear
abd soft c @ BS present
Toenail grossly thick distated
DPP 3/4 @ R/L + black

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | (F) | P | G | (F) | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W |

**PLAN:** ① ↑Activities ↓ weight by 10 lbs (2lbs weight loss per week)
② Diet - Counsel on 2200 cal ADA
③ ↑ Lisinopril to 20mg QD & dc Vasotec
④ DM- BS 2 X / Day X 30 days
⑤ Hx Elephantiasis
⑥ Check feet Yes QD

**F/U:** Routine 90 days: ___    Other: ___

① Check lipid & Microalbumenia.

Problem List Updated? Yes   No

_____
B. Howard CRNP
Physician/NP/PA

Hicks Charles
NAME

M
GENDER

B
RACE

246241
AIS#

11-2-61
DOB

(Revised 2/28/05)

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# MONOFILAMENT TESTING FOR DIABETICS

Fill in the following blanks with a "Y" or "N" to indicate findings

|  | RIGHT | LEFT |
|---|---|---|
| Is there a foot ulcer now? |  |  |
| Is there a history of foot ulcer? | N | N |
| Is there an abnormal shape of the foot? | N | N |
| Is there a toe deformity? | N | N |
| Are the toenails thick or ingrown? | N | N |
| Is there callus buildup? | N | N |
| Is there swelling? | Yes | Yes |
| Is there elevated skin temperature? | No | No |
| Is there muscle weakness? | Yes (m2Li) | Yes |
| Can the inmate see the bottom of feet? | N | N |
| Is the inmate wearing improperly fitting shoes? | N | N |
| Does the inmate use footwear appropriate? | Yes | Yes |
| Pulses?  3/2 (H/4) | No Yes | No Yes BH |
| DP/PT  +3 | +3 | +2 |

Note the level of sensation in the circles:  (+) → Can feel the 5.07 filament (-) → Can't feel the 5.07 filament



RIGHT        LEFT        Elephantiasis

Skin Conditions on the Foot or Between the Toes:

Draw in: Callous ▦ , Pre-ulcer ▦ , Ulcer ▦ (note length and width in cm)
Label with:  **R** - Redness,  **M** - Maceration,  **D** - Dryness,  **T** – Tinea

### Risk Category:

____ 0  No loss of protective sensation.
____ 1  Loss of protective sensation
____ 2  Loss of protective sensation with <u>either</u> high pressure (callous/deformity), or poor circulation.
____ 3  History of plantar ulceration, neuropathic fracture (Charcot foot) or amputation.

Education done about  BHH  Yes  Education Received

| Name | AIS NO | Date | By |
|---|---|---|---|
| Harris, Charles | 246241 | 07/01/06 | G. Howard, CRP |

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# FINGER STICK BLOOD RECORD FORM

NAME: *Hicks, Charles*

INSTITUTION/FACILITY: *KCF*

CELL SITE: _____

I.D. # 246241

D.O.B.: 11/2/61

PHYSICIAN ORDER/INSTRUCTIONS: BSVS 3A ↓ 3 p̄ X 3d

| DATE | TIME | INITIALS | BLOOD SUGAR RESULTS | URINARY KETONE LEVEL (if required) | INITIALS | * | ACTIONS TAKEN/COMMENTS |
|------|------|----------|---------------------|-------------------------------------|----------|---|-------------------------|
| 5/19 | 15W | LL | 105 | | | | |
| 5/20 | 0400 | CA | 127 | | | | |
| 5/20 | 15W | LW | 101 | | | | |
| 5/21 | 0400 | CA | 128 | | | | |
| 5/21 | 15W | LW | 118 | | | | |
| 5/22 | 0330 | | 102 | | | | |
| 5/22 | 1500 | PW | 133 | | | | |
| 5/23 | 0330 | aB | 103 | | | | |
| | | | 113 | | | | |
| 5/24 | 0400 | | 107 | | | | |
| 5/24 | 1500 | VAD | 133 | | | | |
| 5/25 | 040 | SS | 110 | | | | |
| 5/25 | 1500 | AP | 93 | | | | |
| 5/26 | 0400 | CA | 121 | | | | |
| 5/26 | 1500 | B | 103 | | | | |
| 5/27 | 0400 | CA | 117 | | | | |
| 5/27 | 1500 | B | 134 | | | | |
| 5/28 | 040 | CA | 118 | | | | |
| 5/28 | 040 | CA | 116 | | | | |
| 5/29 | 1500 | MW | 92 | | | | |
| 5/30 | 0430 | CAN | 105 | | | | |
| 5/30 | 1500 | B | 117 | | | | |
| 5/31 | 0 W | LW | 124 | | | | |

*Check if results called to physician.

| Date | Initials | Signatures |
|------|----------|------------|
| | | |
| | | |
| | | |
| | | |

| Date | Initials | Signatures |
|------|----------|------------|
| | | |
| | | |
| | | |
| | | |

60415

# PRISON HEALTH SERVICES

## Physician's Chronic Care Clinic

Date: 5/24/06 _____ Time: _____ Facility: Kilby Correctional Facility

Check all applicable CIC's being evaluated: __Card/HTN __DM__GI__ID__PUL__SZ __TB

## SUBJECTIVE:

## OBJECTIVE:  BP 140/100 HR 72 RR 16 Temp 98 Wt 260 Peak Flow_____

NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds, Cardiopulmonary, abdomen, extremities; ID-all systems; PUL-HEENT, Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

1) DM        no c/o.

2) HTN    Labs 5/6 Ce ok, A1c (initial) 7.7        Maxzide 75/50 mg 7P.O. QD
          mild urin protein - chol ~ 217           KSA EC 325 mg TP.O. QD
          lungs clean. Heart RRR ⊖ m              Glucotrol 10 mg TP.O. QD
          ⊕ edema (b) leg (chronic, familial)      Mevacor 50 mg TP.O. QD
                                                   , ⊖ (b) leg

## ASSESSMENT: Circle the appropriate Degree of Control and Status for each clinic monitored during today's Visit. Degree of Control: G=Good, F=Fair, P=Poor Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| (G) | F | P | G | (F) | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | (S) | W | I | (S) | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W |

PLAN:  1) add ACE           3) Re-A1c next time
       2) ↓ wt, ↑activity   4) Re-lipids in 6 mo.

F/U:  Routine 90 days: ✓ Other _____          Problem List Updated:  Yes    No

_____
Physician/NP/PA

Hicks, Charles
_____
NAME

male
_____
GENDER

(B) / W
_____
RACE

246241
_____
AIS#

11-2-61
_____
DOB

(Revised 2/28/05)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
NURSE'S
# CV/HTN CHRONIC CARE CLINIC

**S:** CHRONIC CARE CLINIC

**DATE/TIME** 5/24/06 @ 0802

**O:** VS T 98   P 72   R 16   WT 260

BP 140/102        IF BP > 140/90 REFER TO MD/NP/PA

| | | | |
|---|---|---|---|
| Do you smoke? | | | |
| | Y | Ⓝ | ALLERGIES NKDA |
| Use salt? | Y | Ⓝ | HX a treadmill? Y Ⓝ Date: |
| Family History of CVHTN? | Y | Ⓝ | HX bypass surgery: Y Ⓝ Date: |
| Obese? Mother & Father | Ⓨ | N | |
| Stress? | Y | Ⓝ | |
| Blurred vision | Y | Ⓝ | |
| Headache | Y | Ⓝ | |
| Fatigue | Y | Ⓝ | |
| Muscle weakness | Y | Ⓝ | |
| Polyuria | Y | Ⓝ | |
| Epistaxis | Y | Ⓝ | |
| S.O.B. | Y | Ⓝ | |
| Compliant with meds | Ⓨ | N | **P:** LABS REVIEWED |
| KOP | Ⓨ | N | Labs ordered |
| Counseled on risk factors Race – Af. Am | Ⓨ | N | Last CMP-14 5/23/06 |
| Describe: Age ↑ arterio ↓ elastic (Non modifiable | | | Last EKG |
| Gender – M  heredity | | | |
| Modifiable – smoking  sedentary lifestyle | | | |
| – wt management  eating habits (salt, fat, food) | | | |
| Labs/EKG WNL   NA | Ⓨ | N | |
| CXR if over 50 | | | |
| Education Done | Ⓨ | N | |
| Topic: Healthy Lifestyle Maintenance | Ⓨ | N | |
| Recently admitted to hospital/infirmary | Y | Ⓝ | |

**CURRENT MEDICATIONS:**
maxzide 75/50 mg 1 p.o. QD
Mevacor 20 mg p.o. QD

Notes: Educational material given
Continue c health teaching PRN
Encourage inmate to
take meds as prescribed,
& to exercise regularly
& comply c recommended
diabetic diet

**Status:** (circle)
IMPROVED  UNCHANGED  WORSENED

**Level of Control:** (circle)
GOOD   FAIR   Ⓟ(POOR)

**CCC WITH NURSE** (circle)
1, 2, Ⓢ Months

**CCC WITH MD** (circle)
1, 2, Ⓢ, 4, 5, 6 Months

| INMATE NAME | NUMBER | AGE | RACE/SEX | SIGNATURE: |
|---|---|---|---|---|
| Hoke, Charles | 246241 | 44 | B/M | Charles Hicks |

Control  Good---BP < 140/90
Fair-----BP 140-160/90/100
Poor----BP > 160/100

Status:  Improved---BP< previous visit
Unchanged—BP unchanged
Worsened----BP increased,

60520-AL

DEPARTMENT OF CORRECTIONS

## NURSE'S
# DIABETIC CHRONIC CARE CLINICS

S. DAY CHRONIC CARE CLINIC

| | | | |
|---|---|---|---|
| **DATE /TIME:** 5/31/06 @ 080 | | | **ALLERGIES** |
| O: VS  T 98  P 72  R 16 | | | NKDA |
| BP 140/100  WT 260 | | | |
| Any reactions: | | | **TYPE I**   (TYPE II) |
| | Y | N | |
| Thirst, vomiting, or abdominal pain | Y | N | |
| Skin or foot problems: | Y | N | |
| | Y | N | |
| Foot exam done: | | | |
| Rotation of injection sites | Y | N | |
| | (N/A) Y | N | |
| Changes in eyes | | | |
| Dietary compliance: | Y | N | |
| Noncompliant---Education done | Y | N | **P: LABS** |
| Medication compliant | Y | N | |
| Noncompliant---Education done | Y | N | Last HgbA1C: |
| Tremors | Y | N | Date 5/22/06  Result 7.6 % |
| | Y | N | |
| Reviewed canteen list | | | |
| Compliant | Y | N | |
| If noncompliant, education done | Y | N | |
| Infirmary or hospital since last CCC visit | Y | N | |
| If yes, date | Y | N | **ORDERS:** |
| Review of FLU vaccine | Y | N | |
| Review of Pneumovax | Y | N | |
| Fundoscopic exam  eye clinic - referred 5/8/06 | Y | N | |
| Annual Diabetic Checklist updated | | | |
| **NOTES:** | Y | N | |

**NOTES:**
Educational material given
In 3 mos time A1C
will L 7% + in more
will be consistent c diet,
med compliance + exercise

**MEDICATION:**
Glucotrol 10 mg p.o. QD
ASA EC 325 g p.o. QD

**Status:** (circle)
Improved, Unchanged, Worsened

**Control:** (circle)
Good, Fair, Poor

**CCC NURSE** (circle)
EVERY 1, 2, 3 months

| Education done:  socks PD  out toe  | Y | N | **CCC WITH MD** (circle) |
|---|---|---|---|
| Topic FOOT / Skin  nails  straight across | | | 1, 2, 3, 4, 5, 6 months |

| **INMATE NAME** | **NUMBER** | **AGE** | **RACE/SEX** | **SIGNATURE** |
|---|---|---|---|---|
| Dicks, Charles | 216241 | 44 | B/M | Charles Hicks |

Control:  Good—HgbA1C WNL
Fair----HgbA1C within 2 % of normal
Poor---HgbA1C > 2% above normal

Status:  Improved---Decrease in HgbA1C, and weight decreased by 5%
Unchanged—No change in HgbA1C and weight
Worsened-----Increase in HgbA1C and weight

60518-AL

# CHRONIC CARE CLINIC
# REFERRAL FORM

REFERRAL DATE: _____ 5-19-6 _____

REFERRING DEPT: _____ P. E. _____

NAME OF PATIENT: _____ Hicks, Charles _____

AIS# 246241 _____ DOB: 1-2-61 _____ RACE: Ⓑ   W

CLINIC: _____ DM | HTN _____

_____ Burks _____

MEDICATIONS: _____ Marzile 75/65g _____

_____ ECA 325g _____

_____ Glucatrol 10g _____

_____ Mevacor 20g _____

COMMENTS: _____

DATE SEEN IN CLINIC: _____

Date: 5/18/06    Time: 0950    Chronic Care Clin:    Facility: Kilby Correctional Facility

Check all applicable CIC's being evaluated: ✓Card/HTN __DM__GI__ID__PUL__SZ__TB

**SUBJECTIVE:** Dx c HTN in 1992, ◎ MI ◎ CVA, Been on monopril, Vasotec
Dx c DM 2002 on Glucophage

**OBJECTIVE:** BP 170/80 HR 80 RR 20 Temp 98 Wt 355 Peak Flow ____
FSBS 207

NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities.; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

Mom ↓ 79 Renal Failure
DM HTN

Dad ↓ 85 CHF, HTN

Sib c DM, CAD

Denies CP, SOB, ∅ H/A or visual disturbances
+ pretibial edema 2+ pitting

S₁S₂ reg c ⊘ (m), ⊘ Bruitts; ⊕ BBS diminished, ⊘ wheezing, rales or
Rhonchi, Rep = ease

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W |

**PLAN:** Will place on Norvasc, ASA, Bluestrol, ✓ B/P c̄ BS. ✓ labs EKG, CXR, Eyes
Murder
Will give BBP 2° edema
Diet, footcare, exercise, Med compliance stressed

**F/U:** Routine 90 days: ____    Other talks

Nonfilament done

Problem List Updated: (Yes)    No

_signature_
Physician/NP/PA

Hicks, Charles
NAME

MALE
GENDER

(B)/W
RACE

84624
AIS#

11-2-61
DOB

(Revised 2/28/05)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# MONOFILAMENT TESTING FOR DIABETICS

Fill in the following blanks with a "Y" or "N" to indicate findings

| | RIGHT | LEFT |
|---|---|---|
| Is there a foot ulcer now? | | |
| Is there a history of foot ulcer? | N | N |
| Is there an abnormal shape of the foot? | N | N |
| Is there a toe deformity? | N | N |
| Are the toenails (thick) or ingrown? | Y | Y |
| Is there callus buildup? | | Y |
| Is there swelling? | N | N |
| Is there elevated skin temperature? | Y 2+ | Y 2+ |
| Is there muscle weakness? | N | N |
| Can the inmate see the bottom of feet? | N | N |
| Is the inmate wearing improperly fitting shoes? | Y | |
| Does the inmate use footwear appropriate? | Y | Y |
| Pulses? | Y | Y |
| DP/PT | 2+ | 2+ |

Note the level of sensation in the circles:  (+) → Can feel the 5.07 filament (-) → Can't feel the 5.07 filament



RIGHT                 LEFT

Myeotic nails
feet peeling
Multiple calloas

Skin Conditions on the Foot or Between the Toes:

Draw in: Callous ▦ , Pre-ulcer ▦ , Ulcer ■ (note length and width in cm)
Label with: **R** - Redness, **M** - Maceration, **D** - Dryness, **T** – Tinea

## Risk Category:

| | | |
|---|---|---|
| _____ | 0 | No loss of protective sensation. |
| _____ | 1 | Loss of protective sensation |
| _____ | 2 | Loss of protective sensation with <u>either</u> high pressure (callous/deformity), or poor circulation. |
| _____ | 3 | History of plantar ulceration, neuropathic fracture (Charcot foot) or amputation. |

Education done about _foot Care_    Education Received _Suratunan_

| Name | AIS NO | Date | By |
|---|---|---|---|
| Hicks, Charles | 246241 | 5/19/06 | Suratunan |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## DIABETIC CHECKLIST

Name _Hicks, Charles_ Number _24641_ Period _5/06_ to _5/07_

Medications: _____

Compliance:     Yes   No
    If No, follow-up counseling done:   Yes   No       Date _____

Enrolled in Chronic Care:     Yes        No
    Monofilament Foot Exams Done:
    Foot Disorders Treated:              Yes   No
    Educational Material Given:          Yes   No
    Appropriate Diet Ordered:            Yes   No
    Regular Glucose Testing:             Yes   No
    HgbA1C done q 3 months:              Yes   No
    Seen by dental at least annually:    Yes   No    Every 6 months if stable
    Urine tested annually for microalbumin   Yes   No
    Seen by Nurse: _____
    Seen by MD _____

Annual dilated retinal exam _____
    Referral if necessary _____   By _____

Immunization:
    Pneumococcus once and repeated after age 64, if more than 5 yrs.   Yes   No
    Influenza annually                                                 Yes   No

Annual physical exam by MD/NP           Yes   No    Date _____
Individual treatment plan    Yes   No
    Updated                  Yes   No
Appropriate Diet Ordered:    Yes   No
    ADOC notified:           Yes   No



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### DIABETIC INTAKE SCREENING
### FOR INTAKES THAT PRESENT WITH DIABETES
### Referral to MD and Seen within 24 hrs of Intake

NAME Hicks, Charles    Number 246241    Date 5/19/06

Diagnosed with diabetes?
    If yes, then H & P by licensed health care provider with prescriptive authority.    (Yes)    No
    If yes, date H & P completed   5/19/06   by  L. Lassiter NP
    Random plasma glucose test results   121   Date  5/19/06
    If level > 200, then second test within 48 hours
        Repeat results _____ Date _____
    If level < 200, record flagged for a fasting glucose plasma test upon arrival at first
    assigned institution.
History of fasting Blood Sugar?    Yes    No    Results/Date _____

**History or Frequency of:**

| | | | |
|---|---|---|---|
| Ketoacidosis | | | |
| Hypoglycemia | Yes | (No) | |
| Hypoglycemia w/o awareness | (Yes) | No | X |
| History of known complications | (Yes) | No | eyes, feet |

**Screening Laboratory Evaluation (at reception)**

**All diabetic receive:**

| Test | Date | Results in MR | Reviewed |
|---|---|---|---|
| HgbA1c upon arrival | | | |
| HDL--Cholesterol * | | | |
| Triglycerides * | | | |
| Total Cholesterol * | | | |
| Urine for microalbumin #140050—24 hr urine | | | |
| UA for protein & ketones (onsite) | | | |
| Serum Creatinine * | | | |
| TSH (when indicated) * | | | |
| EKG (onsite) | | | |
| Fundoscopic Exam | 5-19-06 | | |
| Peripheral Pulses | | | |

* Diagnostic profile II-(048827)-Includes Chem 7, Ca++, LFT's, Lipid Panel, Fe, Phos, Total Protein, Uric acid, Globulin, Transeptidase, Thyroid Panel, CBC w/Diff

Determination of Diabetes ----circle one----Type I    (Type II)

**Initial Treatment Plan by MD.....(YES) NO**
**Refer to Chronic Care Clinic within 7 days of**
Diabetic diet..........................(YES) NO
Education: Documented in medical record.................Date _____    Informed ADOC .......(YES) NO
Reviewed by _____
_____ Date _____

50515-AL

Name: _____

_____ c. Current or most recent use: _____
_____
_____

_____ d. Current Addictions: _____
_____

e. Other:
_____  1. In remission 6 months or less        _____✗___ 5. Drug use/denies dependency
_____  2. In remission more than one year       _____ 6. Alcohol use/denies dependency
_____  3. In remission more than one year        _____ 7. OBS-drug/alcohol induced
_____  4. In remission only due to incarceration   _____ 8. Other: _____

## IV. Emotional Status

_____ a. No significant problems
_____ b. Depressed _____
_____
_____

_____ c. Anxious or stressful _____
_____

_____ d. Angry or resentful _____
_____

_____ e. Confusion or psychotic symptoms _____
_____
_____

_____ f. Mood disturbances _____
_____

_____ g. Sexual maladjustment _____
_____

**History of sex offenses?  ☐ Yes  ☒ No  List:** _____

_____ h. Paranoid ideation _____
_____

_____ i. Sleep/appetite disorder _____
_____

j. Other
_____  1. Symptoms of Hypochondria    _____ 4. Overtly psychotic      _____ 7. Behavior disorder
_____  2. Hyperactivity               _____ 5. Psychosis in remission  _____ 8. Senile/demented
_____  3. Violent/uncontrolled        ____✗__ 6. Personality disorder    _____ 9. Other

Name:_____

## V. **Mental Deficiency**

| | | | |
|---|---|---|---|
| ____ Mild | (50-70) | _____ Borderline (70-80) |
| ____ Moderate | (35-50) | _____ Organic impairment suspected |
| ____ Severe | (20-35) | _____ Memory Deficit |

Remarks:_____

_____

**Emotional response to incarceration:**_____

## VI. Mental Health

_____ a. Outpatient treatment (dates/where)_____

_____

_____

_____ b. Inpatient treatment (dates/where)_____

_____

_____

_____ c. Psychotropic medication (type/effectiveness)_____

_____

_____

_____ d. Family history of mental illness_____

_____

_____

## VII. Management Problems

_____ a. Suicide potential    Ideation ☐ Yes  ☑ No    Plans? ☐ Yes ☑ No

History of attempt/gestures_____

_____

_____ b. Serious mental illness (specify)_____

_____

_____ c. Impulsive/acting out behaviors predicted_____

_____

_____ d. Authority Conflict_____

_____

_____ e. Manipulative/untrustworthy_____

_____

_____ f. Easily victimized_____

Name:_____

_____ g. Escape potential_____

_____ h. Assaultiveness_____

_____ i. Other:

_____   1. Malingering        _____ 4. Physical handicap     _____ 7. Domestic Violence

_____   2. Mental Deficiency  _____ 5. Self-Mutilation       _____ 8. Gender identity disorder

_____   3. Aged and infirmed  _____ 6. Potential substance abuse in unsupervised situations

History of expressive violence?  ☐ Yes  ☒ No List:_____

## VIII Educational Needs

_____ a. ABE/GED   _____ b. Special Education ___✓___ c. Trade School _____ d. Junior College

_____ e. Life Skills

## IX Mental Health Needs

_____ a. Refer to psychiatrist      _____ e. Sexual adjustment      _____ i. Self-concept enhancement

_____ b. Substance abuse counseling _____ f. Reality therapy        _____ j. Healthy use of leisure time

_____ c. Depression                 _____ g. Anger management       _____ k. Personal Development

_____ d. Stress management          _____ h. Values clarification   _____ l. other_____

**Recommendations/Remarks:**  *(Include accommodations needed for the visual, hearing impaired and other disabilities)*_____ ABP.

_____

_____

_____

_____

**Evaluation Completed by:** _____ **Date:** 5/31/06

**Psychologist/Psychological Associate**

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## RECEPTION MENTAL HEALTH SCREENING EVALUATION

Institution: _Kilby_                    Date/Time Inmate Received: _5/18/06_

Date/Time of Screening: _5/18/06_    Signature/Title of Screener: _D. McLeod, LPN_

**MENTAL HEALTH TREATMENT PRIOR TO ENTERING THE ADOC:**

Yes  (No)  Psychotropic medication: _____

Yes  (No)  Medication turned over to ADOC upon arrival? _____

Yes  (No)  Mental health follow-up in last 90 days: _____

Yes  (No)  Suicide/self-harm attempts in last 90 days: _____

**MENTAL HEALTH HISTORY**   Does inmate report a history of the following (if yes, provide details):

Yes  (No)  Outpatient treatment: _____

Yes  (No)  Inpatient treatment: _____

Yes  (No)  Psychotropic medication: _____

Yes  (No)  Suicidal attempts: _____

Yes  (No)  Suicidal thoughts: _____

Yes  (No)  Head injury: _____

Yes  (No)  Seizures: _____

Yes  (No)  Violent behavior: _____

(Yes)  No  Substance abuse: _Etoh_

Yes  (No)  Substance abuse treatment: _____

Yes  (No)  Special education classes: _____

**INMATE SELF-REPORT OF CURRENT STATUS:**

(Yes)  No  First incarceration (reaction): _"disappointed"_

(Yes)  No  Reports family support: _Aunt_

Yes  (No)  Reports significant depression/remorse: _____

Yes  (No)  Thinking about suicide: _____

Yes  (No)  Has plan for suicide: _____

Yes  (No)  Possible to implement suicide plan: _____

Yes  (No)  Reports hallucinations: _____

**BEHAVIORAL OBSERVATIONS:**

| | | | |
|---|---|---|---|
| Poor eye contact | Poor hygiene | Unable to pay attention | Unresponsive |
| Disoriented | Anxious | Unable to follow directions | Unable to read |
| Crying | Memory deficits | Signs of self-mutilation | Afraid |
| Illogical speech content | Appears to be hearing voices or seeing things | | Paranoid |
| Hostile | Other unusual behavior: _____ | | |

**DISPOSITION/ PLACEMENT RECOMMENDATION (based on reception mental health screening):**

| | |
|---|---|
| Routine housing | Emergency mental health referral |
| Mental health follow-up but not emergency | Crisis cell placement recommended |
| Current psychotropic meds verified | Interim supply ordered |

Inmate Name: _Hicks, Charles_                    AIS #: _246241_

Disposition: Inmate Medical Record

Reference: ADOC AR: 610, 612, 635
ADOC Form MH-011 – November 14, 2005

# ALABAMA DEPARTMENT OF CORRECTIONS
## INMATE ORIENTATION TO MENTAL HEALTH SERVICES

The Alabama Department of Corrections provides the following mental health services:

- Assessment and treatment of mental illness
- Referral to a psychiatrist, if necessary for medication
- On-going psychiatric treatment
- Group and individual counseling
- Assistance in dealing with stressful problems (adjustment to prisons, grief and loss, family problems)
- Crisis intervention
- Residential mental health treatment and hospitalization, if necessary

If you wish to speak with mental health staff about routine matters such as scheduling for group or individual counseling, send in a Health Services Request form.

In emergency situations or if you have concerns that need to be addressed immediately, contact any correctional officer so that you may receive mental health assistance as soon as possible.

Your participation in mental health services is voluntary except in emergency situations or when you have been provided due process through administrative review.

If you believe the mental health services provided to you are inadequate, you may file an inmate grievance.

Information about the mental health services provided to you is confidential except in the situations when mental health staff believe that you may be:

- Suicidal
- Homicidal
- Presenting a clear danger of injury to self or others
- Presenting a reasonable clear risk of escape or creation of institutional disorder
- Receiving Psychotropic medication
- Requiring movement to a special unit or cell for observation and treatment
- Requiring transfer to a psychiatric hospital outside of the prison
- Requiring a new program assignment for mental health reasons

Mental health staff has a legal duty to report to appropriate authorities any unreported suspected abuse or neglect of a child.

Mental health and medical staff will have access your mental health records when completing their duties. The following persons may have access to your mental health records on a need to know basis:

- Warden of the institution or designee
- Internal investigation staff and legal counsel working with the ADOC
- Departmental and accrediting audit staff
- Persons authorized by a court order or judgment

All other persons or agencies require an authorization for release of information signed by you before gaining access to your mental health records.

***This information on this form has been explained to me and I have received a copy of the information for my future reference.***

Clarles E. Hicks                246241              _____
Inmate Signature                AIS #               Date Signed

Hicks, Charles

## BLOOD SUGAR

INMATE: Hicks, Charles   AIS#: 246241   SITE: FLYC

| DATE | 3 AM | 5 AM | 9 AM | 11 AM | 3 PM | 5 PM |
|------|------|------|------|-------|------|------|
| 10 0500 | | | | | 188 | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / | | | | | | |
| / | | | | | | |

**Prison Health Services**

### REFUSAL OF TREATMENT FORM

Institution: _ELYC_

Resident's Name: _Charles Hicks_    ID# _____

D.O.B. _11-2-61_

I, _Charles Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | |
|---|---|---|---|---|
| ___ | A. | Refused medication. | E. | Refused X-Ray services. |
| ___ | B. | Refused dental care. | F. | Refused other diagnostic tests. |
| ___ | C. | Refused an outside medical appointment. | G. | Refused physical examination. |
| ___ | D. | Refused laboratory services. | H. | Other (Please specify) |

Reason For Refusal _No need to be screened_

Potential Consequences Explained _____

I acknowledge that I have been fully informed of and understand the above treatment recommendations
and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory
authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which
may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_I. Surrell fp_
Witness Signature

_J. Osborne, COI_
Witness Signature

_11-8-06_
Date

_Charles Hicks_
Patient Signature

_11 55/Am_
Time

NOTE: A refusal by the resident to sign requires the signatures of at least one witness in addition to
that of the medical staff member.

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 11 / 3 / 06

**To:** F L Y C

**From:** Stapon Hur

**Inmate Name:** Hicks, Charles    **ID#:** 246241

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**                                    Start 11/3/06

Bottom Bunk profile X 180 Days    Stop 5/3/07

No Prolonged Standing                Start 11/3/06
Front of Line
Walking cane          ⟩ X 180 days
Anti Embolism Stockings              Stop 11/3/06

**Date:** 11/3/06  **MD Signature:** Williams    **Time:** _____

60418



**PRISON HEALTH SERVICES INCORPORATED**

## DEPARTMENT OF CORRECTIONS

# RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, _____ Hicks , Charles _____     246241
    (Print Name)                          (Doc#)

acknowledge receipt of the following medical equipment or appliance:

(    )    Splint

(    )    Eyeglasses

(    )    Dentures

(    )    Prothesis      describe _____

(    )    Wheelchair      _____

(X)    Cane

(    )    Crutches

(X)    Other      describe Anthembolic stocking x 1

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.

_____ Charles Hicks _____          _____ 11/3/06 _____
    (Inmate)                                    (Date)

_____          _____
    (Witness)                                    (Date)

| INMATE NAME (LAST, FIRST, MIDDLE) Hicks, Charles | DOC# 246241 | DOB 11/12/61 | R/S | FAC. |
|---|---|---|---|---|

PHS-MD-70005

(White – Medical File, Yellow – Security Property Officer)

PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 10-27-06

**To:** DOC

**From:** Staton HCU

**Inmate Name:** Hicks, Charles        **ID#:** 246241

**The following action is recommended for medical reasons:**

1. House in
2. Medical Isolation
3. Work restrictions
4. May have extra
5. Other _____ until _____

**Comments:**



Slide Profile → Marked
peripheral edema X 60 days

**Date:** 10-28-06  **MD Signature:** A Blunt / Dr. Corbier  **Time:** 9:00 pm

60418

Treatment Continued: Epsom Salt Soaks QD x 14 days

BP VS QD x 14 days

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| 10/8 | 10/9 | 10/10 | 10/11 | 10/12 | 10/13 | 10/14 |
|  |  | Done 142/100 | Done 140 |  | Done | Done 148/90 |
| Initials | Initials | Initials MB | Initials M | Initials Jones | Initials M | Initials NB |

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| 10/15 | 10/16 | 10/17 | 10/18 | 10/19 | 10/20 | 10/21 |
|  | 118/76 | 120/80 | 112/85 |  | 140/90 |  |
| Initials | Initials M | Initials | Initials | Initials | Initials NB | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| 10/22 |  |  |  |  |  |  |
| 150/98 Tx Done NB |  |  |  |  |  |  |

Comments:

| Patient Name/Number | Allergies: | Housing Unit: |
|---------------------|-----------|---------------|
| Hicks, Charles | NKA | FLYC |

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

**Date:** _10/24/06_

**To:** _F/yc_

**From:** _HCU_

**Inmate Name:** _Hicks, Charles_  **ID#:** _246 241_

The following action is recommended for medical reasons:

1.  House in _____
2.  Medical Isolation _____
3.  Work restrictions _____
4.  May have extra _____ until ___
5.  Other _____

**Comments:**

_Blood Sugar checks x 2 weeks to expire 11/4/06_

**Date:** _10/30/06_  **MD Signature:** _wo Dr Paul/i0 mc Ruzlyn_  **Time:** _1915_

60418

Treatment Continued:

B/P ✓ qd x 14 days

| | Date 9/13/06 | Date 9/14/06 | Date 9/15/06 | Date 9/16/06 | Date 9/17/06 | Date 9/18/06 | Date 9/19/06 |
|---|---|---|---|---|---|---|---|
| pm | | 130/90 | 176/94 | NS | 134/88 | 12/80 | 150/96 |
| | Initials | Jones | AHS | AHS | MD | D | D |

| | Date 9/20/06 | Date 9/21/06 | Date 9/22/06 | Date 9/23/06 | Date 9/24/06 | Date 9/25/06 | Date 9/26/06 |
|---|---|---|---|---|---|---|---|
| pm | 166/96 | 144/88 | | 122/86 | | 150/98 | |
| | Initials AHS | Initials RMB | Initials | Initials M | Initials | Initials M | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

Comments:

| Patient Name/Number 246241 Hick, Charles | Allergies: NKDA | Housing Unit: FLYC |
|---|---|---|

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 10-2-06

**To:** FHC

**From:** SHCU

**Inmate Name:** Hicks, Charles          **ID#:** 246241

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**

2000 CAL ADA diet x 180 days

May purchase diabetic shoes off store

**Date:** 10/2/06 ___ **MD Signature:** Mahood, CRNP/J. Parker LPN ___ **Time:** 10:42 pm

60418

# BLOOD SUGAR

7/5/06 → 8/5

NAME: Hicks, Charles          AIS#: 246241          SITE: FLYC

| DATE | 3 AM | 5 AM | 9 AM | 11 AM | 3 PM | 5 PM |
|------|------|------|------|-------|------|------|
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## MEDICAL INFORMATION TRANSFER FORM
### Confidential Medical Data

To: _Jefferson Co Crt_
(Agency)

_____
(Address)

From: _E4C_
(Institution)

_334 567-1548_
(Address)
(Telephone)

Inmate's Name: _Hicks, Charlie_

a/k/a: _____

D.O.B.: _11/2/61_    SS #: _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_

**Person Completing Form**

Name: _A. Chur, LPN_

Signature: _____

Date: _3/16/06_

---

**MEDICAL PROBLEM(S):**

HTN
DM II

**TREATMENTS/MEDICATIONS:**

Maxzide 75/50mg  P.O qd
EC ASA 325mg  P.O qd
Glucotrol 10mg  P.O qd
Mevacor 20mg  P.O qd
Lisinopril 20mg P.O qd

---

**Allergies:** NKA

**Pregnant:**    Yes    No    Unknown

**Other Lab Data:**

**TB Skin Test:**  NEG   POS   Date _3/2/06_
**CXR:**            NEG   POS   Date _____

| Test | | Treated | Date _3/19/06_ |
|------|------|---------|------|
| RPR: | NEG  POS | Yes No | |
| VDRL: | NEG  POS | Yes No | |
| GC: | NEG  POS | Yes No | |
| Other: _____ | | Yes No | |

60109 (4/87)

WHITE - RECEIVING INSTITUTION, YELLOW - MEDICAL FILE



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

**Date:** 7-12-06

**To:** Frank Lee

**From:** HCU

**Inmate Name:** Hicks, Charles    **ID#:** 246241

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other  Start 2000 cal ADA diet X 365 days

**Comments:**

**Date:** 7-12-06    **MD Signature:** Dr. Pleasant / S Taylor LPN    **Time:** 10:110AM

60418



**PRISON
HEALTH
SERVICES
INCORPORATED**

### DEPARTMENT OF CORRECTIONS

## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, _Hicks Charles_ _____      _246241_
  (Print Name)                                    (Doc#)

acknowledge receipt of the following medical equipment or appliance:

(  )  Splint

(  )  Eyeglasses

(  )  Dentures

(  )  Prothesis          describe   _Thigh Length TED Hose_

(  )  Wheelchair

(  )  Cane

(  )  Crutches

(  )  Other              describe _____

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.


_Charles Hicks_ _____          _7-5-06_ _____
  (Inmate)                              (Date)

_A Hall Smith_ _____            _7/5/0_ _____
  (Witness)                             (Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Hicks, Charles | 246241 | 11 02 61 | B/m | PLYC |

PHS-MD-70005          (White – Medical File, Yellow – Security Property Officer)

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED



**BLOOD PRESSURE RECORD**

INSTRUCTIONS: _____ *BP Us M&W x 4 wks* 5/22/06 ____

PHYSICIAN: _____

| Date | B.P. | Arm | Initial |
|------|------|-----|---------|
| 5/22/06 | 150/80 | LT | |
| 5/24/06 | 142/90 | (L) | Jean |
| 5/29/06 | 140/72 | (L) | |
| 5/31 | 130/85 | (L) | |
| 6/5/06 | 170/106 | (L) | CB/NH |
| 6/7/06 | 150/90 | | |

| Date | B.P. | Arm | Initial |
|------|------|-----|---------|
| | | | |
| | | | |
| | | | |

NAME: *Hicks, Charles*

246241

LOCATION: _____

60103 (3/98)



# SPECIAL NEEDS COMMUNICATION FORM

**PRISON HEALTH SERVICES INCORPORATED**

**Date:** 7/5/06

**To:** FLYC

**From:** S Hcu

**Inmate Name:** Hicks, Charles    **ID#:** 246241

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**

Blood Sugar Checks 3A & 3P X 30 Days

Start 7/5/06

Stop 8/5/06

**Date:** 7/8/06  **MD Signature:** Howard / Graham  **Time:** _____

60418

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 5-19-6

**To:** ADOC

**From:** Phys.

**Inmate Name:** Hicks, Charles          **ID#:** 246241

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra Extra Blanket to allow inmate to 7 feet X3 month.

5. Other _____

**Comments:**

Bottom Bunk profile X 3 months

Trim Nails @ TX Time - Notify provider to do.

AFC Bid X 30 day AAA Thin Layer

A & D oint. AAA Bid X 30 d.

**Date:** 5/19/06  **MD Signature:** Lfasster / RN    **Time:** 10⁵⁵

60418

**Prison Health Services**
**Treatment Record**

Treatment Ordered: Trim nails TX. Time — Call
Provider to clip nails.

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| | | | | | | |
| | | | | | | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| | | | | | | |
| | | | | | | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

Comments:

| Patient Name/Number | Allergies: | Housing Unit: |
|---------------------|------------|---------------|
| 246241 Hicks, Charles | NKDA | E-Dorm M-7H |

Frank Lee Youth Center

Sick call is performed at 4:00 am (after pill call) in the shift office Monday through Friday. All completed sick call requests and grievances must be given to evening pill call nurse. All sick call requests must be completed and turned by 2:30 pm daily.

Pill call is performed twice a day from the shift office at the times stated below. Pill call is subject to change by health care unit and security.

1.  Morning pill call: 3:00 am
2.  Noon pill call: None
3.  Evening pill call: 4:00 pm

Any dental, medical, or mental health educational information can be obtained through a written request to the Health Services Administrator.

I have had the opportunity to ask questions concerning the above information, and I have received a copy.

Inmate Signature: _Charles Hicks_          Date: _6-17-06_

Nurse Signature: _A Hooper_          Date: _6/18/06_

4/13/04

# IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _HICKS_     _Charles_

               LAST                 FIRST             MI

DATE OF BIRTH _11-2-61_     SS# _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_

## Housing Recommendations:

General Population _X_

Medical Observation Unit _____

Lower Level/Lower Bunk _____

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

## Individual found to be:

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

CC
HTN
xDM II x

Nurse _C. Hill_     Date _6/18/06_



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

FAX (334) 215-9126
Phone (334) 215-6628

## DEPARTMENT OF CORRECTIONS

# AUTHORIZATION FOR RELEASE OF INFORMATION

To: _Cooper Green Hosp._
    _Birmingham Al._

From: _PHS c/o Kilby Prison_
      _P.O. Box 11_
      _Mt. Meigs, Al._
                _36057_

Patient: _Hicks, Charles_

Inmate ID No.: _246241_

Alias: _____

Social Security No.: _420 - 90 - 0383_

Date of Birth: _11-2-61_

Date(s) of Service: _2005 Any_

I hereby authorize the above named provider to release to Prison Health Services, Inc. and Kansas Department of Corrections the following confidential information:

[ ✓ ] Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care

[ ✓ ] Admission            [ ✓ ] Discharge              [ ✓ ] Operative Summary Reports

[ ✓ ] X-Ray                [  ] Special Studies Reports  [  ] HIV Test

[ ✓ ] Laboratory Reports   [  ] Immunization History     [  ] Dental Treatment Records

[  ] Psychiatric Summary Report   [  ] Drug Treatment History & Counseling Reports

[ ✓ ] Other Records _Cardiac / DM_
                        (Specify information requested)

This authorization shall remain in full force and effect until withdrawn in writing by me. I hereby release and agree to hold provider harmless from any and all liability that may result from such release of information.

_Charles Hicks_                              _5-19-6_
(Patient's Signature)                        (Date)

_RH_                                         _5-19-6_
(Witness' Signature)                         (Date)

The information requested is recognized as confidential and will be used only to ensure prompt and appropriate treatment of the named patient.

_Charlotte Foster_                           _5-19-06_
(Signature and Title for PHS)                (Date)

PHS-MD-70037

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

Date: _5/18/06_

To: _APoC_

From: _WW_

Inmate Name: _Hicks, Charles_ ID#: _246241_

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**

BS rs Daily 3A + 3p X 30 days.

WW

Date: _5/18/06_ MD Signature: _Protocol/Robbins_ Time: _16:00_

_med/_

60418

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

Date: 5/19/06

To: _____

From: _____

Inmate Name: Hicks Charles          ID#: 246241

**The following action is recommended for medical reasons:**

1.  House in _____
2.  Medical Isolation _____
3.  Work restrictions _____
4.  May have extra _____ until _____
5.  Other _____

**Comments:**

B|P √'s on Monday & Wed
at 0800 am on westward x
4wks

Date: 5/19/06  MD Signature: WO, L Lassiter NP/  Time: 9 15

N8tough RN

60418

# RECEIVING SCREENING FORM

INMATE'S NAME: _Hicks, Charles_    DATE: _5/18/06_ TIME: _10³⁰_

DOB: _11-2-61_    OFFICER: _COI Hines_    INSTITUTION: __KILBY__

### RECEIVING OFFICER'S VISUAL OPINION

|  | YES | NO |
|---|---|---|
| Is the inmate conscious? | X | |
| Does the inmate have any obvious pain or bleeding or other symptoms suggesting the need for doctor's care? | | X |
| Are there any visible signs of trauma or illness requiring immediate emergency or doctor's care? | | X |
| Any obvious fever, jaundice, or other evidence of infection which might spread through the institution? | | X |
| Is the skin in poor condition or show signs of vermin or rashes? | | X |
| Does the inmate appear to be under the influence of alcohol, or drugs? | | X |
| Are there any signs of alcohol or drug withdrawal? (Extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | | X |
| Is the inmate making any verbal threats to staff or other inmates? | | X |
| Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | | X |
| Does the inmate have any obvious physical handicaps? | | X |

### FOR THE OFFICER

Was the new inmate oriented on sick/dental call procedures?

This inmate was _X_ a. Released for normal processing

_____ b. Referred to health care unit

_____ c. Immediately sent to the health care unit.

_____Col Hines_____
**Officer's Signature**

This form will be completed at receiving and will be filed in the inmate's medical jacket to comply with NCCH Standards.

205-930-3396

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

FAX (334) 215-9126
Phone (334) 215-6628

DEPARTMENT OF CORRECTIONS

## AUTHORIZATION FOR RELEASE OF INFORMATION

To: Cooper Green Hosp.
Birmingham Al.

From: PHS c/o Kilby Prison
P.O. Box 4
Mt. Meigs Al
36057

Patient: Hicks, Charles.

Alias: _____

Inmate ID No.: 246241

Date of Birth: 11-2-6

Social Security No.: 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

Date(s) of Service: 2005 May

I hereby authorize the above named provider to release to Prison Health Services, Inc. and Kansas Department of Corrections the following confidential information:

[ ✓ ] Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care

336339

[ ✓ ] Admission

[ ✓ ] X-Ray                    [ ✓ ] Discharge                    [ ✓ ] Operative Summary Reports

[ ✓ ] Laboratory Reports       [ ] Special Studies Reports        [ ] HIV Test

[ ] Psychiatric Summary Report [ ] Immunization History           [ ] Dental Treatment Records

[ ✓ ] Other Records Cardiac/DM  [ ] Drug Treatment History & Counseling Reports

(Specify information requested)

This authorization shall remain in full force and effect until withdrawn in writing by me. I hereby release and agree to hold provider harmless from any and all liability that may result from such release of information.

_Charles Hicks_
(Patient's Signature)

5-19-6
(Date)

_RH_
(Witness' Signature)

5-19-6
(Date)

The information requested is recognized as confidential and will be used only to ensure prompt and appropriate treatment of the named patient.

PHS-MD-70037

_Charlotte Foster_
(Signature and Title for PHS)

5-19-06
(Date)

# JEFFERSON HEALTH SYSTEM
## COOPER GREEN HOSPITAL
### EMERGENCY DEPARTMENT RECORD
### EMERGENCY SERVICES CARE PROTOCOLS

TIME_____   DATE____/____/____

keyplate

## CHEST PAIN
- OLD CHART, CARDIAC MONITOR, SALINE LOCK
- STAT ECG
□ CBC, CMP, CHEST PAIN PANEL, MG, PCXR
- PULSE OXIMETRY
□ _____ O2 per _____
□ UDS
- UCG IF INDICATED
- ASPIRIN 81MG TO CHEW IF NO ALLERGY
□ NITROGLYCERIN 0.4 MG SL Q 5 MIN (IF SBP >90)
□ LABETOLOL 5 MG IV (IF SBP > 90)

## SOB/RESPIRATORY DISTRESS
- OLD CHART, CARDIAC MONITOR, SALINE LOCK
□ CBC, CMP, ABG (IF SAT < 90)
- UCG IF INDICATED
- PULSE OXIMETRY  (O2 IF SAT < 90)
□ _____ O2 per _____
□ ALBUTEROL/ATROVENT NEBS Q 15 MIN X'S 3
□ ECG
□ SOLUMEDROL 125 MG IV
□ BLOOD CULTURES X 2 BEFORE ANTIBIOTICS (IF TEMP > 100.6)
□ ROCEPHIN 1 GM IV
□ LEVAQUIN 500MG IV

## NEW ONSET SEIZURE
- OLD CHART, CARDIAC MONITOR, SALINE LOCK
□ CBC, BMP, CA, MG, ACCUCHECK
□ UDS IF INDICATED
□ ETOH IF INDICATED
- UCG IF INDICATED
- PULSE OXIMETRY (O2 IF SAT < 90)
□ _____ O2 per _____
□ BRAIN CT
□ ATIVAN 2 MG FOR ACTIVE SEIZURES

## SUSPECTED RENAL COLIC
- OLD CHART, SALINE LOCK
□ CBC, CMP, UA
□ ABDOMINAL SERIES
- UCG IF INDICATED

## EXTREMITY INJURY
SALINE LOCK
IMMOBILIZE/ELEVATE EXTREMITY
APPLY COLD COMPRESS IF INJURY < 48 HRS OLD
TETANUS TOXOID.  0.5 ML IM IF INDICATED
X-RAY_____
UCG IF INDICATED

## MEDICAL CLEARANCE FOR PSYCHIATRIC EVALUATION
BC, BMP
TOH
S
G IF INDICATED

## BRAIN ATTACK/ALTERED MENTAL STATUS
- OLD CHART, CARDIAC MONITOR, SALINE LOCK, ECG, ACCUCHECK
□ CBC, CMP, PT/PTT, T4, TSH, B12, U/A, PCXR
- PULSE OXIMETRY
□ _____ O2 per _____
□ BRAIN CT
□ UDS
- UCG IF INDICATED

## ETOH INTOXICATION
- OLD CHART, SALINE LOCK
□ CBC, CMP, ETOH, MG, ACCUCHECK
□ IV FLUIDS WITH 1 AMP MVI, FOLATE, THIAMINE 100MG
- PULSE OXIMETRY  (O2 IF SAT < 90)
□ _____ O2 per _____
□ UDS IF INDICATED
- UCG IF INDICATED

## RESPIRATORY PRECAUTIONS

## SICKLE CELL CRISIS
- OLD CHART, CARDIAC MONITOR, SALINE LOCK, PCXR
□ IV FLUIDS NS @_____ML/HR
□ CBC, RETICULOCYTE COUNT, CMP, UA
- UCG IF INDICATED
- PULSE OXIMETRY (O2 IF SAT < 90)
□ _____ O2 per _____
□ DILAUDID 2 MG IV

## SUSPECTED PYLEONEPHRITIS
- OLD CHART, SALINE LOCK
□ CBC, CMP, UA, URINE, C & S
- UCG IF INDICATED
- ACETAMINOPHEN 650 MG PO OR RECTAL PRN FOR TEMP > 100.6

## SUSPECTED HIP FRACTURED
- SALINE LOCK
□ CBC, CMP, UA
□ X-RAY   □ R HIP        □ L HIP
□ X-RAY_____
- UCG IF INDICATED

## THERAPEUTIC LEVELS WHEN INDICATED
□ DIGOXIN
□ THEOPHYLLINE
□ DILANTIN
□ PHENOBARBITAL
□ PROTIME (PT) / INR

## SUSPECTED OVERDOSE
- OLD CHART, CARDIAC MONITOR, SALINE LOCK, ECG, ACCUCHECK
□ CBC, CMP, ACETAMINOPHEN & SALICYLATE LEVEL
□ ETOH LEVEL IF INDICATED
- PULSE OXIMETRY
□ _____ O2 per _____
□ UDS
- UCG IF INDICATED

## GI BLEED
- OLD CHART, CARDIAC MONITOR
□ CBC, CMP, PT/PTT, UA
□ TYPE AND SCREEN IF INDICATED
- UCG IF INDICATED
□ IV FLUIDS NS @_____ML/HR
□ NG TUBE IF INDICATED
□ HEMOCULT STOOLS
□ ABDOMINAL SERIES

## FEVER > 100.6 IMMUNOCOMPROMISED/ AGE 60 OR OLDER
- OLD CHART, SALINE LOCK, PCXR
□ CBC, CMP, UA, URINE C & S
□ BLOOD CULTURES X 2 BEFORE ANTIBIOTICS (IF TEMP > 100.6)
- UCG IF INDICATED
- PULSE OXIMETRY (O2 IF SAT < 90)
□ _____ O2 per _____
- ACETAMINOPHEN 650 MG PO OR RECTAL PRN FOR TEMP > 100.6

## LOWER ABD PAIN/ VAGINAL BLEEDING
- OLD CHART, SALINE LOCK
□ CBC, CMP, UA
- UCG IF INDICATED
□ SERUM QUANT. HCG IF UCG POSITIVE
□ TYPE & RH IF PREGNANT AND BLEEDING
□ ABDOMINAL SERIES
- ACETAMINOPHEN 650 MG PO OR RECTAL PRN FOR TEMP > 100.6

## LACERATIONS
□ CLEAN WOUND WITH SALINE
X-RAY IF FOREIGN BODY/FRACTURE SUSPECTED
□ X-RAY
□ TETANUS TOXOID.  0.5 ML IM IF INDICATED
- SUTURE SET-UP

MD SIGNATURE _____

RN SIGNATURE _____

CLERK'S SIGNATURE _____

- Done without MD order
□ Requires Physician order

Version #92255

# JEFFERSON HEALTH SYSTEM
## COOPER GREEN HOSPITAL
### EMERGENCY DEPARTMENT RECORD



**Chief complaint:** Incarcerated for 1 month, out of meds x 1 week, c/o legs swelling more in (L) leg. Denies any SOB or chest pain really just needs √ up. w/t to get PMD to follow.

Time seen by physician 1200

□ Symptom/Location
□ Severity
□ Modifying Factors
□ Context/Mechanism of Injury
□ Quality
□ Duration
□ Timing
□ Associated Signs & Sx
□ EMS Direction

Pain Severity 0 - 1 - 2 - 3 - 4 - 5 (Circle One)

**RISK FACTORS**
- Age > 35 years
- CAD
- HTN
- DM NIDDM
- Family H/O CAD/MI
- Menopause
- Bilateral Oophorectomy
- Cocaine within 1 week
- Tobacco use

PVD

**ALLERGIES & MED'S**
NKDA

© Copyright 2004 Team Health, Inc. All Rights Reserved. Not to be reproduced without permission.

JEFFERSON HEALTH SYSTEM
COOPER GREEN HOSPITAL
EMERGENCY DEPARTMENT RECORD

## Physical Examination

Level 2, 3 – 2 to 4 body areas / organ systems
All elements not circled/struck/checked/annotated - were not pertinent
Level 4 – 5 to 7 body areas / organ systems
Level 5 – 8 or more organ systems

☒ Physical Examination incomplete due to critical condition of patient.

☑ Normal  Circle positives and provide additional documentation

**CONS**
- ☑ Vital signs per nurses notes
- ☐ Well developed, well nourished
- ☐ No acute pain/distress
- ☐ No Odor ETOH
- ☐

**PSYCH**
- ☑ Alert and oriented to TPP                    more below ☐
- ☑ No abnormalities of mood or affect
- ☑ Memory (recent and remote) intact
- ☐ Anxious
- ☐ Depressed
- ☐ Suicidal
- ☐

**EYES**
- ☑ PERRL                    more below ☐
- ☑ Conjunctivae and lids normal
- ☐ Fundi and discs normal
- ☐ EOM normal

**ENT**
- ☑ Otoscopic exam of external canal and TMs normal    more below ☐
- ☑ Nasal mucosa, turbinates, and septum normal
- ☑ Mouth, tongue, and pharynx normal
- ☑ Pharynx without edema, exudate, or injection

**NECK**
- ☑ Neck supple                    more below ☐
- ☑ No JVD
- ☑ No thyromegaly
- ☑ No bruits
- ☐ No masses or tenderness
- ☐ Breasts symmetric
- ☐ No discharge
                    more below ☐

**RESP**
- ☑ Normal respiratory effort and excursion    more below ☐
- ☑ No rales/rhonchi or wheezes    *mild*
- ☑ Normal to percussion
- ☑ Equal air entry

**CV**
- ☑ Normal PMI with no thrills, RSR    more below ☐
- ☑ No murmurs or gallops
- ☐ Normal carotids    ☐ normal abd aorta    ☐ normal femorals    ☐ normal pedals
- ☑ No edema or varicosities

**NEURO**
- ☑ Normal speech                    more below ☐
- ☑ CN II-XII intact
- ☐ DTRs normal, no pathologic reflexes
- ☑ Normal motor and sensory function
- ☑ No ataxia
- ☑ Normal cerebellar
- ☑ Normal Rhomberg

**GI**
- ☑ No masses, tenderness, rebound or guarding    more below ☐
- ☐ Normal liver, spleen, kidney
- ☑ No hernia
- ☑ Rectal, not indicated    ☐ rectal normal    ☐ hemoccult negative/positive
- ☑ Normal bowel sounds
- ☐
- ☐

**GU**
- ☐ Genitalia normal to inspection    more below ☐
- ☐ No masses, tenderness or adenopathy
- ☐ Genitalia normal to palpation
- ☐ Normal cervix
- ☐ Normal bimanual    ☐ bladder   ☐ uterus   ☐ adnexa ☐
- ☐ CVA tenderness

**LYMPH**
- ☑ No adenopathy of neck
- ☐ No adenopathy of axillae
- ☐ No adenopathy of groin
- ☐ No adenopathy, other _____

**MUS**
- ☐ Normal gait and station    *during*
- ☑ Normal digits and nails
- ☑ Muscle atrophy
- ☑ Neurovascular status intact
- ☐

**SKIN**
- ☑ Normal to inspection
- ☑ Normal to palpation
- ☐
- ☐

**GCS**
- ☒ Glasgow Coma Scale

Initial _____    Repeat _____

## Procedures

Laceration    Length _____ cm.    Layered Y/N

FB  Y/N

Neur/vas/motor intact  Y/N

### CRITICAL CARE TIME MUST BE DOCUMENTED

☒ CRITICAL CARE TIME BELOW DOES NOT INCLUDE TIME FOR SEPARATELY BILLED PROCEDURES.

CRITICAL CARE  Total Time _____  30-74 minutes ☒  75-105 minutes ☒

Additional documentation

*CXR  cardiomegaly mild*
*No evidence of CHF per radiology*



*+2 very firm difficult
to assess edema*

☐ Copyright 2004 Team Health, Inc. All Rights Reserved. Not to be reproduced without permission.

Version 092205

JEFFERSON HEALTH SYSTEM
COOPER GREEN HOSPITAL
EMERGENCY DEPARTMENT RECORD

HICKS, CHARLES
00-33-63-34    09102004
DOUYON, HUGUETTE
M    42    11/02/61    S

Date 9/10/04

Name _Charles E Hicks_

Primary Diagnosis _Cr, MED Ref 00836585    33_

Vital Signs BP_____ Pulse_____ Resp_____ Temp_____

Allergies NKA

KEY
PU

| Time Ordered | MED./ FLUID / DOSE / ROUTE / RATE | | Time Done | Nurse Initials |
|---|---|---|---|---|
| | CBC | | 830 | BD |
| | BMP | 1855 | 830 | BD |
| 2015 | clonidine 0.2 mg po | | 2015 | CW |

THERAPEUTIC

Consultation: Dr: _____ Called ___ Ans ___ Arr ___ Dr. _____ Called ___ Ans ___ Arr ___

Initial Impression/Different Diagnosis

Additional history, exam, reassessments

Secondary Diagnosis

Secondary Diagnosis                         Secondary Diagnosis

Secondary Diagnosis                         Secondary Diagnosis

| CONDITION | DISPOSITION |
|---|---|
| ☑Stable ☐Improved Disp. Time | ☐Exp. ☐AMA ☑DC ☐Admit ☐IP ☐OB ☐Transfer to ___ |
| Notification: ☐Family ☐Police | ☐Coroner    Time    By |

CERTIFIED MEDICAL EMERGENCY
☐YES   ☐NO

Physician
☑Signature
Chart complete when checked

☐NOTE
DICTATED

Version #92265

**COOPER GREEN HOSPITAL**
**EMERGENCY DEPARTMENT RECORD**
**EMERGENCY SERVICES CARE PROTOCOLS**

HICKS, CHARLES
00-33-63-34     09102004
DOUYON, HUGUETTE
42    11/02/61    S

keyplate

26836585          33

TIME _____ DATE ___/___/___

## CHEST PAIN
- OLD CHART, CARDIAC MONITOR, SALINE LOCK
- STAT ECG
- CBC, CMP, CHEST PAIN PANEL, MG, PCXR
- PULSE OXIMETRY
- □ _____ O2 per _____
- □ UDS
- □ UCG IF INDICATED
- ASPIRIN 81MG TO CHEW IF NO ALLERGY
- □ NITROGLYCERIN 0.4 MG SL Q 5 MIN (IV SBP >90)
- □ LABETOLOL 5 MG IV (IF SBP > 90)

## SOB/RESPIRATORY DISTRESS
- OLD CHART, CARDIAC MONITOR, SALINE LOCK
- CBC, CMP, ABG (IF SAT < 90)
- UCG IF INDICATED
- PULSE OXIMETRY  (O2 IF SAT < 90)
- □ _____ O2 per _____
- □ ALBUTEROL/ATROVENT NEBS Q 15 MIN X'S 3
- □ ECG
- □ SOLUMEDROL 125 MG IV
- □ BLOOD CULTURES X 2 BEFORE ANTIBIOTICS (IF TEMP > 100.6)
- □ ROCEPHIN 1 GM IV
- □ LEVAQUIN 500MG IV

## NEW ONSET SEIZURE
- □ OLD CHART, CARDIAC MONITOR, SALINE LOCK
- □ CBC, BMP, CA, MG, ACCUCHECK
- □ UDS IF INDICATED
- □ ETOH IF INDICATED
- □ UCG IF INDICATED
- □ PULSE OXIMETRY (O2 IF SAT < 90)
- □ _____ O2 per _____
- □ BRAIN CT
- □ ATIVAN 2 MG FOR ACTIVE SEIZURES

## SUSPECTED RENAL COLIC
- OLD CHART, SALINE LOCK
- CBC, CMP, UA
- ABDOMINAL SERIES
- UCG IF INDICATED

## EXTREMITY INJURY
- SALINE LOCK
- IMMOBILIZE/ELEVATE EXTREMITY
- APPLY COLD COMPRESS IF INJURY < 48 HRS OLD
- TETANUS TOXOID. 0.5 ML IM IF INDICATED
- X-RAY _____
- UCG IF INDICATED

## MEDICAL CLEARANCE FOR PSYCHIATRIC EVALUATION
CBC, BMP
ETOH
UDS
UCG IF INDICATED

## BRAIN ATTACK/ ALTERED MENTAL STATUS
- OLD CHART, CARDIAC MONITOR, SALINE LOCK, ECG, ACCUCHECK
- CBC, CMP, PT/PTT, T4, TSH, B12, U/A, PCXR
- PULSE OXIMETRY
- □ _____ O2 per _____
- □ BRAIN CT
- □ UDS
- UCG IF INDICATED

## ETOH INTOXICATION
- OLD CHART, SALINE LOCK
- CBC, CMP, ETOH, MG, ACCUCHECK
- IV FLUIDS WITH 1 AMP MVI, FOLATE, THIAMINE 100MG
- PULSE OXIMETRY  (O2 IF SAT < 90)
- □ _____ O2 per _____
- □ UDS IF INDICATED
- UCG IF INDICATED

## RESPIRATORY PRECAUTIONS

## SICKLE CELL CRISIS
- OLD CHART, CARDIAC MONITOR, SALINE LOCK, PCXR
- IV FLUIDS NS @ _____ ML/HR
- CBC, RETICULOCYTE COUNT, CMP, UA
- UCG IF INDICATED
- PULSE OXIMETRY (O2 IF SAT < 90)
- □ _____ O2 per _____
- □ DILAUDID 2 MG IV

## SUSPECTED PYLEONEPHRITIS
- OLD CHART, SALINE LOCK
- □ CBC, CMP, UA, URINE, C & S
- UCG IF INDICATED
- ACETAMINOPHEN 650 MG PO OR RECTAL PRN FOR TEMP > 100.6

## SUSPECTED HIP FRACTURED
- SALINE LOCK
- CBC, CMP, UA
- X-RAY    □ R HIP    □ L HIP
- X-RAY _____
- UCG IF INDICATED

## THERAPEUTIC LEVELS WHEN INDICATED
- □ DIGOXIN
- □ THEOPHYLLINE
- □ DILANTIN
- □ PHENOBARBITAL
- □ PROTIME (PT) / INR

## SUSPECTED OVERDOSE
- OLD CHART, CARDIAC MONITOR, SALINE LOCK, ECG, ACCUCHECK
- □ CBC, CMP, ACETAMINOPHEN & _____
- SALICYLATE LEVEL
- □ ETOH LEVEL IF INDICATED
- PULSE OXIMETRY
- □ _____ O2 per _____
- □ UDS
- UCG IF INDICATED

## GI BLEED
- OLD CHART, CARDIAC MONITOR
- □ CBC, CMP, PT/PTT, U/A, PCXR
- □ TYPE AND SCREEN IF INDICATED
- □ UCG IF INDICATED
- □ IV FLUIDS NS @ _____ ML/HR
- □ NG TUBE IF INDICATED
- □ HEMOCULT STOOLS
- □ ABDOMINAL SERIES

## FEVER > 100.6 IMMUNOCOMPROMISED/ AGE 60 OR OLDER
- OLD CHART, SALINE LOCK, PCXR
- CBC, CMP, UA, URINE C & S
- BLOOD CULTURES X 2 BEFORE ANTIBIOTICS (IF TEMP > 100.6)
- UCG IF INDICATED
- PULSE OXIMETRY (O2 IF SAT < 90)
- □ _____ O2 per _____
- ACETAMINOPHEN 650 MG PO OR RECTAL PRN FOR TEMP > 100.6

## LOWER ABD PAIN/ VAGINAL BLEEDING
- OLD CHART, SALINE LOCK
- □ CBC, CMP, UA
- UCG IF INDICATED
- SERUM QUANT. HCG IF UCG POSITIVE
- □ TYPE & RH IF PREGNANT AND BLEEDING
- ABDOMINAL SERIES
- ACETAMINOPHEN 650 MG PO OR RECTAL PRN FOR TEMP > 100.6

## LACERATIONS
- CLEAN WOUND WITH SALINE
- X-RAY IF FOREIGN BODY/FRACTURE SUSPECTED
- X-RAY _____
- TETANUS TOXOID. 0.5 ML IM IF INDICATED
- SUTURE SETUP

MD SIGNATURE _____
RN SIGNATURE _____
CLERK'S SIGNATURE _____

- Done without MD order
- □ Requires Physician order

JEFFERSON HEALTH SYSTEM
COOPER GREEN HOSPITAL
EMERGENCY DEPARTMENT RECORD

HICKS, CHARLES
00-33-63-34
DOUYON, HUGUETTE    102004
B    42    11/02/61    S
26836585

Level 1, 2, 3 Documentation - 1 to 3 elements | All elements not circled/struck/checked/annotated - were not pertinent | Level 4 - 4 > elements or 3 chronic or inactive conditions

33

**Chief complaint:**

Level 5 - 4 > elements or 3 chronic or inactive conditions

Time seen by physician

The pt presents today for Rx refills. Patient w/o any of his meds x 1 year. He denies any active symptoms

**Physician CC & History of Present Illness**

- □ Symptom/Location
- □ Severity
- □ Modifying Factors
- □ Context/Mechanism of injury
- □ Quality
- □ Duration
- □ Timing
- □ Associated Signs & Sx
- □ EMS Direction

**Review of Systems**

Level 1, 2, 3 Documentation - 1 system, problem pertinent

☒ All systems negative except as noted
☒ Unable to fully assess due to: ( ) altered LOC ( ) patient condition ( ) other

☒ All normal

Level 4 Documentation - 2 to 5 systems

Pain Severity 0 - 1 - 2 - 3 - 4 - 5 (Circle One)

| ENT | sore throat | nosebleeds | rhinorrhea |
| | hoarse | throat swelling | hearing loss |
| | otalgia | drooling | |

| CV | chest pain | rapid ht beat | LE edema |
| | palpitations | slow ht beat | orthopnea |
| | PND | | |

| RES | fever | chills | high BP |
| | weight loss | dizzy | weak |
| | activity | poor feeding | sweats |
| | SOB | prod. cough | DOE |
| | pleuritic CP | nonprod. cough | |
| | hemoptysis | croupy cough | |

| GI | nausea | diarrhea | pain |
| | vomiting | constipation | bloating |
| | melena | jaundice | blood in stool |

Level 4 Documentation - One area

Level 5 Documentation - 10+ systems

| GU | dysuria | discharge | dyspareunia |
| | frequency | irreg menses | flank pain |
| | hematuria | urine output | post UTI |

| MUS | myalgias | neck/back pain redness |
| | arthralgias | inflammation | heat |
| | limping | previous injury |

| SKN | rash | bruising | contusions |
| | swelling | lacerations | abrasions |

| NEU | headache | numbness | change funct |
| | weakness | change LOC | paresthesias |
| | change speech | developmental delay |

| PSY | change MS | agitation | suicidal |
| | confusion | depression | hostile |
| | memory loss | |

| | fatigue | polyuria | hair change |
| | weakness | polydipsia | heat tolerance |

| | bleeding | nodes |
| | bruising | petechiae |

| | rhinorrhea | atopic dermat. |
| | asthma | wheezing |
| | itchy eyes |

**Past Medical History**

Level 1, 2, 3 Documentation - None

**RISK FACTORS**

- Age > 35 years
- CAD — CA
- HTN — CVA
- DM — Asthma — Pedal Edema
- Family H/O CAD/MI
- Menopause
- Bilateral Oophorectomy
- Cocaine within 1 week
- Tobacco use

Level 5 Documentation - 2 of 3 areas

| Fam Hx | DM | HBP | CA | RAD |
| | CAD | CVA | SZ | |

| Social Hx | Tobacco | Marital Status | |
| | ETOH | Sub Abuse | Lives Alone |

**ALLERGIES & MEDS**

☐ See Attached Notes.

☐ See Attached Notes.

Review old charts
Copyright 2004 Team Health, Inc. All Rights Reserved. Not to be reproduced without permission.

PAGE 1/80

CGH MED RECS

Version #82266

JEFFERSON HEALTH SYS. ...
COOPER GREEN HOSPITAL
EMERGENCY DEPARTMENT RECORD

HICKS, CHARLES
00-33-63-34    09102004
DOUYON, HUGUETTE
M    42    11/02/61    S

26836585    33

| Level 2, 3 – 2 to 4 body areas / organ systems | All elements not circled/struck/checked/annotated - were not pertinent | K |
| Level 4 – 5 to 7 body areas / organ systems | | F |

## Physical Examination

☑ Physical Examination incomplete due to critical condition of patient.

☑ Normal  ☐ Circle positives and provide additional documentation

**CONS**
☑ Vital signs per nurses notes
☐ Well developed, well nourished
☑ No acute pain/distress
☑ No Odor ETOH

☑ Alert and oriented to TPP
☐ No abnormalities of mood or affect
☑ Memory (recent and remote) intact
☐ Anxious
☐ Depressed
☐ Suicidal                           more below ☐

**EYES**
☐ PERRL
☑ Conjunctivae and lids normal
☐ Fundi and discs normal
☐ EOM normal                         more below ☐

**ENT**
☐ Otoscopic exam of external canal and TMs normal
☐ Nasal mucosa, turbinates, and septum normal
☑ Mouth, tongue, and pharynx normal
☐ Pharynx without edema, exudate, or injection

**NECK**
☑ Neck supple
☐ No JVD
☐ No thyromegaly
☐ No bruits            more below ☐
☐ No masses or tenderness
☐ Breasts symmetric
☐ No discharge

**RESP**
☑ Normal respiratory effort and excursion
☐ No rales, rhonchi or wheezes
☐ Normal to percussion
☐ Equal air entry                    more below ☐

**CV**
☑ Normal PMI with no thrills, RSR
☐ No murmurs or gallops
☐ Normal carotids    ☐ normal abd aorta    ☐ normal femorals
☐ No edema or varicosities    ☐ normal pedals

⊕ B/L pedal edema c̄ chronic venous
stasis discoloration lower legs    more below ☐

☑ Normal speech
☐ CN II-XII Intact
☐ DTRs normal, no pathologic reflexes
☐ Normal motor and sensory function
☐ No ataxia
☐ Normal cerebellar
☐ Normal Rhomberg

**GI**
☑ No masses, tenderness, rebound or guarding    more below ☐
☐ Normal liver, spleen, kidney
☐ No hernia
☑ Rectal, not indicated  ☐ rectal normal  ☐ hemoccult negative/positive
☐ Normal bowel sounds

☐ Genitalia normal to inspection    more below ☐
☐ No masses, tenderness or adenopathy
☐ Genitalia normal to palpation
☐ Normal cervix
☐ Normal bimanual  ☐ bladder  ☐ uterus  ☐ adnexa
☐ CVA tenderness

© Copyright 2004 Team Health, Inc. All Rights Reserved. Not to be reproduced without permission.    more below ☐

☐ No adenopathy of neck
☐ No adenopathy of axillae
☐ No adenopathy of groin
☐ No adenopathy, other _____
more below ☐

**MUS**
☐ Normal gait and station
☐ Normal digits and nails
☐ Muscle atrophy
☐ Neurovascular status intact

**SKIN**
☐ Normal to inspection
☐ Normal to palpation

**GCS**
☑ Glasgow Coma Scale
Initial _____  Repeat _____

## Procedures

Laceration   Length _____ cm.   Layered Y/N
FB Y/N   Neurovas/motor intact Y/N

### CRITICAL CARE TIME MUST BE DOCUMENTED
☐ CRITICAL CARE TIME BELOW DOES NOT INCLUDE TIME FOR SEPARATELY BILLED PROCEDURES.
CRITICAL CARE   Total Time _____  30-74 minutes ☐  75-105 minutes ☐

Additional documentation

140 (cor)    14 (113  5.2)    14.7 (29)
4.3  29.7                          4.3
Ca 9.6

1515 Sixth Avenue South
Birmingham, Al 35233

| NAME | | SEX | ACCOUNT NUMBER |
|------|--|-----|----------------|
| HICKS, CHARLES | | M | 27066679 |
| ORDERING PHYSICIAN | | LOCATION | MEDICAL RECORD NO. |
| PERRY, JACQULINE T. | PT. STATUS UNK | UNK | 00336334 |
| ATTENDING PHYSICIAN | DATE OF BIRTH 11/02/1961 | AGE 44 | DATE OF EXAM 10/19/2004 | RADIOLOGY NO. 00077441 |

EXAM#       TYPE/EXAM                       RESULT
000451974 DXER/CHEST, TWO VIEWS, FRONT &

    PA AND LATERAL CHEST:  Negative study.


            ** REPORT SIGNATURE ON FILE 10/20/2004 **
            Reported By: William P. Cason, M.D.
            Signed By:   Dr. William Cason


CC: PERRY, JACQULINE T.

Technologist: JESSIE M. CALHOUN
Transcribed Date/Time: 10/19/2004 (1541)
Transcriptionist: SMOVE
Printed Date/Time: 05/19/2006 (1454)

PAGE 1                ADDENDUM Printed From PCI

RUN DATE: 05192006
RUN TIME: 1454
RUN USER: BROHE

Cooper Green Hospital          *LIVE*
Summary Discharge Report                    PAGE 1

## LOCATION

| PATIENT: HICKS, CHARLES | ACCT #: 26836585 | LOC: ER | U #: 00336334 |
|---|---|---|---|
| REG DR: DOUYON, HUGUETTE | AGE/SX: 42/M | ROOM: | REG: 09102004 |
| | STATUS: DEP ER | BED: | DIS: |

**\* \* \* \* Chemistry Section \* \* \* \***
**General Chemistry**

| Day | Date | Time | Na (136-148) MMOL/L | K (3.6-5.2) MMOL/L | Cl (98-108) MMOL/L | CO2 (21-32) MMOL/L | BUN (7-18) MG/DL |
|---|---|---|---|---|---|---|---|
| => 1 | SEP 10 | 1835 | 140 | 4.3 | 105 | 25.7 | 14 |

| Day | Date | Time | Gluc (70-110) MG/DL | Crea (0.6-1.3) MG/DL | ANION (9-16) MMOL/L | BUN/CREAT (12-22) RATIO | Ca (8.7-10.2) MG/DL |
|---|---|---|---|---|---|---|---|
| => 1 | SEP 10 | 1835 | 113 H | 1.4 H | 13.60 | 10.00 L | 9.6 |

| Patient: HICKS, CHARLES | Age/Sex: 42/M | Acct#26836585 | Unit#00336334 |
|---|---|---|---|

RUN DATE: 05192006
RUN TIME: 1454
RUN USER: BROHE

Cooper Green Hospital          *LIVE*
Summary Discharge Report                    PAGE 2

LOCATION

| Patient: HICKS, CHARLES | | | #26836585 | | (Continued) |

**. . . . . Hematology Section . . . . .**

Complete Blood Count

| Day | Date | Time | WBC (4.3-10.8) TH/uL | RBC (4.2-6.1) MIL/uL | HGB (13.0-18.0) g/dL | HCT (43-52) % | MCV (80-98) fL |
|---|---|---|---|---|---|---|---|
| => 1 | SEP 10 | 1835 | 5.2 | 5.01 | 14.7 | 43.2 | 86.3 |

| Day | Date | Time | MCH (27-32) pg | MCHC (32-37) g/dL | RDW (11.5-14.5) UNITS | PLT (140-440) TH/uL | MPV (7.4-10.4) fL |
|---|---|---|---|---|---|---|---|
| => 1 | SEP 10 | 1835 | 29.3 | 34.0 | 14.1 | 298 | 7.8 |

| Patient: HICKS, CHARLES | | Age/Sex: 42/M | Acct#26836585 | Unit#00336334 |

JEFFERSON HEALTH SYSTEM
COOPER GREEN HOSPITAL
EMERGENCY DEPARTMENT RECORD

00 3-
PERRY, 2-
M    42 1.

27066679

Date 10/19/06

Name Charles E. Hicks

Primary Diagnosis Hypertension non-compliant PVD

Vital Signs BP 192/111  Pulse 66  Resp 20  Temp 98°

Allergies NKDA

| Time Ordered | MED / FLUID / DOSE / ROUTE / RATE | Time Done | Nurse Initials |
|---|---|---|---|
| | (1.) Clonidine 0.2mgpo x1pa | 1310 | B |
| | (2.) old records | | |
| | (3.) CXR PA + LAT 9c | | |
| | (4) acc ✓ 110   PO 5 1500 | | |
| 1310 | Repeat B/P 194/121  1500 | 1310 | B |
| | TED Hose knee high  66  done | 1500 | B |
| 1450 | BP 139/92   P 65  R 18 | 1600 | B |

Consultation: Dr: _____

Initial Impression/Different Diagnosis _____ Called ___ Ans ___ Arr ___ Dr: _____

Additional history, exam, reassessments   HTN / Diabetes / peripheral edema _____ Called ___ Ans ___ Arr ___

Secondary Diagnosis

Secondary Diagnosis

Secondary Diagnosis

Secondary Diagnosis

5/22/06

CONDITION
☐ Stable ☐ Improved ☐ Disp. Time

DISPOSITION
☐ Exp. ☐ AMA ☐ DC ☐ Admit ☐ IP ☐ OB ☐ Transfer to _____
Time ___ By ___

Notification: ☐ Family ☐ Police ☐ Coroner

CERTIFIED MEDICAL EMERGENCY
☐ YES ☐ NO

☐ Physician
☐ Signature
Chart complete when checked   Lynn Wolita NP.

☐ NOTE
☐ DICTATED

# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

**CHARLES HICKS  (# 246241)**                          *

     **Plaintiff,**                                       *

**v.**                                                 *            **2:06-CV-990-MEF**

                                                       *

**ALABAMA DEPT. OF CORRECTIONS, et al.**               *

    **Defendants.**                                     *

---

### AFFIDAVIT OF PAUL CORBIER, M.D.

STATE OF ALABAMA

COUNTY OF _Elmore_

    **BEFORE ME,** _Paul Arnold Corbier_ , a notary public in and for said County and State, personally appeared **PAUL CORBIER, M.D.** and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of her ability, information, knowledge and belief, as follows:

    My name is Paul Corbier.  I am over the age of twenty-one and am personally familiar with all of the facts set forth in this Affidavit. I have been licensed as a physician in Alabama since 2005, and have been board certified in internal medicine since 1998.  I have served as the Medical Director for Staton Correctional Facility in Elmore, Alabama since July 2006. I also provide treatment to inmates at Frank Lee Youth Center in Deatsville, Alabama that are brought to Staton Correctional Facility.  Since July 2006 my employment at Staton Correctional Facility has been with Prison Health Services, Inc. ("PHS"), the company which currently contracts with the Alabama Department of Corrections to provide medical services to inmates.

Charles Hicks (#246241) is an inmate who was incarcerated at Frank Lee Youth Center and treated at Staton Correctional Facility at all times relevant to this matter. I have reviewed Mr. Hicks' Complaint in this action as well as his medical records (certified copies of which are being produced to the Court along with this Affidavit).

It is my understanding that Mr. Hicks has made a Complaint in this matter that Frank Lee Youth Center has failed to provide him with appropriate medical treatment between April 2006 and October 19, 2006. Mr. Hick's allegations are unfounded, as this inmate has been provided appropriate care at all times.

Mr. Hicks has a medical history of Diabetes and swelling in his left leg with venous insufficiency. His Diabetes is a hereditary condition. He has circulatory problems which are complicated by problems with his feet. His condition can be treated by controlling his Diabetes and swelling in his left leg, but there is no cure. Mr. Hicks has been treated at Staton Correctional Facility for these problems with medication, blood tests, diagnostic studies and TED hose. Mr. Hicks requested diabetic shoes and his request was submitted to the proper authorities. His request was denied due to his lack of meeting the proper criteria. I have since re-evaluated Mr. Hicks and resubmitted his request based on additional information I obtained. He has been treated each time he raised any health complaints.

Based on my review of Hicks' medical records, and on my personal knowledge of the treatment provided to him, it is my opinion that all of his medical conditions and complaints have been evaluated in a timely fashion at Staton Correctional Facility, and that his diagnosed conditions have been treated in a timely and appropriate fashion. At all times, he has received appropriate medical treatment for his health conditions from me and the other PHS personnel at Staton Correctional Facility. At no time has he been denied any needed medical treatment. In

other words, it is my opinion that the appropriate standard of care has been adhered to at all times in providing medical care, evaluation, and treatment to this inmate.

At no time have I or any of the medical or nursing staff at Staton Correctional Facility denied Hicks any needed medical treatment, nor have we ever acted with deliberate indifference to any serious medical need of Hicks. At all times, Hicks' known medical complaints and conditions have been addressed as promptly as possible under the circumstances."

Further affiant sayith not.

_____
Paul Corbier

STATE OF ALABAMA          )
                          )
COUNTY OF _____   )

Sworn to and subscribed before me on this the ___12___ day of December 2006.

_____
Notary Public

My Commission Expires:

12/06/2008

3

# EXHIBIT C

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHARLES HICKS, (AIS #246241),                *

                                             *

     Plaintiff,                              *

V.                                           *          2:06-CV-990-MEF

                                             *

ALABAMA DEPT. OF CORRECTIONS, et al.         *

     Defendants.                             *

                                             *

## AFFIDAVIT OF DARRYL ELLIS, DIRECTOR OF NURSING

**BEFORE ME,** _Annie Latimore_         , a notary public in and for said

County and State, personally appeared **DARRYL ELLIS, DIRECTOR OF NURSING,**

and being duly sworn, deposed and says on oath that the averments contained in the

foregoing are true to the best of her ability, information, knowledge and belief, as

follows:

"My name is Darryl Ellis. I am over the age of twenty-one and am personally

familiar with all of the facts set forth in this Affidavit. I have been a licensed, registered

nurse in Alabama since 1995. I hold an Associates Degree in nursing from Troy State

University. Since 1995, I have practiced as a registered nurse in a variety of positions

and settings. In particular, I have worked at Staton Correctional Facility in Elmore,

Alabama as a LPN since 1985 and as a registered nurse since 1995. Staton Correctional

Facility also provides treatment to inmates at Frank Lee Youth Center in Deatsville,

Alabama. Since October 2005, I have been employed as the Director of Nursing for

Staton Correctional Facility by Prison Health Services, Inc., the company which currently

contracts with the Alabama Department of Corrections to provide medical services to inmates.

Prison Health Services, Inc. (PHS) has established a simple three-step procedure for identifying and addressing inmate grievances at Frank Lee Youth Center. If an inmate has a grievance regarding a healthcare issue he must submit to the healthcare unit a "Medical Complaint Form." These are standard forms that may be requested from an inmate's supervising officer in his dormitory. The inmate medical complaint form allows an inmate to communicate any healthcare related concern by placing the medical complaint form in the sick call box or mailbox to be forwarded to the healthcare unit. I subsequently review the request and respond accordingly via in-house mail. Also, when deemed necessary, the inmate will receive a face-to-face interview with me or the doctor or both. At this time, the needs of the inmate are addressed and treatment is discussed.

If an inmate is unsatisfied with my response, he may request an "Inmate Formal Grievance" form from the healthcare unit. This form allows an inmate to again voice his concerns relating to the healthcare issue addressed with the medical complaint form. I again respond to the inmate via in-house mail.

If the inmate is still unsatisfied with my response, he or she may request from the healthcare unit an "Inmate Grievance Appeal" form. This form is again submitted to me and represents the final step of the appeal process. After an inmate submits an inmate grievance appeal, I will meet with the inmate face-to-face in a final attempt to address his concerns verbally.

It is my understanding that Charles Hicks has filed suit in this matter alleging that PHS has failed to provide him with appropriate medical treatment between April 2006

and October 19, 2006. However, Mr. Hicks has failed to exhaust Frank Lee's informal grievance procedure relating to the receipt of medical care for this alleged condition. Specifically, Mr. Hicks has not submitted all appropriate and required forms. As such, the healthcare unit at Frank Lee Youth Center (Staton Correctional Facility) has not been afforded the opportunity to resolve Mr. Hick's medical complaints prior to filing suit.

Further affiant sayeth not.

_Darryl Ellis, DON_
DARRYL ELLIS
DIRECTOR OF NURSING

STATE OF ALABAMA          )
                          )
COUNTY OF _Elmore_        )

Sworn to and subscribed before me on this the ___8th___ day of _January_, 200_7_.

_Annie Latimi_

Notary Public

My Commission Expires:
_12/06/2008_

# EXHIBIT D



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: *Charles Hicks*　　　 Date of Request: *8/2/06*
ID # *246241*　　 Date of Birth: *11-2-61* Location: *2 Dorm/Bed 20*
Nature of problem or request: *I need to see a doctor real bad because i am not feeling will at all, as soon as possible, I am having trouble with my left shoulder, and my diabetes and blood pres.*

　　　　　　　　　　　　　　　　*Charles Hicks*
　　　　　　　　　　　　　　　　　　　　Signature

## DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

```
┌─────────────────────────────────┐
│         RECEIVED                │
│ Date: 8/2/06                    │
│ Time: 10:44 pm                  │
│ Receiving Nurse Intials  JP     │
└─────────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective**

**(A)ssessment:**

**(P)lan:**

Refer to:　 MD/PA　 Mental Health　 Dental　 Daily Treatment　　　 Return to Clinic PRN
　　　　　　　　　　　　　　　　CIRCLE ONE
Check One:　 ROUTINE ( )　　 EMERGENCY ( )
　　　　 If Emergency was PHS supervisor notified:　 Yes ( )　　 No ( )
　　　　　　　　Was MD/PA on call notified:　 Yes ( )　　 No ( )

_____
　　　　　　　　　　　　*SIGNATURE AND TITLE*

WHITE:　 INMATES MEDICAL FILE
YELLOW:　 INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

# EXHIBIT E

**PHS**

**Nursing Evaluation Tool:**                                    **General Sick Call**

Facility: Alabama Department of Corrections

Patient Name: _Hicks_ _____ _Charles_ _____ MI __
                         Last                          First

Inmate Number: _246241_                    Date of Birth: _11 / 2 / 61_
                                                              MM   DD   YYYY

Date of Report: _8 / 23 / 06_             Time Seen: _12:30_ AM / **PM** Circle One
                    MM   DD   YYYY

**Subjective:** **Chief Complaint(s):** _Came Back Monday from Court in Jefferson_
**Onset:** _County. Have not had any medicine since_
**Brief History:** _Sunday. I get Diabetic medicine, Lasix, ↑BP_
(Continue on back if necessary) _medicines, aspirin. I would like my_
_medication restarted._

☐ Check Here if additional notes on back

**Objective:** **Vital Signs:** (As Indicated) T: _98_ P: _72_ RR: _12_ B/P: _142/86_

**Examination Findings:** _On exam calm, oriented, cooperative._
(Continue on back if necessary)

☐ Check Here if additional notes on back

**Assessment: (Referral Status)**     **Preliminary Determination(s):** _____
☐ Referral **NOT REQUIRED**

☑ Referral **REQUIRED** due to the following: (Check all that apply)
   ☐ Recurrent Complaint (More than 2 visits for the same complaint)
   ☐ Other: _prt Note on Aug MAR in MAR Book to give meds from stock until KOP arrives._

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
   ☑ Instructions to return if condition worsens.
   ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)

   ☐ Other: _____
              (Describe)
   OTC Medications given ☐ NO ☐ YES (If Yes List): _____

   Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _____ Date for referral: __/__/__
                                                                              MM  DD  YYYY
   Referral Type: ☐ Routine ☑ Urgent ☐ Emergent (if emergent who was contacted?): _____ Time

X _____          Name: _____
     Nurses Signature                  Printed

# EXHIBIT F

| **POLICY/PROCEDURE** | Date of Origin: 11/03/03 |
|---|---|
| Prison Health Services, Inc | Date of Previous: Revised Date: 1/1/05 Revised Date: 5/18/05 |
| | Page 1 of 1 |
| FACILITY NAME: Alabama Department of Corrections | COUNTY: STATE: Alabama |

**TITLE:** Grievance Mechanism for Health Complaints        **NUMBER:** GP011

**REFERENCE:** NCCHC : P-A-11; ACA Standard 1-HC-3A-01

**POLICY:**

It is the policy of PHS to encourage the resolution of inmate concerns regarding the health care system prior to the documentation of a written grievance. A grievance mechanism addresses inmate's complaints about health services.

**PROCEDURE:**

1.  The Health Administrator will work with the facility administrator to ensure that there is a well-defined procedure for handling inmate grievances and appeals.

2.  When a grievance about health care services is received (inmate grievance), the medical record is reviewed, and if necessary, the inmate is interviewed. A review of the grievance occurs within 3 days after receiving the grievance and answered.

3.  Immediate resolution is expected if the grievance involves the inmate's access to health care. The Warden or Warden's designee will be copied.

4.  Every effort will be made to resolve the inmate's grievance to his/her satisfaction.

5.  If the grievance cannot be resolved to the inmate's satisfaction, the inmate may request an appeal in which case the written grievance will be reviewed through the facility review process and answered within 5 days.

6.  Separate logs will be maintained for grievances and grievance appeals.

7.  Summary review of inmate health care (grievances and grievance appeal logs) are included in the Quality Improvement meetings and identified problems are viewed as opportunities to improve care.