IN THE UNITED STATES DISTRICT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHARLES HICKS,
AIS# 246241

  PLAINTIFF,

V.S.

ALABAMA DEPARTMENT OF
CORRECTIONS,
et al.,
  DEFENDANTS

RECEIVED
2007 FEB 13 A 10: 02
DEBRA P. HACKETT, CL...
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CIVIL ACTION NO: 02:06-CV-990-M

## MOTION FOR ADDITIONAL DISCOVERY

Comes now the Plaintiff, Charles Hicks, proceeding Pro-Se, and through inmate assistance respectfully request that this Honorable Court will Grant to this Plaintiff, permission to file for additional Discovery, that was not provided to the Plaintiff by the Defendants, in their Special Report, as ordered by this Honorable court;

The requested Material is as follows;

1. Any and all Medical Reques forms submitted by the Plaintiff from July, 2006 until this Present time.

The Plaintiff request that THE Defendant's provide any and all information, as to what the Medical provider's found with the Plaintiff, and the Treatment preformed on the Plaintiff.

2. Provide to the Plaintiff, and the court, the Name and address of any/All Medical Specialist that has examined the Plaintiff, and the result of their examination.

Provide to the court and the Plaintiff, the Treatment that was recommended by the specialist, as well as the treatment that was/is actually being administered to the Plaintiff.

-1-

SCANNED

3. Provide to the Plaintiff, and the Court, the result of any test that has been preformed by any Doctor/or Specialist that has treated the Plaintiff, since the time he first complained of this condation;

4. The Plaintiff respectfully request that the Court will allow the Plaintiff to continue his discovery proceedings until he has received the Requested Information, and allow the Plaintiff to conduct additional Discovery Methods at a later time.

RESPECTFULLY SUBMITTED
Charles Hicks 246241
CHARLES HICKS # 246241

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the Defendant's, ALABAMA DEPARTMENT OF CORRECTIONS LEGAL DIVISION, 301 SOUTH RIPLEY STREET P.O. BOX 301501 MONTGOMERY, ALABAMA 36130-1501 By placing same in the United States mail properly addressed and postage Pre-Paid, this 3rd Day of January, 2007

Charles Hicks 246241
CHARLES HICKS # 246241
FRANK LEE YOUTH CENTER
P.O. BOX 220410
DEATSVILLE, ALABAMA 36022



Charles Hehs #246241
Frank Lee Youth Center
P.O Box 220410
Deatsville, Al 36022
A Dorm/Bed #20A

MONTGOMERY AL 361
12 FEB 2007 PM 4 L

THIS CORRESPONDENCE IS FORWARDED
FROM AN ALABAMA STATE PRISON. THE
CONTENTS HAVE NOT BEEN EVALUATED
AND THE ALOBD OF CORRECTIONS IS
NOT RESPONSIBLE FOR THE SUBSTANCE
OR CONTENTS THEREIN

Office of the Clerk
United States District Court
P.O. Box 711
United States District Clerk
attribris district court
Montgomery, Al 36101-0711