IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES HICKS, #246241, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-CV-990-MEF |
| | ) |
| PRISON MEDICAL SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for additional discovery filed by the plaintiff on February 13, 2007(Court Doc. No. 19), and as the medical defendants have filed all of the plaintiff's medical records within their possession which are relevant to the claims pending before this court, it is

ORDERED that this motion be and is hereby DENIED.

Done this 14th day of February, 2007.

/s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE