IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHARLES HICKS, #246241,            )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )        CASE NO. 2:06-CV-990-MEF
                                   )
PRISON MEDICAL SERVICES, et al.,   )
                                   )
        Defendants.                )

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that the plaintiff be GRANTED an extension from January 30, 2007 to

and including February 28, 2007 to file a response to the defendants' written reports in

compliance with the directives of the order entered on January 10, 2007 (Court Doc. No.

18).

Done this 14th day of February, 2007.

            /s/ Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE